CO-386-online
10/03

# United States District Court
# For the District of Columbia

OCEANA, INC.         )
         )
         )
         )
     Plaintiff   )     Civil Action No. _____
   vs         )
         )
CARLOS M. GUTIERREZ, ET AL.  )
         )
         )
    Defendant  )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for <u>OCEANA, INC.</u> certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of <u>OCEANA, INC.</u> which have

any outstanding securities in the hands of the public:

  None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C. Bar No. 433612
BAR IDENTIFICATION NO.

Eric A. Bilsky
Print Name

2501 M Street, NW, Suite 300
Address

Washington,   DC     20037-1311
City         State       Zip Code

202-833-3900
Phone Number