# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OCEANA, INC. | ) | |
|     Plaintiffs, | ) | Civ. No. 1:07CV00142-RBW |
| v. | ) | |
| | ) | **FEDERAL DEFENDANTS'** |
| CARLOS GUTIERREZ, and NATIONAL | ) | **NOTICE OF APPEARANCE** |
| OCEANIC AND ATMOSPHERIC | ) | **OF COUNSEL** |
| ADMINISTRATION, and NATIONAL | ) | |
| MARINE FISHERIES SERVICE, | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

    The parties and court are hereby notified that Keith W. Rizzardi will appear on behalf of the Federal Defendants in this action, Carlos Gutierrez, as Secretary of Commerce, the National Oceanic and Atmospheric Administration (NOAA), and the National Marine Fisheries Service (NMFS).

    DATED this 19th of March, 2007.

    Respectfully submitted,

    MATT McKEOWN
    Acting Assistant Attorney General
    Environment & Natural Resources Division
    JEAN E. WILLIAMS
    Chief, Wildlife & Marine Resources Section

    /s/
    _____
    KEITH W. RIZZARDI
    U.S. Department of Justice
    Environment & Natural Resources Division
    Wildlife and Marine Resources Section
    Ben Franklin Station
    Post Office Box 7369
    Washington, D.C. 20044-7369
    Telephone: (202) 305-0209

OF COUNSEL:

Julie Williams
NOAA Office of the General Counsel
Northeast Region
1 Blackburn Drive
Gloucester, MA 01930