# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OCEANA, INC. | ) | |
| Plaintiffs, | ) | Civ. No.1:07cv00142 RBW |
| v. | ) | |
| | ) | **FEDERAL DEFENDANTS'** |
| CARLOS GUTIERREZ, and NATIONAL | ) | **NOTICE RE:** |
| OCEANIC AND ATMOSPHERIC | ) | **BIOLOGICAL OPINION** |
| ADMINISTRATION, and NATIONAL | ) | |
| MARINE FISHERIES SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Federal Defendants in this action, Carlos Gutierrez, as Secretary of Commerce, the National Oceanic and Atmospheric Administration (NOAA), and the National Marine Fisheries Service (NMFS), hereby notify the parties and this Court that the September 18, 2006 biological opinion (2006 BiOp), Attachment 1, at issue in this case is the subject of reinitiated consultation pursuant to Section 7 of the Endangered Species Act. Both the 2006 BiOp and the ongoing ESA consultation relate to the effects of the Atlantic sea scallop fishery upon loggerhead sea turtles and other listed species.

As explained in the attached April 3, 2007 *Memorandum for the Record* by the NOAA Regional Administrator, Patricia Kurkul, Attachment 2, estimates of bycatch of loggerhead sea turtles in the scallop trawl fishery were not available when the 2006 BiOp was issued. However, on page 71 of the 2006 BiOp, NOAA previously explained that it would review that information once it became available, and would determine, at that time, whether it triggered the need for reinitiated consultation.

As anticipated by the 2006 BiOp, new information related to the bycatch of sea turtles became available on February 23, 2007, when the Northeast Fisheries Science Center released a new document that provided the first estimates of the average annual bycatch of loggerhead sea turtles in scallop trawl gear during 2004 and 2005. After review, NOAA concluded that the document represented new information regarding the capture of sea turtles in scallop trawl gear that reveals effects of the action that may affect listed sea turtles in a manner or to an extent not previously considered. Accordingly, pursuant to the ESA regulations at 50 C.F.R. 402.16, NOAA reinitiated formal consultation to reconsider the effects of the Atlantic Sea Scallop fishery on loggerhead sea turtles and other listed species.

DATED this 4th of May, 2007.

Respectfully submitted,

MATT McKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
JEAN E. WILLIAMS
Chief, Wildlife & Marine Resources Section

/s/
_____
KEITH W. RIZZARDI
U.S. Department of Justice
Environ. and Nat. Res. Div.
Wildlife and Marine Resources Section
Ben Franklin Station
Post Office Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0209

OF COUNSEL:

Julie Williams
Attorney-Advisor
NOAA General Counsel
Northeast Region

# ENDANGERED SPECIES ACT SECTION 7 CONSULTATION
## BIOLOGICAL OPINION

**Action Agency:**    NMFS, Northeast Regional Office

**Activity:**    Endangered Species Act Section 7 Consultation on the Atlantic Sea Scallop Fishery Management Plan [Consultation No. F/NER/2005/06066]

**Consulting Agency:**  NMFS, Northeast Region, through its Protected Resources Division

**Date Issued:**    *Sept 18, 2006*

**Approved by:**    *[signature]*

---

## TABLE OF CONTENTS

1.0.    CONSULTATION HISTORY ................................................................. 2

2.0.    DESCRIPTION OF THE PROPOSED ACTION ................................................. 4

3.0.    Status of the species .................................................................. 10

    3.1.1    Loggerhead Sea Turtles ........................................................ 13

    3.1.2    Leatherback Sea Turtles ........................................................ 21

    3.1.3    Kemp's Ridley Sea Turtles ...................................................... 27

    3.1.4    Green Sea Turtles ............................................................ 29

4.0.    ENVIRONMENTAL BASELINE ............................................................. 32

    4.5    Summary of the Status and Environmental Baseline ............................... 46

5.0.    EFFECTS OF THE PROPOSED ACTION ..................................................... 49

6.0.    CUMULATIVE EFFECTS .................................................................. 74

7.0.    INTEGRATION AND SYNTHESIS OF EFFECTS ................................................ 75

    7.1.1    Integration and Synthesis of Effects on Loggerhead Sea Turtles ................. 76

    7.1.2    Integration and Synthesis of Effects on Leatherback Sea Turtles ............... 82

    7.1.3    Integration and Synthesis of Effects on Kemp's Ridley Sea Turtles ............. 84

    7.1.4    Integration and Synthesis of Effects on Green Sea Turtles ...................... 84

8.0.    CONCLUSION .......................................................................... 85

9.0.    INCIDENTAL TAKE STATEMENT ........................................................... 85

10.0.  CONSERVATION RECOMMENDATIONS ....................................................... 89

11.0.  REINITIATION STATEMENT .............................................................. 90

Literature Cited ........................................................................ 91

Section 7(a)(2) of the Endangered Species Act (ESA) (16 U.S.C. 1531 et seq.) requires that each federal agency shall ensure that any action authorized, funded, or carried out by such agency is not likely to jeopardize the continued existence of any endangered or threatened species or result in the destruction or adverse modification of critical habitat of such species. When the action of a federal agency may affect species listed as threatened or endangered, that agency is required to consult with either NOAA Fisheries Service (NMFS) or the U.S. Fish and Wildlife Service (FWS), depending upon the species that may be affected. In instances where NMFS or FWS are themselves proposing an action that may affect listed species, the agency must conduct intra-service consultation. Since the action described in this document is proposed to be authorized by NMFS Northeast Region (NERO), this office has requested formal intra-service section 7 consultation.

NMFS NERO has reinitiated formal intra-service consultation, in accordance with section 7(a)(2) of the ESA, and 50 CFR 402.16 given that new information on sea turtle takes reveals that the continued authorization of the Atlantic sea scallop fishery (scallop fishery) may affect listed species in a manner or to an extent not previously considered. This document represents NMFS' biological opinion (Opinion) on the continued authorization of the Atlantic Sea Scallop FMP (Scallop FMP), and its effects on ESA-listed species under NMFS jurisdiction in accordance with section 7 of the Endangered Species Act of 1973, as amended.

Formal intra-service section 7 consultation on the continued implementation of the Scallop FMP was reinitiated on November 1, 2005 [Consultation No. F/NER/2005/06066]. This Opinion is based on the information developed by NMFS NERO and other sources of information.

## 1.0    CONSULTATION HISTORY

### Cause for Reinitiating

As provided in 50 CFR 402.16, there are several circumstances that trigger reinitiating formal consultation. These include where discretionary federal agency involvement or control over the action has been retained (or is authorized by law) and: (1) new information reveals effects of the action that may affect listed species or critical habitat in a manner or to an extent not previously considered, or (2) the agency action is subsequently modified in a manner that causes an effect to the listed species or critical habitat not considered in the opinion.

The December 15, 2004, Opinion for the scallop fishery concluded that continued operation of the fishery was not likely to result in jeopardy to any ESA-listed species under NMFS jurisdiction (NMFS 2004a). However, takes of loggerhead and leatherback sea turtles were expected to occur. An Incidental Take Statement (ITS) was provided along with non-discretionary Reasonable and Prudent Measures (RPMs) to minimize the likelihood of take. As described in the ITS, up to 753 sea turtles (749 in scallop dredge gear and 4 in scallop trawl gear) were anticipated to be taken annually as a result of the continued implementation of the Atlantic sea scallop fishery. All of the takes were anticipated to be loggerhead sea turtles with the exception of one anticipated take of a leatherback sea turtle in scallop trawl gear.

2

On August 4, 2005, the Northeast Fisheries Science Center, Fisheries Sampling Branch (FSB) notified the NMFS, NERO, Protected Resources Division (PRD) that two loggerhead sea turtles were observed captured in the scallop trawl fishery during the month of June.  On September 8, 2005, the FSB notified the PRD that three loggerhead sea turtles were observed captured in scallop trawl gear during the month of July.  Therefore, as of September 8, 2005, a total of five loggerhead sea turtles were observed captured in trawl gear used in the Atlantic sea scallop fishery.  Although the ITS of 753 turtles provided with the December 15, 2004, Opinion has not been exceeded, the number of loggerhead sea turtles observed taken thus far in the scallop trawl fishery for the 2005 scallop fishing year (March 1, 2005 – February 28, 2006) represents new information on the effects of the fishery on ESA-listed sea turtles.

There is also new observer information on the species of turtles that interact with the fishery and the range over which interactions may occur.  The December 15, 2004, Opinion concluded that Kemp's ridley and green sea turtles were unlikely to interact with dredge and trawl gear used in the Atlantic sea scallop fishery.  However, on August 23, 2005, NMFS' NERO received confirmation from the Northeast Fisheries Science Center (NEFSC) that a turtle observed taken in scallop dredge gear in 1997 off of New Jersey was identified in the NEFSC database as a green sea turtle (memo from John Boreman to Patricia A. Kurkul).  Previous biological opinions for the Atlantic sea scallop fishery, including the December 15, 2004, Opinion had identified this turtle as an unidentified hard-shelled species based on conversations with NEFSC staff dating back to the December 28, 2000, ESA section 7 consultation for Framework Adjustment 14 to the Atlantic sea scallop FMP.  However, following completion of the December 15, 2004, Opinion, NEFSC staff discovered that the turtle was identified to species in the observer database and notified PRD of the discrepancy.  In addition, on September 2, 2005, the FSB notified PRD that a turtle observed captured in scallop dredge gear in August 2005 had been identified as a Kemp's ridley sea turtle.  In addition, the gear was operating on the southeastern edge of Georges Bank (south of 41° N latitude and east of 68° W longitude) when the take occurred.  This position is within the latitudinal range but outside of the longitudinal range previously used to estimate the bycatch of sea turtles in the scallop dredge fishery (Murray 2004b).  Therefore, this observed take constitutes new information on the area in which interactions between sea turtles and scallop fishing gear are likely to occur as well as the species involved in such interactions.

The information presented above represents new information regarding the effects of the continued operation of the Atlantic sea scallop fishery on ESA-listed sea turtles.  Therefore, given that the trigger for reinitiating consultation has been met, in accordance with the regulations at 50 CFR 402.16, formal consultation was reinitiated to reconsider the effects of the Atlantic sea scallop fishery on ESA-listed sea turtles.

### Consultation History
The consultation history for the scallop fishery was reviewed in the previous formal consultation.  Briefly, formal consultation on the scallop fishery was initiated December 21, 2001.  The Opinion concluded on February 24, 2003, that the continued operation of the scallop fishery may adversely affect loggerhead, leatherback, Kemp's ridley and green sea turtles but was not expected to result in jeopardy for any of these species or any other ESA-listed species under NMFS jurisdiction (NMFS 2003).  An ITS of 97 turtles was provided based on the estimated

3

annual take of turtles in the scallop dredge and trawl fisheries. Reasonable and Prudent Measures were provided to minimize the likelihood of take.

Consultation was reinitiated on November 21, 2003, for two reasons: first, new information on sea turtle takes revealed that the continued authorization of the Atlantic sea scallop fishery may affect listed species or critical habitat in a manner or to an extent not previously considered and, second, the agency action was proposed to be modified by Amendment 10 in a manner that caused an effect to the listed species or critical habitat not considered in the previous opinion. NMFS subsequently modified the proposed action when it initiated an emergency action for the scallop fishery on January 20, 2004. The consultation was, therefore, revised to consider the effects to ESA-listed species from the modified proposed action. The Opinion concluded (on February 23, 2004) that the continued operation of the scallop fishery, including implementation of Amendment 10 and emergency measures, may adversely affect loggerhead, leatherback, Kemp's ridley and green sea turtles but was not expected to result in jeopardy for any of these species or any other ESA-listed species under NMFS jurisdiction. An ITS was provided for these four turtle species along with RPM's to minimize the likelihood of take.

Subsequently, on September 3, 2004, consultation was reinitiated to consider new information on the effects of the sea scallop fishery on sea turtles that was received from the NEFSC. Consultation was completed on December 15, 2004, and concluded that the anticipated take of 753 turtles (752 loggerheads and 1 leatherback sea turtle) in the sea scallop fishery was not expected to result in jeopardy to loggerhead and leatherback sea turtles. As described above, consultation was reinitiated on November 1, 2005, based on new information on the number of turtle takes in the trawl component of the scallop fishery as well as new information on the species that interact with scallop fishing gear, and the area(s) where interactions occur.

Other than these formal consultations, Section 7 consultations were conducted and completed informally for prior framework adjustments and amendments to the Scallop FMP. Each of these informal consultations concluded that the action might affect, but was not likely to adversely affect, species listed as threatened or endangered or designated critical habitat.

## 2.0    DESCRIPTION OF THE PROPOSED ACTION

The proposed action is NMFS' continued authorization of the scallop fishery managed under the Scallop FMP. A summary of the characteristics of the fishery relevant to the analysis of its potential effects on threatened and endangered species is presented below.

NMFS has recently finalized a rule (71 FR 50361, August 25, 2006) that requires modification of scallop dredge gear by use of a chain mat when the gear is fished in Mid-Atlantic waters south of 41° 9.0'N from the shoreline to the outer boundary of the EEZ during the period of May 1 through November 30 each year. The intent of the dredge gear modification is to reduce the severity of some sea turtle interactions that might occur by preventing the turtle from entering the dredge bag. Further information on the gear modification and how it is expected to change the anticipated effects of the continued authorization of the scallop fishery on ESA-listed species is presented in Sections 4.4.3.6 and 5.0, respectively.

## 2.1     Description of the Current Fishery for Sea Scallops

The current management measures for the commercial sea scallop (*Placopecten magellanicus*) fishery and the history of the fishery have been described in numerous documents including documents prepared in accordance with the National Environmental Policy Act (NEPA) for Amendment 10, Joint Framework Adjustment 16 to the Scallop FMP and 39 to the Northeast Multispecies FMP (Framework 16/39), and Framework Adjustment 18 (Framework 18) to the Scallop FMP (NEFMC 2003; 2004a; 2005a).  The general distribution of sea scallops in western Atlantic waters and their habitat characteristics have been most recently described in the 2005 Stock Assessment and Fishery Evaluation (SAFE) Report (NEFMC 2005a), and the Essential Fish Habitat source documents for sea scallops (Hart and Chute 2004; Packer *et al*. 1999).  A summary of the current fishery and its management history is provided below.

The fishing year for the scallop fishery is defined for management purposes as March 1 through the last day of February.  The fishery itself operates year round in U.S. waters (Hart 2001) although seasonal peaks in sea scallop landings are evident.  These peaks may be influenced by management measures, market conditions, and scallop spawning, amongst other factors.

The occurrence of scallops in the Northwest Atlantic Ocean is generally described as from North Carolina to Newfoundland along the continental shelf, typically on sand and gravel bottoms (Packer *et al.* 1999).  However, scallops are not evenly distributed throughout this area and they often occur in aggregations called beds (Hart and Chute 2004).  Major aggregations of scallops in U.S. waters occur in the Mid-Atlantic[1] from Virginia to Long Island, on Georges Bank, and in the Great South Channel (NEFMC 2003).  Smaller concentrations are found in the Gulf of Maine (NEFMC 2003).  However, Gulf of Maine landings represent a small percentage of the annual scallop landings.  Overall, 90-95% of scallop landings are from the Georges Bank and Mid-Atlantic regions (NEFMC 2005a).

Scallop growth and the settlement of larvae are influenced by a number of environmental factors including currents, substrate, and food availability as well as salinity and water temperature (Hart and Chute 2004); affecting where scallop aggregations occur.  Scallops are most abundant between 40-100m around the perimeter of Georges Bank, including the Great South Channel, and between 40-80m in the Mid-Atlantic (NEFMC 2001; NEFSC memo from John Boreman to Patricia A. Kurkul, January 18, 2006).  They are found in more shallow waters along Cape Cod and the Gulf of Maine (NEFMC 2003), and scallop landings in the Gulf of Maine are typically from relatively shallow waters nearshore (<40m) (NEFSC 2004).

Scallop fishing is conducted by vessels using either dredge or trawl gear (NEFMC 2003). Dredge gear is the primary gear type used in the scallop fishery.  Typically, eighty to ninety percent of scallop landings are made by vessels that use two,15-foot dredges (NEFMC 2003).

---

[1]  "Mid-Atlantic" as used here refers to the Mid-Atlantic Bight which is defined as the area between Cape Hatteras, NC and Long Island, NY.

5

Another five percent of landings come from smaller vessels using a single dredge that is limited by regulation to no more than 10.5 feet in total width (NEFMC 2003). Approximately 10 percent of landings are from vessels using trawl gear, mainly in the Mid-Atlantic region (NEFMC 2003). Fishing by these vessels often occurs during the summer when other species (*e.g.*, summer flounder) are not available (NEFMC 2003).

The scallop fishery has been managed for decades with the intent of controlling effort in the fishery. However, earlier measures were not always successful at meeting this goal. Prior to 1982, the scallop fishery was managed by various state fishery and health regulations as well as an industry agreement that stipulated the length of trips and the number of days a vessel must remain in port between trips (NEFMC 2003). Federal fisheries management of the scallop fishery in the EEZ began in 1982 with NMFS' implementation of the original Scallop FMP. The FMP established the management unit for the sea scallop fishery covered by the plan, as well as meat count and shell height standards intended to help control effort in the fishery (NEFMC 2003). Access to the fishery was left open at this time, meaning that any vessel could participate in the fishery (NEFMC 2003). However, the measures proved to be ineffective at meeting the objectives of the FMP for several reasons (NEFMC 2003). Therefore, in 1994, Amendment 4 to the Scallop FMP was implemented. The basic effort control measures of today's scallop fishery (as it currently operates) were first established through Amendment 4 and included: (a) a limited access program to prevent new entrants to the fishery, (b) days-at-sea (DAS) allocations to each approved limited access vessel, (c) a DAS reduction schedule, (d) gear regulations, (e) a vessel monitoring system for approved limited access vessels to track a vessel's fishing effort, and (f) an open access permit for vessels that did not qualify for a limited access permit (NEFMC 2003). Other amendments and framework adjustments to the FMP that followed addressed new management measures or revisions to existing measures such as the establishment of two closed areas in the Mid-Atlantic (known as the Hudson Canyon and Virginia/North Carolina Closed Areas), changes to the DAS reduction schedule, and vessel upgrade/replacement provisions (NEFMC 2004a). During the same time period, three areas of Georges Bank were closed to scallop fishing under the Multispecies FMP in order to protect regulated groundfish stocks.

In 2004, substantive changes were made to management of the scallop fishery as a result of implementation of Amendment 10 and Framework 16/39. Amendment 10 retained the basic effort control measures of the FMP but changed the overall approach to managing the fishery by implementing a rotational area management strategy to maximize scallop yield in response to changes in the abundance of the scallop resource (NEFMC 2003). Amendment 10 defined three types of areas for the purpose of managing the fishery within the management unit. These are: Rotational Closed Areas; Sea Scallop Access Areas; and Open Areas. Different management measures (*i.e.*, with respect to DAS use, DAS allocations, and access) apply to each type of area. Framework 16/39 established Sea Scallop Access Areas within each of the three areas on Georges Bank that had been previously closed to scallop fishing.

Framework 18 is the most recent action for the Scallop FMP. A final rule to implement the action was published in the *Federal Register* on June 8, 2006 (71 FR 33211). In accordance with the rotational management system established by Amendment 10, Framework 18 provides the

management measures to respond to changes in the scallop resource for the 2006 and 2007 fishing years. The measures include:

- Revision of the Georges Bank Area Access (GBAA) schedule for the 2006 scallop fishing year and trip allocations for those three areas;
- Continuation of the Hudson Canyon Access Area (HCAA) for vessels that did not use any or all of their 2005 HCAA trips;
- Initial trip allocations, opening date, seasonal closure, and allocation adjustment measures for the reopening of the Elephant Trunk Area (ETA);
- A new Mid-Atlantic closed area identified as the Delmarva Area; and
- Open area DAS allocations for the 2006 and 2007 scallop fishing years.

The measures have the effect of further controlling scallop fishing effort (NMFS 2006a). For example, if Framework 18 were not implemented, the HCAA would have reopened as an open area at the start of the 2006 scallop fishing year (March 1, 2006). Instead, Framework 18 retains the HCAA for an additional two scallop fishing years (2006 and 2007) and allows vessels that did not use all of their allocated 2005 HCAA trips to use those trips in the 2006 and 2007 scallop fishing years. No other scallop vessels will be allowed to fish for scallops in the HCAA until the start of the 2008 scallop fishing year (March 1, 2008) when it is expected to be reopened as an open area. Similarly, Framework 18 establishes the effort control measures for the ETA when it opens as a Sea Scallop Access Area in the 2007 scallop fishing year. In addition, Framework 18 includes a seasonal closure of the ETA from September 1, 2007 to October 31, 2007 to help reduce the potential for sea turtle interactions with scallop gear in the ETA once it reopens as a controlled access area in 2007.

Effort shifts are anticipated as a result of several Framework 18 measures including establishment of the new Delmarva closed area, changes in the GBAA schedule, delayed opening of the HCAA, reopening of the ETA as a controlled access area, and the seasonal closure of the ETA. However, none of these are expected to change the level of effort (NMFS 2006a).

The limited access program and DAS allocations, first established under Amendment 4, remain the basic effort control measures for the scallop fishery. There are eight different types of scallop limited access permits. Depending on the type of limited access permit for which the vessel qualified, the owner of a vessel with a scallop limited permit may have the option of fishing with dredge gear (permit categories 2, 3 and 4), with a small dredge (categories 5 and 6), or with trawl nets (categories 7, 8 and 9). Open area and Sea Scallop Access Area DAS allocations to the vessel vary depending on whether the vessel qualified in the full-time, part-time or occasional permit category. The greatest number of DAS are allocated to vessels that qualified in the full-time permit category.

Limited access vessels assigned to either the part-time or occasional categories can increase their DAS allocation by opting into the small dredge program, which effectively places them one category higher (*e.g.*, a part-time limited access vessel becomes a full-time limited access vessel in the small dredge program, and an occasional limited access vessel becomes a part-time limited

access vessel in the small dredge program).  The small dredge program requires participating vessels to: (1) fish exclusively with one dredge no more than 10.5 ft in width; (2) have only one dredge on board or in use; and (3) have no more than five people (versus seven for limited access vessels not in the small dredge program), including the operator, on board (NEFMC 2003). Crew limits are another effort control mechanism because they affect how fast a haul of scallops can be shucked and, as a result, how quickly subsequent hauls can be made.

As described above, Amendment 4 to the Scallop FMP also established open access provisions for vessels that did not qualify for a scallop limited access permit.  The open access provisions allow vessels to possess and land scallops either: (1) through possession of a general category permit or (2) in accordance with the exemption for vessels that have neither a limited access or general category permit.  Scallop possession and landing limits are the primary effort control mechanism for vessels that do not possess a limited access scallop permit.  Vessels that possess a general category permit for the fishery are allowed to retain or land up to 400 pounds of shucked scallops, or 50 U.S. bushels of in-shell scallops per trip.  Vessels that have neither a limited access or general category permit (except those that participate exclusively in state waters) are allowed to possess and land up to 40 pounds of scallop meat or 5 bushels of shell stock per trip. In either case, the possession and landing limits are far less than for limited access vessels fishing under a DAS (*i.e.*, no landing limits for limited access vessels fishing under a DAS in open areas, and landing limits of up to 18,000 lbs per trip for full-time limited access vessels fishing in a Sea Scallop Access Area).

Typically, the number of vessels that actually fish under a general category scallop permit is a fraction of the number of vessels that possess a general category permit.  In 2003 and 2004, less than 20% of the general category permits issued were actually used to land scallops (NEFMC 2005a).  Nevertheless, the number of general category permits issued, the number of general category permitted vessels landing scallops, and the total landings of scallops by vessels possessing a general category permit did increase in 2003 and 2004 as compared to previous years, and preliminary data suggest that these trends continued in 2005 (NEFMC 2005a). Although landings by the general category permitted vessels still represent a small portion of the overall scallop landings (5.35% for the 2004 scallop fishing year), the increase in active general category permits and the increase in landings by general category permitted vessels has prompted the initiation of Amendment 11 to the Scallop FMP.  Amendment 11, if approved and implemented, is expected to create a limited access program for the general category sector in order to constrain effort in this sector of the fishery (NEFMC 2006).  The amendment is currently under development.

Management measures for the Scallop FMP are continually reviewed and revised, as necessary. Overall, the FMP has been successful at reducing effort in the fishery to the benefit of the scallop resource.  In comparison to 1994 when many of the current management measures for controlling effort in the fishery were first implemented, the number of limited access vessels in the fishery has decreased, the number of DAS allocated to each vessel has decreased, and the number of DAS used has decreased (NEFMC 2005a).  At the same time, landings per unit effort (*i.e.*, landings per actual DAS used) have more than doubled.  The percentage of larger scallops (11-20 count) landed has nearly quadrupled from 11.7% in 1999 to 41.7% in 2004 (NEFMC

2005a) suggesting that reductions in effort and management of where effort occurs have allowed scallops to grow to a larger size before being harvested.

### 2.1.1    Summary of the Fishery

In U.S. waters, scallops are most abundant between 40-100m around the perimeter of Georges Bank, including the Great South Channel, and between 40-80m in the Mid-Atlantic (NEFMC 2001; NEFSC memo from John Boreman to Patricia A. Kurkul, January 18, 2006). The majority of scallop landings (90-95%) are fished from the Georges Bank and Mid-Atlantic regions (NEFMC 2005a).

Scallop dredge gear is the primary gear type used in the scallop fishery. A rule recently finalized by NMFS requires the use of chain mat-modified scallop dredge gear when the dredge gear is fished in Mid-Atlantic waters south of 41° 9.0'N from the shoreline to the outer boundary of the EEZ during the period of May 1 through November 30 each year. The intent of the dredge gear modification is to reduce the severity of some sea turtle interactions that might occur by preventing the turtle from entering the dredge bag.

Approximately 10 percent of landings are from vessels using trawl gear, mainly in the Mid-Atlantic region (NEFMC 2003). Fishing by these vessels often occurs during the summer when other species (*e.g.*, summer flounder) are not available (NEFMC 2003).

The scallop fishery has been managed for decades with the intent of controlling effort in the fishery. The most recent actions to modify the Scallop FMP are Framework 18, which provides the management measures for the 2006 and 2007 scallop fishing years, and Amendment 11 which is currently in development and intended to limit effort by the general category sector of the fishery. Overall, management of the scallop fishery under the FMP has helped to reduce effort in the fishery and increase the productivity and landings of the scallop resource.

## 2.2    Action Area

The management unit for the Scallop FMP is defined in the FMP as the range of the sea scallop resource along the U.S. Atlantic coast. In the Northwest Atlantic Ocean, scallops range from Newfoundland to North Carolina along the continental shelf of North America. The direct and indirect effects of the scallop fishery managed under the Scallop FMP have been summarized as impacts resulting from the fishing gear coming in contact with and disturbing the sea bed, and the removal of various species from the environment (some of which are discarded as unwanted or regulatory discards) (NEFMC 2003). For the purposes of this Opinion, the area encompassing the direct and indirect effects of the scallop fishery (the action area) is the area in which the scallop fishery operates, broadly defined as all EEZ waters from Maine through the Virginia/North Carolina scallop stock area (35° N latitude, see Appendix 1) and the adjoining territorial sea that is affected through the regulation of activities of Federal scallop permit holders fishing in the territorial sea. NMFS has determined that the only effect on ESA-listed species as a result of implementing the Scallop FMP is the direct effect of interactions between sea turtles and scallop dredge and trawl gear. No indirect effects on ESA-listed species are expected.

**3.0    STATUS OF THE SPECIES**

NMFS has determined that the action being considered in the Opinion may adversely affect the following sea turtle species provided protection under the ESA:

| | | |
|---|---|---|
| Loggerhead sea turtle | (*Carretta carretta*) | Threatened |
| Leatherback sea turtle | (*Dermochelys coriacea*) | Endangered |
| Kemp's ridley sea turtle | (*Lepidochelys kempii*) | Endangered |
| Green sea turtle | (*Chelonia mydas*) | Endangered[2] |

NMFS has determined that the action being considered in the Opinion is not likely to adversely affect shortnose sturgeon (*Acipenser brevirostrum*), the Gulf of Maine distinct population segment (DPS) of Atlantic salmon (*Salmo salar*), hawksbill sea turtles (*Eretmochelys imbricata*), North Atlantic right whales (*Eubalaena glacialis*), humpback whales (*Megaptera novaengliae*), fin whales (*Balaenoptera physalus*), sei whales (*Balaenoptera borealis*), blue whales (*Balaenoptera musculus*), and sperm whales (*Physeter* macrocephalus) all of which are listed as endangered species under the ESA. Thus, these species will not be considered further in this Opinion. NMFS has also determined that the action is not likely to have any adverse effects on the habitat features in the specific areas designated as right whale critical habitat. The following discussion is NMFS' rationale for these determinations.

Shortnose sturgeon are benthic fish that mainly occupy the deep channel sections of large rivers. They can be found in rivers along the western Atlantic coast from St. Johns River, Florida (possibly extirpated from this system), to the Saint John River in New Brunswick, Canada. The species is anadromous in the southern portion of its range (*i.e.*, south of Chesapeake Bay), while some northern populations are amphidromous (NMFS 1998a). There have been no documented cases of shortnose sturgeon takes in the scallop fishery or other fisheries that operate in similar locations or with similar gear. Since operation of the scallop fishery does not occur in or near the rivers where concentrations of shortnose sturgeon are most likely found, it is highly unlikely that the scallop fishery will affect shortnose sturgeon.

The wild populations of Atlantic salmon found in rivers and streams from the lower Kennebec River north to the U.S.- Canada border are listed as endangered under the ESA. These

---

[2] Green turtles in U.S. waters are listed as threatened except for the Florida breeding population which is listed as endangered. Due to the inability to distinguish between these populations away from the nesting beach, green turtles are considered endangered wherever they occur in U.S. waters.

populations include those in the Dennys, East Machias, Machias, Pleasant, Narraguagus, Ducktrap, and Sheepscot Rivers and Cove Brook. Juvenile salmon in New England rivers typically migrate to sea in May after a two to three year period of development in freshwater streams, and remain at sea for two winters before returning to their U.S. natal rivers to spawn. In 2001, a commercial fishing vessel engaged in fishing operations captured an adult salmon. Although this was subsequently determined to be an escaped aquaculture fish, it does show the potential for take of ESA-listed salmon in commercial fishing gear. In addition, results from a 2001 post-smolt trawl survey in Penobscot Bay and the nearshore waters of the Gulf of Maine indicate that Atlantic salmon post-smolts are prevalent in the upper water column throughout this area in mid to late May. Therefore, commercial fisheries deploying small mesh active gear (pelagic trawls and purse seines within 10-m of the surface) may have the potential to incidentally take smolts. Nevertheless, NMFS believes that the proposed action is unlikely to affect ESA-listed Atlantic salmon since operation of the scallop fishery does not occur in or near the rivers where concentrations of Atlantic salmon are most likely to be found, scallop gear operates in the ocean at or near the bottom rather than near the surface, and there have been no recorded takes of Atlantic salmon in scallop gear. It is, therefore, highly unlikely that the action being considered in this Opinion will affect the Gulf of Maine DPS of Atlantic salmon. Thus, this species will not be considered further in this Opinion.

The hawksbill turtle is uncommon in the waters of the continental United States. Hawksbills prefer coral reefs, such as those found in the Caribbean and Central America. Hawksbills feed primarily on a wide variety of sponges but also consume bryozoans, coelenterates, and mollusks. The Culebra Archipelago of Puerto Rico contains especially important foraging habitat for hawksbills. Nesting areas in the western North Atlantic include Puerto Rico and the Virgin Islands. There are accounts of hawksbills in south Florida and a number are encountered in Texas. In the north Atlantic, small hawksbills have stranded as far north as Cape Cod, Massachusetts (Sea Turtle Stranding and Salvage Network (STSSN) database). However, many of these strandings were observed after hurricanes or offshore storms. No takes of hawksbill sea turtles have been recorded in northeast or Mid-Atlantic fisheries covered by the NEFSC observer program which include: sink gillnet, bottom coastal gillnet, drift coastal gillnet, scallop dredge, lobster pot, purse seine and pelagic longline fisheries. Although observer coverage in many of these fisheries has typically been low, given the best available information regarding the range of hawksbill sea turtles and based on the lack of documented takes of hawksbill sea turtles in fisheries that operate in and near the action area, it is reasonable to conclude that the proposed action is unlikely to affect hawksbill sea turtles.

Right whales, humpback whales, and fin whales occur in Mid-Atlantic and New England waters over the continental shelf. Sei whales typically occur over the continental slope or in basins situated between banks (NMFS 1998b). During the CeTAP study, sperm whales were observed along the shelf edge, centered around the 1000 meter depth contour but extending seaward out to the 2000 meter depth contour (CeTAP 1982). Although blue whales are occasionally seen in U.S. waters, they are more commonly found in Canadian waters (Waring *et al.* 2000). The only known interaction between a cetacean and scallop gear occurred in 1983 when a humpback whale became entangled in the cables of scallop dredge gear off of Chatham, Massachusetts. The entanglement was reported and responded to by disentanglement personnel. Although this

event shows that interactions between large cetaceans and scallop gear can occur, nevertheless such interactions are expected to be extremely unlikely to occur given that these whale species are larger than a scallop dredge or trawl opening, and have the speed and maneuverability to get out of the way of oncoming scallop fishing gear. Therefore, these species will not be considered further in this Opinion.

Critical habitat for right whales has been designated for Cape Cod Bay (CCB), Great South Channel (GSC), and coastal Florida and Georgia (outside of the action area for this Opinion). The habitat features identified in this designation include copepods (prey), and oceanographic conditions created by a combination of temperature and depth that are conducive for calving and nursing. There is no evidence to suggest that operation of the scallop fishery has any adverse effects on the habitat features in the specific areas designated as right whale critical habitat. Right whale critical habitat will, therefore, not be considered further in this Opinion.

The December 15, 2004, Opinion on the continued authorization of the scallop fishery under the Scallop FMP concluded that Kemp's ridley and green sea turtles were unlikely to interact with dredge and trawl gear used in the scallop fishery. This conclusion was based on life history information for these two species such as that Kemp's ridley and green sea turtles were expected to occur predominantly in inshore waters (*i.e.*, bays and estuaries, and other coastal waters) during foraging seasons where the Atlantic sea scallop fishery does not typically operate (Lutcavage and Musick 1985; Keinath *et al*. 1987; Morreale and Standora 1993; Spotila *et al.* 1998). In addition, while the broadest extent of the western Atlantic green turtle's range is from Massachusetts to Argentina, including the Gulf of Mexico and Caribbean, they are considered rare north of Cape Hatteras (Wynne and Schwartz 1999). At the time that the December 15, 2004, Opinion was written, only loggerhead sea turtles had been identified as interacting with scallop fishing gear despite increased observer coverage in the fishery and improved species identification of sea turtles by observers. As described in Section 1.0, NMFS has received new information that supports that a Kemp's ridley sea turtle and a green sea turtle have been observed taken in scallop dredge gear.

NMFS also previously concluded that leatherback sea turtles were not likely to be caught in scallop dredge gear or struck by the gear given their typical prey (*i.e.*, cnidarians, tunicates, and salps) is found within the water column rather than on the bottom, and the large size of leatherbacks in relation to a dredge bag (NMFS 2003; 2004a; 2004b). However, following completion of the December 15, 2004 Opinion, NMFS was notified that a vessel captain participating in that year's experimental fishery for chain-mat modified scallop dredge gear had reported the take of a leatherback sea turtle in the control (unmodified) dredge (DuPaul *et al.* 2004). While the turtle could not be positively identified as a leatherback sea turtle in accordance with NEFSC protocol (see section 5.4.3 for further information), based on information collected by the principal investigators from an interview with the vessel captain, the turtle was described as being very large (estimated by the captain as 5-5.5 feet in length, and requiring the use of a rope sling to get the turtle over the rail of the boat and back into the water). Based on observations of live and apparently uninjured loggerhead turtles taken in scallop dredge gear, NMFS believes some sea turtle interactions with scallop dredge gear occur within the water column. The interaction reported by the vessel captain participating in the

experimental fishery suggests that even very large turtles can enter the dredge bag; perhaps while the gear is in the water column. Therefore, given the presence of leatherback sea turtles in areas where the scallop dredge fishery occurs, and the large size of the dredge (10-15 feet in width with 15 feet being the size typically fished by limited access vessels), NMFS now believes that leatherback sea turtles may be captured in scallop dredge gear when the gear is being towed through the water column.

The remainder of this section will focus on the status of the sea turtle species within the action area that are likely to be affected by the proposed action, summarizing the information necessary to establish the environmental baseline against which the effects of the proposed action will be assessed. Additional background information on the range-wide status of these species can be found in a number of published documents, including sea turtle status reviews and biological reports (Hirth 1997; NMFS and USFWS 1995; USFWS 1997; Marine Turtle Expert Working Group (TEWG) 1998 & 2000), and recovery plans for the loggerhead sea turtle (NMFS and USFWS 1991a), leatherback sea turtle (NMFS and USFWS 1992; NMFS and USFWS 1998a), Kemp's ridley sea turtle (USFWS and NMFS 1992), and green sea turtle (NMFS and USFWS 1991b; NMFS and USFWS 1998b).

## 3.1    Status of Sea Turtles

Sea turtles continue to be affected by many factors occurring on the nesting beaches and in the water. Poaching, habitat loss (because of human development), and nesting predation by introduced species affect hatchlings and nesting females while on land. Fishery interactions from many sources affect sea turtles in the pelagic and benthic environments. As a result, sea turtles still face many of the original threats that were the cause of their listing under the ESA.

Sea turtles were listed under the ESA at the species level rather than as individual populations or recovery units. Since the action that is being consulted on effects only sea turtle populations in the Atlantic Ocean, this consultation will focus on the Atlantic populations of leatherback, Kemp's ridley, and green sea turtles, and the Atlantic subpopulations of loggerhead sea turtles. The loss of these sea turtle populations/subpopulations in the Atlantic Ocean would result in a significant gap and reduction in the distribution and abundance of each turtle species, which makes these populations/subpopulations biologically significant and would, by itself, appreciably reduce the entire species' likelihood of surviving and recovering in the wild. Since the listing under the ESA is at the species level, information on the range-wide status of each species is included to provide the reader with information on the status of each species, overall.

### 3.1.1   Loggerhead sea turtle

Loggerhead sea turtles are a cosmopolitan species, found in temperate and subtropical waters and inhabiting pelagic waters, continental shelves, bays, estuaries and lagoons. Loggerhead sea turtles are the most abundant species of sea turtle in U.S. waters.

*Pacific Ocean.* In the Pacific Ocean, major loggerhead nesting grounds are generally located in temperate and subtropical regions with scattered nesting in the tropics. The abundance of

loggerhead turtles on nesting colonies throughout the Pacific basin have declined dramatically over the past 10-20 years. Loggerhead sea turtles in the Pacific are represented by a northwestern Pacific nesting aggregation (located in Japan) and a smaller southwestern nesting aggregation that occurs in Australia (Great Barrier Reef and Queensland), New Caledonia, New Zealand, Indonesia, and Papua New Guinea. Data from 1995 estimated the Japanese nesting aggregation at 1,000 female loggerhead turtles (Bolten *et al.* 1996). More recent estimates are unavailable. However, qualitative reports suggest that the Japanese nesting aggregation has declined since 1995 and continues to decline (Tillman 2000). In addition, genetic analyses of female loggerheads nesting in Japan indicates the presence of genetically distinct nesting colonies (Hatase *et al.* 2002). As a result, Hatase *et al.* (2002) suggest that the loss of one of these colonies would decrease the genetic diversity of loggerheads that nest in Japan, and recolonization of the site would not be expected on an ecological time scale. In Australia, long-term census data has been collected at some rookeries since the late 1960's and early 1970's, and nearly all the data show marked declines in nesting populations since the mid-1980's (Limpus and Limpus 2003). The nesting aggregation in Queensland, Australia, was as low as 300 females in 1997.

Pacific loggerhead turtles are captured, injured, or killed in numerous Pacific fisheries including Japanese longline fisheries in the western Pacific Ocean and South China Seas; direct harvest and commercial fisheries off Baja California, Mexico, commercial and artisanal swordfish fisheries off Chile, Columbia, Ecuador, and Peru; purse seine fisheries for tuna in the eastern tropical Pacific Ocean, and California/Oregon drift gillnet fisheries.

*Indian Ocean.* Loggerhead sea turtles are distributed throughout the Indian Ocean, along most mainland coasts and island groups (Baldwin *et al.* 2003). In the southwestern Indian Ocean, loggerhead nesting has shown signs of recovery in South Africa where protection measures have been in place for decades. However, in other southwestern areas (*e.g.*, Madagascar and Mozambique) loggerhead nesting aggregations are still affected by subsistence hunting of adults and eggs (Baldwin *et al.* 2003). The largest known nesting aggregation of loggerheads in the world occurs in Oman in the northern Indian Ocean. An estimated 20,000-40,000 females nest at Masirah, the largest nesting site within Oman, each year (Baldwin *et al.* 2003). All known nesting sites within the eastern Indian Ocean are found in Western Australia (Dodd 1988). As has been found in other areas, nesting numbers are disproportionate within the area with the majority of nesting occurring at a single location. This may, however, be the result of fox predation on eggs at other Western Australia nesting sites (Baldwin *et al.* 2003). Throughout the Indian Ocean, loggerhead sea turtles face many of the same threats as in other parts of the world including loss of nesting beach habitat, fishery interactions, and turtle meat and/or egg harvesting.

*Mediterranean Sea.* Nesting in the Mediterranean is confined almost exclusively to the eastern basin (Margaritoulis *et al.* 2003). The greatest number of nests in the Mediterranean are found in Greece with an average of 3,050 nests per year (Margaritoulis *et al.* 2003). There is a long history of exploitation for loggerheads in the Mediterranean (Margaritoulis *et al.* 2003). Although much of this is now prohibited, some directed take still occurs (Margaritoulis *et al.*

2003). Loggerheads in the Mediterranean also face the threat of habitat degradation, incidental fishery interactions, vessel strikes, and marine pollution (Margaritoulis *et al.* 2003).

*Atlantic Ocean.* Loggerheads commonly occur throughout the inner continental shelf from Florida through Cape Cod, Massachusetts although their presence varies with the seasons due to changes in water temperature (Braun and Epperly 1996; Epperly *et al.* 1995a, Epperly *et al.* 1995b; Shoop and Kenney 1992). Aerial surveys of loggerhead turtles north of Cape Hatteras indicate that they are most common in waters from 22 to 49 meters deep although they range from the beach to waters beyond the continental shelf (Shoop and Kenney 1992). The presence of loggerhead turtles in an area is also influenced by water temperature. Loggerheads have been observed in waters with surface temperatures of 7-30°C but water temperatures of ≥11°C are favorable to sea turtles (Epperly *et al.* 1995b; Shoop and Kenney 1992). Within the action area of this consultation, loggerhead sea turtles occur year round in offshore waters off of North Carolina where water temperature is influenced by the Gulf Stream. As coastal water temperatures warm in the spring, loggerheads begin to migrate to North Carolina inshore waters (*e.g.*, Pamlico and Core Sounds) and also move up the coast (Braun-McNeill and Epperly 2004; Epperly *et al.* 1995a; Epperly *et al.* 1995b; Epperly *et al.* 1995c), occurring in Virginia foraging areas as early as April and on the most northern foraging grounds in the Gulf of Maine in June. The trend is reversed in the fall as water temperatures cool. The large majority leave the Gulf of Maine by mid-September but some may remain in Mid-Atlantic and Northeast areas until late Fall. By December loggerheads have migrated from inshore North Carolina waters and more northern coastal waters to waters offshore of North Carolina, particularly off of Cape Hatteras, and waters further south where the influence of the Gulf Stream provides temperatures favorable to sea turtles (Epperly *et al.* 1995b; Shoop and Kenney 1992).

In the western Atlantic, most loggerhead sea turtles nest from North Carolina to Florida and along the Gulf coast of Florida. There are at least five western Atlantic subpopulations, divided geographically as follows: (1) a northern nesting subpopulation, occurring from North Carolina to northeast Florida at about 29° N; (2) a south Florida nesting subpopulation, occurring from 29° N on the east coast to Sarasota on the west coast; (3) a Florida Panhandle nesting subpopulation, occurring at Eglin Air Force Base and the beaches near Panama City, Florida; (4) a Yucatán nesting subpopulation, occurring on the eastern Yucatán Peninsula, Mexico (Márquez 1990; TEWG 2000); and (5) a Dry Tortugas nesting subpopulation, occurring in the islands of the Dry Tortugas, near Key West, Florida (NMFS SEFSC 2001). The fidelity of nesting females to their nesting beach is the reason these subpopulations can be differentiated from one another. Genetic analyses conducted at these nesting sites indicate that they are distinct subpopulations (TEWG 2000). Cohorts from three of these, the south Florida, Yucatán, and northern subpopulations, are known to occur within the action area of this consultation (Bass *et al.* 2004; Rankin-Baransky *et al.* 2001) and there is genetics evidence that cohorts from the other two also likely occur within the action area (Bass *et al.* 2004).

Loggerheads mate in late March-early June, and eggs are laid throughout the summer, with a mean clutch size of 100-126 eggs in the southeastern United States. Individual females nest

multiple times during a nesting season, with a mean of 4.1 nests/individual (Murphy and Hopkins 1984). Nesting migrations for an individual female loggerhead are usually on an interval of 2-3 years, but can vary from 1-7 years (Dodd 1988).

A number of stock assessments (Heppell *et al.* 2003; NMFS SEFSC 2001; TEWG 2000; 1998) have examined the stock status of loggerheads in the waters of the United States, but have been unable to develop any reliable estimates of absolute population size. Due to the difficulty of conducting comprehensive population surveys away from nesting beaches, nesting beach survey data are used to index the status and trends of loggerheads (USFWS and NMFS 2003). Nesting beach surveys count the number of nests. As alluded to above, the number of nests laid are a function of the number of reproductively mature females in the population and the number of times that they nest per season. Between 1989 and 1998, the total number of nests laid along the U.S. Atlantic and Gulf coasts ranged from 53,014 to 92,182, annually with a mean of 73,751 (TEWG 2000). The south Florida nesting group is the largest known loggerhead nesting assemblage in the Atlantic and one of only two loggerhead nesting assemblages worldwide that has greater than 10,000 females nesting per year (USFWS and NMFS 2003; USFWS Fact Sheet). South Florida nests make up the majority (90.7%) of all loggerhead nests counted along the U.S. Atlantic and Gulf coasts during the period 1989-1998. Annual total nests for the south Florida nesting group have ranged from 48,531 - 83,442 over the past decade (USFWS and NMFS 2003). The northern subpopulation is the second largest loggerhead nesting assemblage within the United States but much smaller than the south Florida nesting group with approximately 1,524 nesting females per year (USWFS and NMFS 2003). Of the total number of nests counted along the U.S. Atlantic and Gulf coasts during the period 1989-1998, 8.5% were attributed to the northern subpopulation. The total nests for this subpopulation have ranged from 4,370 - 7,887, annually, for the period 1989-1998 (USWFS and NMFS 2003). The remaining three subpopulations (the Dry Tortugas, Florida Panhandle, and Yucatán) are much smaller subpopulations. Annual total nests for the Florida Panhandle subpopulation ranged from 113-1,285 nests for the period 1989-2002 (USFWS and NMFS 2003). The Yucatán nesting group was reported to have had 1,052 nests in 1998 (TEWG 2000). Nest counts for the Dry Tortugas subpopulation ranged from 168-270 during the 9-year period from 1995-2003.

While nesting beach data can be a useful tool for assessing sea turtle populations, the detection of nesting trends requires consistent data collection methods over long periods of time (USFWS and NMFS 2003). In 1989, a statewide sea turtle Index Nesting Beach Survey (INBS) program was developed and implemented in Florida, and similar standardized daily survey programs have been implemented in Georgia, South Carolina, and North Carolina (USFWS and NMFS 2003). Currently available nesting trend data for these subpopulations from the INBS program is still too limited to indicate statistically reliable trends (Florida Fish and Wildlife Conservation Commission, Florida Marine Research Institute, Statewide and Index Nesting Beach Survey Programs; USFWS and NMFS 2003). Similarly, nesting surveys for the Dry Tortugas subpopulation have been conducted as part of Florida's statewide survey program since 1995 (although the 2002 year was missed), but no conclusion on the nesting trend for the subpopulation can be made at this time given the relatively short period of survey effort (Florida Fish and Wildlife Conservation Commission, Florida Marine Research Institute, Statewide Nesting Beach Survey Data). Nesting survey effort overall has been inconsistent among the

Yucatán nesting beaches and no trend can be determined for this subpopulation given the currently available data (Zurita *et al*. 2003).

More reliable nesting trend information is available from some south Florida and northern subpopulation nesting beaches that have been surveyed for longer periods of time. Using the information gathered from these select south Florida and northern subpopulation nesting beaches, the Turtle Expert Working Group (TEWG) previously concluded that the south Florida subpopulation was increasing based on nesting data over the last couple of decades, and that the northern subpopulation was stable or declining (TEWG 2000). Trend data for these nesting beaches are expected to be reviewed and the information provided in a revised Loggerhead Sea Turtle Recovery Plan. However, preliminary review of nesting trend data from several sources for the northern and south Florida nesting beaches now suggest: (1) a declining trend in nesting for 11 beaches in North Carolina, South Carolina and Georgia of 2% annually over a 23 year period (1982-2005) (Barbara Schroeder, NMFS, pers. comm.), (2) a declining trend of 3.3% annually for South Carolina beaches since 1980 (Barbara Schroeder, NMFS, pers. comm.), and (3) an overall decline in nesting of 29% for the south Florida subpopulation during the period 1989-2005 (A. Meylan, presentation at the 26th Annual Symposium on Sea Turtle Biology and Conservation, April 2006).

Nesting trend data must be interpreted cautiously when using it to assess population trends for sea turtles. In general, census of nesting females only reflects the number of reproductively active females (Zurita *et al*. 2003). Females and males that are not reproductively active may not reflect the same tendencies (Ross 1996). Without knowing the proportion of males to females and the age structure of the population, it is impossible to extrapolate the data from nesting beaches to the entire population (Zurita *et al*. 2003; Meylan 1982). In the case of loggerheads, there is currently insufficient information to determine whether the current impacts to mature females are experienced to the same degree amongst all age classes regardless of sex, and/or that the impacts that led to the current abundance of nesting females are affecting the current immature females to the same extent. Adding to the difficulties associated with using loggerhead nesting trend data as an indicator of subpopulation status is the late age to maturity for loggerhead sea turtles. Past literature gave an estimated age at maturity for loggerhead sea turtles of 21-35 years (Frazer and Ehrhart 1985; Frazer *et al.* 1994) with the benthic immature stage lasting at least 10-25 years. New data from tag returns, strandings, and nesting surveys suggested estimated ages of maturity ranging from 20-38 years and the benthic immature stage lasting from 14-32 years (NMFS SEFSC 2001). Given the late age to maturity, there is a greater risk that the factors affecting the number of currently nesting females are not the same as the factors affecting the number of loggerhead sea turtles in the other age classes. Multiple management actions have been implemented in the United States over the last 20 years or less that either directly or indirectly address the known sources of mortality for loggerhead sea turtles (*e.g.*, fishery interactions, power plant entrainment, destruction of nesting beaches, etc.). These management actions are discussed more fully in section 4.1 of this Opinion and may have changed the impacts to the different loggerhead age classes.

In 2001, NMFS (SEFSC) reviewed and updated the stock assessment for loggerhead sea turtles of the western Atlantic (NMFS SEFSC 2001). The assessment reviewed and updated

information on nesting abundance and trends, estimation of vital rates (including age to maturity), evaluation of genetic relationships between populations, and evaluation of available data on other anthropogenic effects on these populations since the TEWG reports (2000; 1998). In addition, the assessment also looked at the impact of the U.S. pelagic longline fishery on loggerheads with and without the proposed changes in the Turtle Excluder Device (TED) regulations for the shrimp fishery using a modified population model from Heppell *et al.* (2003)[3]. NMFS SEFSC (2001) modified the model developed by Heppell *et al.* (2003) to include updated vital rate information (*e.g.*, new estimates of the duration of life stages and time to maturity) and, unlike Heppell *et al.* (2003), also considered sex ratios other than 1:1 (NMFS SEFSC 2001).

NMFS SEFSC (2001) constructed four different models that differed based on the duration of life stages. Each model was run using three different inputs for population growth, and three different sex ratios (35%, 50%, and 80% female) for a total of 36 model runs. The models also included a 30% decrease in small benthic juvenile mortality based on research findings of (existing) TED effectiveness (Heppell *et al.* 2003; NMFS SEFSC 2001; Crowder *et al.* 1995). The results of the modeling indicated that the proposed change in the TED regulations that would allow larger benthic immature loggerheads and sexually mature loggerheads to escape from shrimp trawl gear would have a positive or at least stabilizing influence on the subpopulation (depending on the estimated growth rate of the subpopulation and proportion of females) in nearly all scenarios. Coupling the anticipated effect of the proposed TED changes with changes in the survival rate of pelagic immature loggerheads revealed that subpopulation status would be positive or at least stable when pelagic immature survival was changed by 0 to +10% in all but the most conservative model scenarios. Given the late age at maturity for loggerhead sea turtles and the normal fluctuations in nesting, changes in populations size as a result of the larger TED requirements and measures to address pelagic immature survival in the U.S. Atlantic longline fishery for swordfish are unlikely to be evident in nesting beach censuses for many years to come.

The diversity of a sea turtle's life history leaves them susceptible to many natural and human impacts, including impacts while they are on land, in the benthic environment, and in the pelagic environment. Hurricanes are particularly destructive to sea turtle nests. Sand accretion and rainfall that result from these storms as well as wave action can appreciably reduce hatchling success. For example, in 1992, all of the eggs over a 90-mile length of coastal Florida were destroyed by storm surges on beaches that were closest to the eye of Hurricane Andrew (Milton *et al.* 1994). Other sources of natural mortality include cold stunning and biotoxin exposure.

Anthropogenic factors that impact hatchlings and adult female turtles on land, or the success of nesting and hatching include: beach erosion, beach armoring and nourishment; artificial lighting; beach cleaning; increased human presence; recreational beach equipment; beach driving; coastal construction and fishing piers; exotic dune and beach vegetation; and poaching. An increased human presence at some nesting beaches or close to nesting beaches has led to secondary threats

---

[3] Although Heppell *et al.* is a later publication, NMFS SEFSC 2001 is actually a more up-to-date version of the modeling approach. Due to differences in publication times, Heppell *et al.* (2003) was actually published after NMFS SEFSC 2001.

such as the introduction of exotic fire ants, feral hogs, dogs and an increased presence of native species (*e.g.*, raccoons, armadillos, and opossums) which raid and feed on turtle eggs. Although sea turtle nesting beaches are protected along large expanses of the northwest Atlantic coast (in areas like Merritt Island, Archie Carr, and Hobe Sound National Wildlife Refuges), other areas along these coasts have limited or no protection. Sea turtle nesting and hatching success on unprotected high density east Florida nesting beaches from Indian River to Broward County are affected by all of the above threats.

Sea turtles, including loggerhead sea turtles, are affected by a completely different set of anthropogenic threats in the marine environment. These include oil and gas exploration, coastal development, and transportation; marine pollution; underwater explosions; hopper dredging; offshore artificial lighting; power plant entrainment and/or impingement; entanglement in debris; ingestion of marine debris; marina and dock construction and operation; boat collisions; poaching, and fishery interactions.

In the pelagic environment loggerheads are exposed to a series of longline fisheries that include the U.S. Atlantic tuna and swordfish longline fisheries, a Japanese longline fleet, Chinese longline fleet, an Azorean longline fleet, a Spanish longline fleet, and various fleets in the Mediterranean Sea (Aguilar *et al.* 1995; Bolten *et al.* 1994; Crouse 1999). Globally, the number of loggerhead sea turtles captured in pelagic longline fisheries is significant (Lewison *et al.* 2004). The effects of the U.S. tuna and swordfish longline fisheries on loggerhead sea turtles have been assessed through section 7 consultation on the Highly Migratory Species Fishery Management Plan (HMS FMP). Further information on the effects of these fisheries on loggerhead sea turtles is provided in section 4.1.1 of this document. In short, NMFS estimates that 1,869 loggerheads will be captured in the pelagic longline fishery (no more than 438 mortalities) for the 3-year period from 2004-2006. For each subsequent 3-year period, 1,905 loggerheads are expected to be taken with no more than 339 mortalities (NMFS 2004c).

In the benthic environment in waters off the coastal U.S., loggerheads are exposed to a suite of fisheries in federal and state waters including trawl, purse seine, hook and line, gillnet, pound net, longline, and trap fisheries. Perhaps the most well documented U.S. fishery with respect to interactions with sea turtles, including loggerheads, is the U.S. shrimp fishery. Turtle Excluder Devices (TEDs) have proven to be effective at excluding Kemp's ridley sea turtles and some age classes of loggerhead and green sea turtles from shrimp trawls. However, it was apparent that TEDs were not effective at excluding large benthic immature and sexually mature loggerheads (as well as large greens) from shrimp trawls (Epperly and Teas 2002). Therefore, on February 21, 2003, NMFS issued a final rule that required increasing the size of TED escape openings to allow larger loggerheads (and green sea turtles) to escape from shrimp trawl gear. As a result of the new rules, annual loggerhead mortality from capture in shrimp trawls is expected to decline from an estimated 62,294 to 3,947 turtles assuming that all TEDs are installed properly and that compliance will be 100% (Epperly *et al.* 2002). Additional information is provided in section 4.1.1 of this Opinion regarding loggerhead turtle interactions with U.S. fisheries within the action area.

Power plants can also pose a danger of injury and mortality for benthic loggerheads. In Florida, thousands of sea turtles have been entrained in the St. Lucie Nuclear Power Plant's intake canal over the past couple of decades (Bresette *et al.* 2003). From May 1976 - November 2001, 7,795 sea turtles were captured in the intake canal (Bresette *et al.* 2003). Approximately 57% of these were loggerheads (Bresette *et al.* 2003). Procedures are in place to capture the entrained turtles and release them. This has helped to keep mortality below 1% since 1990 (Bresette *et al.* 2003). The Oyster Creek Nuclear Generating Station in New Jersey is also known to capture sea turtles although the numbers are far less than those observed at St. Lucie, FL. As is the case at St. Lucie, procedures are in place for checking for the presence of sea turtles and rescuing sea turtles that are found within the intake canals. Based on past levels of impingement, the distribution of the species, and the operation of the facility, NMFS anticipates that no more than two loggerheads will be taken each year as a result of the operation of the Oyster Creek Nuclear Generating Station (NMFS 2005a).

*Summary of Status for Loggerhead Sea Turtles*
In the Pacific Ocean, loggerhead turtles are represented by a northwestern Pacific nesting aggregation (located in Japan) and a smaller southwestern nesting aggregation that occurs in Australia (Great Barrier Reef and Queensland), New Caledonia, New Zealand, Indonesia, and Papua New Guinea. The abundance of loggerhead turtles on nesting colonies throughout the Pacific basin have declined dramatically over the past 10 to 20 years by the combined effects of human activities that have reduced the number of nesting females and reduced the reproductive success of females that manage to nest (*e.g.*, due to egg poaching).

Loggerhead sea turtles also occur in the Indian Ocean and Mediterranean Sea. Nesting beaches in the southwestern Indian Ocean at Tongaland, South Africa have been protected for decades and sea turtle nesting shows signs of increasing (Baldwin *et al.* 2003). However, other southwestern Indian Ocean beaches are unprotected and both poaching of eggs and adults continues in some areas. The largest nesting aggregation of loggerhead sea turtles in the world occurs in Oman, principally on the island of Masirah. Oman does not have beach protection measures for loggerheads (Baldwin *et al.* 2003). Sea turtles in the area are affected by fishery interactions, development of coastal areas, and egg harvesting. In the eastern Indian Ocean, nesting is known to occur in western Australia. All known nesting sites within the eastern Indian Ocean are found in Western Australia (Dodd 1988). As has been found in other areas, nesting numbers are disproportionate within the area with the majority of nesting occurring at a single location. This may, however, be the result of fox predation on eggs at other Western Australia nesting sites (Baldwin *et al.* 2003).

There are at least five western Atlantic loggerhead subpopulations (NMFS SEFSC 2001; TEWG 2000; Márquez 1990). Cohorts from all of these, are expected to occur within the action area of this consultation (Bass *et al.* 2004). The south Florida nesting group is the largest known loggerhead nesting assemblage in the Atlantic and one of only two loggerhead nesting assemblages worldwide that have greater than 10,000 females nesting per year (USFWS and NMFS 2003; USFWS Fact Sheet). The northern subpopulation is the second largest loggerhead nesting assemblage within the United States. The remaining three subpopulations (the Dry

Tortugas, Florida Panhandle, and Yucatán) are much smaller subpopulations with nest counts ranging from roughly 100 - 1,000 nests per year.

Loggerheads are a long-lived species and reach sexual maturity relatively late; 20-38 years (NMFS SEFSC 2001). The INBS program helps to track loggerhead status through nesting beach surveys. However, given the cyclical nature of loggerhead nesting, and natural events that sometimes cause destruction of many nests in a nesting season, multiple years of nesting data are needed to detect relevant nesting trends in the population. The INBS program has not been in place long enough to provide statistically reliable information on the subpopulation trends for western Atlantic loggerheads. In addition, given the late age to maturity for loggerhead sea turtles, nesting data represents effects to female loggerheads that have occurred through the various life stages over the past couple of decades. Therefore, caution must be used when interpreting nesting trend data since they may not be reflective of the current subpopulation trend if effects to the various life stages have changed.

NMFS SEFSC (2001) took an alternative approach for looking at trends in loggerhead subpopulations. Using multiple model scenarios that varied based on differences in starting growth rates, sex ratios, and age to maturity, the model looked at the relative change in the subpopulation trend when mortality of pelagic immature, benthic immature, and mature loggerhead sea turtles was reduced as a result of changes to the U.S. shrimp trawl fishery and the U.S. Atlantic pelagic longline fishery for swordfish. The modeling work suggests that western Atlantic loggerhead subpopulations should increase as a result of implementation of the new TED regulations that substantially reduce mortality of large, benthic immature and sexually mature loggerheads combined with a reduction in mortality of pelagic immature loggerheads resulting from implementation of new measures for the pelagic longline fishery. Even in the absence of a reduction in pelagic immature mortality from changes to the pelagic longline fishery, the model work supports the conclusion that the trend for western Atlantic loggerhead subpopulations will move from declining to stable (with an initial growth rate of 0.97, average age to maturity of 39 years, and a sex ratio of 35% females) or from declining to increasing (with an initial growth rate of 0.97, average age to maturity of 39 years, and female sex ratio of 50%) (NMFS SEFSC 2001) given the reduction in mortality of large benthic immature and mature loggerheads as a result of changes to the TED requirements for the shrimp trawl fishery.

### 3.1.2 Leatherback sea turtle

Leatherback sea turtles are widely distributed throughout the oceans of the world, and are found in waters of the Atlantic and Pacific Oceans, the Caribbean Sea, and the Gulf of Mexico (Ernst and Barbour 1972). Leatherback sea turtles are the largest living turtles and range farther than any other sea turtle species. Their large size and tolerance of relatively low temperatures allows them to occur in northern waters such as off Labrador and in the Barents Sea (NMFS and USFWS 1995). In 1980, the global population of adult female leatherbacks was estimated at approximately 115,000 (Pritchard 1982). By 1995, the global population of adult females was estimated to number 34,500 turtles (Spotila *et al.* 1996).

*Pacific Ocean.* Based on published estimates of nesting female abundance, leatherback populations have collapsed or have been declining at all major Pacific basin nesting beaches for the last two decades (Sarti *et al.* 2000; Spotila *et al.* 2000; NMFS and USFWS 1998a; Spotila *et al.* 1996). Leatherback turtles disappeared from India before 1930, have been virtually extinct in Sri Lanka since 1994, and appear to be approaching extinction in Malaysia (Spotila *et al.* 2000). For example, the nesting assemblage on Terengganu (Malaysia) - which was one of the most significant nesting sites in the western Pacific Ocean - has declined severely from an estimated 3,103 females in 1968 to 2 nesting females in 1994 (Chan and Liew 1996). Nesting assemblages of leatherback turtles along the coasts of the Solomon Islands, which historically supported important nesting assemblages, are also reported to be declining (D. Broderick, pers. comm., *in* Dutton *et al.* 1999). In Fiji, Thailand, Australia, and Papua-New Guinea (East Papua), leatherback turtles have only been known to nest in low densities and scattered colonies.

Only an Indonesian nesting assemblage has remained relatively abundant in the Pacific basin. The largest, extant leatherback nesting assemblage in the Indo-Pacific lies on the north Vogelkop coast of Irian Jaya (West Papua), Indonesia, with over 3,000 nests recorded annually (Putrawidjaja 2000; Suárez *et al.* 2000). During the early-to-mid 1980s, the number of female leatherback turtles nesting on the two primary beaches of Irian Jaya appeared to be stable. More recently, however, this population has come under increasing threats that could cause this population to experience a collapse that is similar to what occurred at Terengganu, Malaysia. In 1999, for example, local Indonesian villagers started reporting dramatic declines in sea turtle populations near their villages (Suárez 1999); unless hatchling and adult turtles on nesting beaches receive more protection, this population will continue to decline. Declines in nesting assemblages of leatherback turtles have been reported throughout the western Pacific region where observers report that nesting assemblages are well below abundance levels that were observed several decades ago (*e.g.*, Suárez 1999).

In the western Pacific Ocean and South China Seas, leatherback turtles are captured, injured, or killed in numerous fisheries including Japanese longline fisheries. Leatherback turtles in the western Pacific are also threatened by poaching of eggs, killing of nesting females, human encroachment on nesting beaches, incidental capture in fishing gear, beach erosion, and egg predation by animals.

In the eastern Pacific Ocean, nesting populations of leatherback turtles are declining along the Pacific coast of Mexico and Costa Rica. According to reports from the late 1970s and early 1980s, three beaches located on the Pacific coast of Mexico support as many as half of all leatherback turtle nests. Since the early 1980s, the eastern Pacific Mexican population of adult female leatherback turtles has declined to slightly more than 200 during 1998-99 and 1999-2000 (Sarti *et al.* 2000). Spotila *et al.* (2000) reported the decline of the leatherback turtle population at Playa Grande, Costa Rica, which had been the fourth largest nesting colony in the world. Between 1988 and 1999, the nesting colony declined from 1,367 to 117 female leatherback turtles. Based on their models, Spotila *et al.* (2000) estimated that the colony could fall to less than 50 females by 2003-2004. Commercial and artisanal swordfish fisheries off Chile, Columbia, Ecuador, and Peru, purse seine fisheries for tuna in the eastern tropical Pacific Ocean, and California/Oregon drift gillnet fisheries are known to capture, injure or kill leatherback

turtles in the eastern Pacific Ocean. Although all causes of the declines in Pacific leatherback turtle colonies have not been documented, the Pacific population has continued to decline leading some researchers to conclude that the leatherback is on the verge of extinction in the Pacific Ocean (*e.g.,* Spotila *et al.* 2000; Spotila *et al.* 1996).

*Indian Ocean.* Leatherbacks nest in several areas around the Indian Ocean. These sites include Tongaland, South Africa (Pritchard 2002), and the Andaman and Nicobar Islands (Andrews *et al.* 2002). Intensive survey and tagging work in 2001 provided new information on the level of nesting in the Andaman and Nicobar Islands (Andrews *et al.* 2002). Based on the survey and tagging work, it was estimated that 400-500 leatherbacks nest annually on Great Nicobar Island alone (Andrews *et al.* 2002). The number of nesting females using the Andaman and Nicobar Islands combined was estimated around 1000 (Andrews and Shanker 2002). Some nesting also occurs along the coast of Sri Lanka although in much smaller numbers than in the past (Pritchard 2002).

*Atlantic Ocean.* Evidence from tag returns and strandings in the western Atlantic suggests that adult leatherback sea turtles engage in routine migrations between boreal, temperate and tropical waters (NMFS and USFWS 1992). A 1979 aerial survey of the outer Continental Shelf from Cape Hatteras, North Carolina to Cape Sable, Nova Scotia showed leatherbacks to be present throughout the area with the most numerous sightings made from the Gulf of Maine south to Long Island. Leatherbacks were sighted in water depths ranging from 1-4151 m but 84.4% of sightings were in waters less than 180 m (Shoop and Kenney 1992). Leatherbacks were sighted in waters within a sea surface temperature range similar to that observed for loggerheads; from 7-27.2°C (Shoop and Kenney 1992). However, leatherbacks appear to have a greater tolerance for colder waters in comparison to loggerhead sea turtles since more leatherbacks were found at the lower temperatures as compared to loggerheads (Shoop and Kenney 1992). This aerial survey estimated the leatherback population for the northeastern U.S. at approximately 300-600 animals (from near Nova Scotia, Canada to Cape Hatteras, North Carolina). However, the estimate was based on turtles visible at the surface and does not include those that were below the surface out of view. Therefore, it likely underestimates the leatherback population for the northeastern U.S. Estimates of leatherback abundance of 1,052 turtles (C.V.= 0.38) and 1,174 turtles (C.V.= 0.52) were obtained from surveys conducted from Virginia to the Gulf of St. Lawrence in 1995 and 1998, respectively (Palka 2000). However, since these estimates were also based on sightings of leatherbacks at the surface, the author considered the estimates to be negatively biased (Palka 2000). Studies of satellite tagged leatherbacks suggest that they spend a 10% - 41% of their time at the surface, depending on the phase of their migratory cycle (James *et al.* 2005a). The greatest amount of surface time (up to 41%) was recorded when leatherbacks occurred in continental shelf and slope waters north of 38° N (James *et al.* 2005a).

Leatherbacks are a long lived species (> 30 years). The estimated age at sexual maturity is about 13-14 years for females with 9 years reported as a likely minimum (Zug and Parham 1996) and 19 years as a likely maximum (NMFS SEFSC 2001). In the U.S. and Caribbean, female leatherbacks nest from March through July. They nest frequently (up to 7 nests per year) during a nesting season and nest about every 2-3 years. During each nesting, they produce 100 eggs or more in each clutch and thus, can produce 700 eggs or more per nesting season (Schultz 1975).

However, a significant portion (up to approximately 30%) of the eggs can be infertile. Thus, the actual proportion of eggs that can result in hatchlings is less than this seasonal estimate. As is the case with other sea turtle species, leatherback hatchlings enter the water soon after hatching. Based on a review of all sightings of leatherback sea turtles of <145 cm curved carapace length (CCL), Eckert (1999) found that leatherback juveniles remain in waters warmer than 26°C until they exceed 100 cm CCL.

Leatherbacks are predominantly a pelagic species and feed on jellyfish (*i.e.*, *Stomolophus, Chryaora*, and *Aurelia* (Rebel 1974)), and tunicates (salps, pyrosomas). Leatherbacks may come into shallow waters if there is an abundance of jellyfish nearshore. For example, leatherbacks occur annually in Cape Cod Bay and Vineyard and Nantucket Sounds during the summer and fall months.

Data collected in southeast Florida clearly indicate increasing numbers of nests for the past twenty years (9.1-11.5% increase), although it is critical to note that there was also an increase in the survey area in Florida over time (NMFS SEFSC 2001). The largest leatherback rookery in the western Atlantic remains along the northern coast of South America in French Guiana and Suriname. More than half the present world leatherback population is estimated to be nesting on the beaches in and close to the Marowijne River Estuary in Suriname and French Guiana (Hilterman and Goverse 2004). Nest numbers in Suriname have shown an increase and the long-term trend for the Suriname and French Guiana nesting group seems to show an increase (Hilterman and Goverse 2004). In 2001, the number of nests for Suriname and French Guiana combined was 60,000, one of the highest numbers observed for this region in 35 years (Hilterman and Goverse 2004). Studies by Girondot *et al.* (in press) also suggest that the trend for the Suriname - French Guiana nesting population over the last 36 years is stable or slightly increasing.

Tag return data emphasize the link between these South American nesters and animals found in U.S. waters. For example, a nesting female tagged May 29, 1990, in French Guiana was later recovered and released alive from the York River, VA. Another nester tagged in French Guiana on June 21, 1990, was later found dead in Palm Beach, Florida (STSSN). Many other examples also exist. For example, leatherbacks tagged at nesting beaches in Costa Rica have been found in Texas, Florida, South Carolina, Delaware, and New York (STSSN database). Leatherback turtles tagged in Puerto Rico, Trinidad, and the Virgin Islands have also been subsequently found on U.S. beaches of southern, Mid-Atlantic and northern states (STSSN database).

Leatherbacks are susceptible to entanglement in multiple types of fishing gear, including longlines, gillnets, pot/trap gear, and trawl gear. Sea turtles entangled in fishing gear generally have a reduced ability to feed, dive, surface to breathe or perform any other behavior essential to survival (Balazs 1985). They may be more susceptible to boat strikes if forced to remain at the surface, and entangling lines can constrict blood flow resulting in tissue necrosis.

Leatherbacks are exposed to pelagic longline fisheries in many areas of their range. An estimated 6,363 leatherback sea turtles were caught by the U.S. Atlantic tuna and swordfish longline fisheries between 1992-1999, of which 88 were released dead (NMFS SEFSC 2001).

Since the U.S. fleet accounts for only 5-8% of the hooks fished in the Atlantic Ocean, adding up the under-represented observed takes of the other 23 countries actively fishing in the area would likely result in annual take estimates of thousands of leatherbacks over different life stages (NMFS SEFSC 2001).

Leatherbacks are susceptible to entanglement in the lines associated with trap/pot gear used in several fisheries. From 1990-2000, 92 entangled leatherbacks were reported from New York through Maine (Dwyer *et al.* 2002). Additional leatherbacks stranded wrapped in line of unknown origin or with evidence of a past entanglement (Dwyer *et al.* 2002). A review of leatherback mortality documented by the STSSN in Massachusetts suggests that vessel strikes and entanglement in fixed gear (primarily lobster pots and whelk pots) are the principal sources of this mortality (Dwyer *et al.* 2002). Fixed gear fisheries in the Mid-Atlantic have also contributed to leatherback entanglements. For example, in North Carolina, two leatherback sea turtles were reported entangled in a crab pot buoy inside Hatteras Inlet (D. Fletcher, pers. comm. to Sheryan Epperly, NMFS SEFSC 2001). A third leatherback was reported entangled in a crab pot buoy in Pamlico Sound off of Ocracoke. This turtle was disentangled and released alive; however, lacerations on the front flippers from the lines were evident (D. Fletcher, pers. comm. to Sheryan Epperly, NMFS SEFSC 2001). In the Southeast, leatherbacks are vulnerable to entanglement in Florida's lobster pot and stone crab fisheries as documented on stranding forms. In the U.S. Virgin Islands, where one of five leatherback strandings from 1982 to 1997 were due to entanglement (Boulon 2000), leatherbacks have been observed with their flippers wrapped in the line of West Indian fish traps (R. Boulon, pers. comm. to Joanne Braun-McNeill, NMFS SEFSC 2001). Since many entanglements of this typically pelagic species likely go unnoticed, entanglements in fishing gear may be much higher.

Leatherback interactions with the southeast shrimp trawl fishery, which operates from North Carolina through southeast Florida (NMFS 2002a), are also common. Leatherbacks are likely to encounter shrimp trawls working in the coastal waters off the Atlantic coast (from Cape Canaveral, Florida through North Carolina) as they make their annual spring migration north. For many years, TEDs that were required for use in the southeast shrimp fishery were less effective for leatherbacks as compared to the smaller, hard-shelled turtle species, because the TED openings were too small to allow leatherbacks to escape (USFWS and NMFS 1992). To address this problem, on February 21, 2003, NMFS issued a final rule to amend the TED regulations. Modifications to the design of TEDs are now required in order to exclude leatherbacks as well as large benthic immature and sexually mature loggerhead and green turtles.

Other trawl fisheries are also known to interact with leatherback sea turtles although on a much smaller scale. In October 2001, for example, a fisheries observer documented the take of a leatherback in a bottom otter trawl fishing for *Loligo* squid off of Delaware. TEDs are not required in this fishery.

Gillnet fisheries operating in the nearshore waters of the Mid-Atlantic states are also suspected of capturing, injuring and/or killing leatherbacks when these fisheries and leatherbacks co-occur. Data collected by the NEFSC Fisheries Observer Program from 1994 through 1998 (excluding 1997) indicate that a total of 37 leatherbacks were incidentally captured (16 lethally) in drift

gillnets set in offshore waters from Maine to Florida during this period. Observer coverage for this period ranged from 54% to 92%. In North Carolina, a leatherback was reported captured in a gillnet set in Pamlico Sound in the spring of 1990 (D. Fletcher, pers.comm. to Sheryan Epperly, NMFS SEFSC 2001). Five other leatherbacks were released alive from nets set in North Carolina during the spring months: one was from a net (unknown gear) set in the nearshore waters near the North Carolina/Virginia border (1985); two others had been caught in gillnets set off of Beaufort Inlet (1990); a fourth was caught in a gillnet set off of Hatteras Island (1993), and a fifth was caught in a sink net set in New River Inlet (1993). In addition to these, in September 1995 two dead leatherbacks were removed from a large (11-inch) monofilament shark gillnet set in the nearshore waters off of Cape Hatteras, North Carolina (STSSN unpublished data reported in NMFS SEFSC 2001).

Poaching is not known to be a problem for nesting populations in the continental U.S. However, the NMFS SEFSC (2001) noted that poaching of juveniles and adults was still occurring in the U.S. Virgin Islands. In all, four of the five strandings in St. Croix were the result of poaching (Boulon 2000). A few cases of fishermen poaching leatherbacks have been reported from Puerto Rico, but most of the poaching is on eggs.

Leatherback sea turtles may be more susceptible to marine debris ingestion than other species due to their pelagic existence and the tendency of floating debris to concentrate in convergence zones that adults and juveniles use for feeding areas and migratory routes (Lutcavage *et al.* 1997; Shoop and Kenney 1992). Investigations of the stomach contents of leatherback sea turtles revealed that a substantial percentage (44% of the 16 cases examined) contained plastic (Mrosovsky 1981). Along the coast of Peru, intestinal contents of 19 of 140 (13%) leatherback carcasses were found to contain plastic bags and film (Fritts 1982). The presence of plastic debris in the digestive tract suggests that leatherbacks might not be able to distinguish between prey items and plastic debris (Mrosovsky 1981). Balazs (1985) speculated that the object may resemble a food item by its shape, color, size or even movement as it drifts about, and induce a feeding response in leatherbacks.

It is important to note that, like marine debris, fishing gear interactions and poaching are problems for leatherbacks throughout their range. Entanglements are common in Canadian waters where Goff and Lien (1988) reported that 14 of 20 leatherbacks encountered off the coast of Newfoundland/Labrador were entangled in fishing gear including salmon net, herring net, gillnet, trawl line and crab pot line. Leatherbacks are known to drown in fish nets set in coastal waters of Sao Tome, West Africa (Graff 1995; Castroviejo *et al.* 1994). Gillnets are one of the suspected causes for the decline in the leatherback sea turtle population in French Guiana (Chevalier *et al.* 1999), and gillnets targeting green and hawksbill turtles in the waters of coastal Nicaragua also incidentally catch leatherback turtles (Lagueux *et al.* 1998). Observers on shrimp trawlers operating in the northeastern region of Venezuela documented the capture of six leatherbacks from 13,600 trawls (Marcano and Alio 2000). An estimated 1,000 mature female leatherback sea turtles are caught annually in fishing nets off of Trinidad and Tobago with mortality estimated to be between 50-95% (Eckert and Lien 1999). However, many of the turtles do not die as a result of drowning, but rather because the fishermen butcher them in order to get them out of their nets (NMFS SEFSC 2001).

*Summary of Status for Leatherback Sea Turtles*

In the Pacific Ocean, the abundance of leatherback turtles on nesting colonies has declined dramatically. At current rates of decline, leatherback turtles in the Pacific basin are a critically endangered species with a low probability of surviving and recovering in the wild.

Leatherbacks nest in several areas around the Indian Ocean, including Tongaland, South Africa (Pritchard 2002), and the Andaman and Nicobar Islands (Andrews *et al.* 2002). Intensive survey and tagging work in 2001 provided new information on the level of nesting in the Andaman and Nicobar Islands (Andrews *et al.* 2002) and the number of nesting females using the Andaman and Nicobar Islands combined was estimated around 1000 (Andrews and Shanker 2002). Some nesting also occurs along the coast of Sri Lanka although in much smaller numbers than in the past (Pritchard 2002).

The largest leatherback rookery in the western Atlantic remains along the northern coast of South America in French Guiana and Suriname. More than half the present world leatherback population is estimated to be nesting on the beaches in and close to the Marowijne River Estuary in Suriname and French Guiana (Hilterman and Goverse 2004). Nest numbers in Suriname have shown an increase and the long-term trend for the Suriname and French Guiana nesting group seems to show an increase (Hilterman and Goverse 2004). In 2001, the number of nests for Suriname and French Guiana combined was 60,000, one of the highest numbers observed for this region in 35 years (Hilterman and Goverse 2004). Studies by Girondot *et al.* (in press) also suggest that the trend for the Suriname - French Guiana nesting population over the last 36 years is stable or slightly increasing.

Some of the same factors that led to precipitous declines of leatherbacks in the Pacific also affect leatherbacks in the Atlantic. Leatherbacks are captured and killed in many kinds of fishing gear and interact with fisheries in U.S. state and federal waters as well as in international waters. Poaching is a problem and affects leatherbacks that occur in U.S. waters. Leatherbacks also appear to be more susceptible to death or injury from ingesting marine debris than other turtle species.

### 3.1.3   Kemp's ridley sea turtle

The Kemp's ridley is one of the least abundant of the world's sea turtle species. In contrast to loggerhead, leatherback and green sea turtles which are found in multiple oceans of the world, Kemp's ridleys typically occur in the Gulf of Mexico and the northern half of the Atlantic Ocean (USFWS and NMFS 1992) The only major nesting site for ridleys is a single stretch of beach near Rancho Nuevo, Tamaulipas, Mexico (Carr 1963). Estimates of the adult female nesting population reached a low of 300 in 1985 (TEWG 2000). Conservation efforts by Mexican and U.S. agencies have aided this species by eliminating egg harvest, protecting eggs and hatchlings, and reducing at-sea mortality through fishing regulations (TEWG 2000). From 1985 to 1999, the number of nests observed at Rancho Nuevo, and nearby beaches increased at a mean rate of 11.3% (95% C.l. slope = 0.096-0.130) per year (TEWG 2000). Current totals exceed 3000 nests per year, allowing cautious optimism that the population is on its way to recovery (TEWG 2000).

Nevertheless, the estimated 2,000 nesting females in the current population is still far below historical numbers (Stephens and Alvarado-Bremer 2003).

Kemp's ridley nesting occurs from April through July each year. Little is known about mating but it is believed to occur at or before the nesting season in the vicinity of the nesting beach. Hatchlings emerge after 45-58 days. Once they leave the beach, neonates presumably enter the Gulf of Mexico where they feed on available sargassum and associated infauna or other epipelagic species (USFWS and NMFS 1992). The presence of juvenile turtles along both the Atlantic and Gulf of Mexico coasts of the U.S., where they are recruited to the coastal benthic environment, indicates that post-hatchlings are distributed in both the Gulf of Mexico and Atlantic Ocean (TEWG 2000). The location and size classes of dead turtles recovered by the STSSN suggests that benthic immature developmental areas occur in many areas along the U.S. coast and that these areas may change given resource quality and quantity (TEWG 2000).

Next to loggerheads, Kemp's ridleys are the second most abundant sea turtle in Virginia and Maryland state waters, arriving in these areas during May and June (Keinath *et al.* 1987; Musick and Limpus 1997). In the Chesapeake Bay, where the juvenile population of Kemp's ridley sea turtles is estimated to be 211 to 1,083 turtles (Musick and Limpus 1997), ridleys frequently forage in submerged aquatic grass beds for crabs (Musick and Limpus 1997). Kemp's ridleys consume a variety of crab species, including *Callinectes* sp., *Ovalipes* sp., *Libinia* sp., and *Cancer* sp. Mollusks, shrimp, and fish are consumed less frequently (Bjorndal 1997). Upon leaving Chesapeake Bay in autumn, juvenile ridleys migrate down the coast, passing Cape Hatteras in December and January (Musick and Limpus 1997). These larger juveniles are joined there by juveniles of the same size from North Carolina sounds and smaller juveniles from New York and New England to form one of the densest concentrations of Kemp's ridleys outside of the Gulf of Mexico (Musick and Limpus 1997; Epperly *et al.* 1995a; Epperly *et al.* 1995b).

Kemp's ridleys face many of the same natural threats as loggerheads, including destruction of nesting habitat from storm events, natural predators at sea, and oceanic events such as cold-stunning. Although cold-stunning can occur throughout the range of the species, it may be a greater risk for sea turtles that utilize the more northern habitats of Cape Cod Bay and Long Island Sound. For example, in the winter of 1999/2000, there was a major cold-stunning event where 218 Kemp's ridleys, 54 loggerheads, and 5 green turtles were found on Cape Cod beaches (R. Prescott, pers. comm.). Annual cold stun events do not always occur at this magnitude; the extent of episodic major cold stun events may be associated with numbers of turtles utilizing Northeast waters in a given year, oceanographic conditions and the occurrence of storm events in the late fall. Although many cold-stun turtles can survive if found early enough, cold-stunning events can represent a significant cause of natural mortality.

Like other turtle species, the severe decline in the Kemp's ridley population appears to have been heavily influenced by a combination of exploitation of eggs and impacts from fishery interactions. From the 1940s through the early 1960s, nests from Ranch Nuevo were heavily exploited (USFWS and NMFS 1992), but beach protection in 1966 helped to curtail this activity (USFWS and NMFS 1992). Following World War II, there was a substantial increase in the number of trawl vessels, particularly shrimp trawlers, in the Gulf of Mexico where the adult

Kemp's ridley turtles occur. Information from fishers helped to demonstrate the high number of turtles taken in these shrimp trawls (USFWS and NMFS 1992). Subsequently, NMFS has worked with the industry to reduce turtle takes in shrimp trawls and other trawl fisheries, including the development and use of TEDs.

Although changes in the use of shrimp trawls and other trawl gear has helped to reduce mortality of Kemp's ridleys, this species is also affected by other sources of anthropogenic impacts similar to those discussed above. For example, in the spring of 2000, a total of five Kemp's ridley carcasses were recovered from the same North Carolina beaches where 275 loggerhead carcasses were found. Cause of death for most of the turtles recovered was unknown, but the mass mortality event was suspected to have been from a large-mesh gillnet fishery operating offshore in the preceding weeks. The five ridley carcasses that were found are likely to have been only a minimum count of the number of Kemp's ridleys that were killed or seriously injured as a result of the fishery interaction since it is unlikely that all of the carcasses washed ashore.

*Summary of Status for Kemp's ridley Sea Turtles*
The only major nesting site for ridleys is a single stretch of beach near Rancho Nuevo, Tamaulipas, Mexico (Carr 1963). From 1985 to 1999, the number of nests observed at Rancho Nuevo, and nearby beaches increased at a mean rate of 11.3% per year. Current totals exceed 3000 nests per year (TEWG 2000). Kemp's ridleys mature at an earlier age (7 - 15 years) than other chelonids, thus 'lag effects' as a result of unknown impacts to the non breeding life stages would likely have been seen in the increasing nest trend beginning in 1985 (USFWS and NMFS 1992). While there is cautious optimism that the Kemp's ridley sea turtle population is increasing, the estimated 2,000 nesting females in the current population is still far below historical numbers (Stephens and Alvarado-Bremer 2003). Anthropogenic impacts to the Kemp's ridley population are similar to those discussed above for loggerhead sea turtles.

### 3.1.4   Green sea turtle

Green turtles are distributed circumglobally in tropical and subtropical waters (NMFS and USFWS 1998b). Juveniles are also known to occur seasonally in temperate waters (Musick and Limpus 1997; Morreale and Standora 1998). Juvenile green sea turtles occupy pelagic habitats after leaving the nesting beach. At approximately 20 to 25 cm carapace length, juveniles leave pelagic habitats and enter benthic foraging areas, shifting to a chiefly herbivorous diet but may also consume jellyfish, salps, and sponges (Bjorndal 1997).

Green sea turtle populations have declined in many areas. A review of 32 Index Sites[4] distributed globally revealed a 48% to 67% decline in the number of mature females nesting annually over the last 3-generations[5] (Seminoff 2004).

---

[4] The 32 Index Sites include all of the major known nesting areas as well as many of the lesser nesting areas for which quantitative data are available.

[5] Generation times ranged from 35.5 years to 49.5 years for the assessment depending on the Index Beach site

*Pacific Ocean.* Green turtles occur in the eastern, central, and western Pacific. Nesting is known to occur in the Hawaiian archipelago, American Samoa, Guam, and various other sites in the Pacific but none of these are considered large breeding sites (with 2,000 or more nesting females per year)(NMFS and USFWS 1998b). Foraging areas are also found throughout the Pacific and along the southwestern U.S. coast (NMFS and USFWS 1998b).

Historically, green turtles were used in many areas of the Pacific for food. They were also commercially exploited and this, coupled with habitat degradation led to their decline in the Pacific (NMFS and USFWS 1998b). Green turtles in the Pacific continue to be affected by poaching, habitat loss or degradation, fishing gear interactions, and fibropappiloma (NMFS 2004d; NMFS and USFWS 1998b).

*Indian Ocean.* There are numerous nesting sites for green sea turtles in the Indian Ocean. One of the largest nesting sites for green sea turtles worldwide occurs on the beaches of Oman where an estimated 20,000 green sea turtles nest annually (Ferreira *et al.* 2003; Hirth 1997). Based on a review of the 32 Index Sites used to monitor green sea turtle nesting worldwide, Seminoff (2004) concluded that declines in green turtle nesting were evident for many of the Indian Ocean Index Sites. While several of these had not demonstrated further declines in the more recent past, only the Comoros Island Index Site in the Western Indian Ocean showed evidence of increased nesting (Seminoff 2004).

*Atlantic Ocean.* In the western Atlantic green sea turtles range from Massachusetts to Argentina, including the Gulf of Mexico and Caribbean (Wynne and Schwartz 1999). Green turtles were traditionally highly prized for their flesh, fat, eggs, and shell, and directed fisheries in the United States and throughout the Caribbean are largely to blame for the decline of the species. In the Gulf of Mexico, green turtles were once abundant enough in the shallow bays and lagoons to support a commercial fishery. In 1890, over one million pounds of green turtles were taken in the Gulf of Mexico green sea turtle fishery (Doughty 1984). However, declines in the turtle fishery throughout the Gulf of Mexico were evident by 1902 (Doughty 1984).

In the continental United States, green turtle nesting occurs on the Atlantic coast of Florida (Ehrhart 1979). Occasional nesting has been documented along the Gulf coast of Florida, at southwest Florida beaches, as well as the beaches on the Florida Panhandle (Meylan *et al.* 1995). More recently, green turtle nesting occurred on Bald Head Island, North Carolina just east of the mouth of the Cape Fear River, on Onslow Island, and on Cape Hatteras National Seashore. Increased nesting has also been observed along the Atlantic Coast of Florida, on beaches where only loggerhead nesting was observed in the past (Pritchard 1997). Certain Florida nesting beaches have been designated index beaches. Index beaches were established to standardize data collection methods and effort on key nesting beaches. The pattern of green turtle nesting shows biennial peaks in abundance, with a generally positive trend during the ten years of regular monitoring since establishment of the index beaches in 1989, perhaps due to increased protective legislation throughout the Caribbean (Meylan *et al.* 1995). Seminoff (2004) reviewed the population estimates for green sea turtles at five western Atlantic nesting sites. All of these showed increased nesting compared to prior estimates with the exception of nesting at Aves Island, Venezuela (Seminoff 2004).

Some of the principal green sea turtle foraging areas in the western Atlantic Ocean include the upper west coast of Florida and the northwestern coast of the Yucatán Peninsula. Additional important foraging areas in the western Atlantic include the Mosquito and Indian River Lagoon systems and nearshore wormrock reefs between Sebastian and Ft. Pierce Inlets in Florida, Florida Bay, the Culebra archipelago and other Puerto Rico coastal waters, the south coast of Cuba, the Mosquito Coast of Nicaragua, the Caribbean Coast of Panama, and scattered areas along Colombia and Brazil (Hirth 1971). In North Carolina, green turtles are known to occur in estuarine and oceanic waters and to nest in low numbers along the entire coast. The summer developmental habitat for green turtles also encompasses estuarine and coastal waters of Chesapeake Bay and as far north as Long Island Sound (Musick and Limpus 1997).

Green turtles face many of the same natural threats as loggerhead and Kemp's ridley sea turtles. In addition, green turtles appear to be susceptible to fibropapillomatosis, an epizootic disease producing lobe-shaped tumors on the soft portion of a turtles body. Juveniles are most commonly affected. The occurrence of fibropapilloma tumors may result in impaired foraging, breathing, or swimming ability, leading potentially to death. Stranding reports indicate that between 200-400 green turtles strand annually along the Eastern U.S. coast from a variety of causes most of which are unknown (STSSN database).

As with the other sea turtle species, fishery mortality accounts for a large proportion of annual human-caused mortality outside the nesting beaches, while other activities like dredging, pollution, and habitat destruction account for an unknown level of other mortality. Sea sampling coverage in the pelagic driftnet, pelagic longline, southeast shrimp trawl, and summer flounder bottom trawl fisheries has recorded takes of green turtles.

*Summary of Status for Green Sea Turtles*
Green sea turtle populations have declined in many areas; as much as a 48% to 67% decline in the number of mature females nesting annually over the last 3-generations (Seminoff 2004). Seminoff (2004) concluded that declines in green turtle nesting were evident for many of the Indian Ocean Index Sites. While several of these had not demonstrated further declines in the more recent past, only the Comoros Island Index Site in the Western Indian Ocean showed evidence of increased nesting (Seminoff 2004).

In the Pacific, green turtles continue to be affected by poaching, fishing gear interactions, habitat degradation, and disease (notably fibropappillomatosis) (NMFS 2004d; NMFS and USFWS 1998b). Green turtles face many of the same threats in the Atlantic. In the western Atlantic, green turtles range from Massachusetts to Argentina, including the Gulf of Mexico and Caribbean (Wynne and Schwartz 1999) and are exposed to many of the same anthropogenic threats as loggerhead and Kemp's ridley sea turtles. In addition, Atlantic green turtles are also susceptible to fibropapillomatosis which can result in death. In the continental United States, green turtle nesting occurs on the Atlantic coast of Florida (Ehrhart 1979). The pattern of green turtle nesting shows biennial peaks in abundance, with a generally positive trend during the ten years of regular monitoring since establishment of index beaches in 1989. However, age at sexual maturity is estimated to be between 20 to 50 years (Frazer and Ehrhart 1985; Balazs

1982). Thus, caution is warranted about over interpreting nesting trend data collected for less than 15 years.

## 4.0   ENVIRONMENTAL BASELINE

Environmental baselines for biological opinions include the past and present impacts of all state, federal or private actions and other human activities in the action area, the anticipated impacts of all proposed federal projects in the action area that have already undergone formal or early Section 7 consultation, and the impact of state or private actions that are contemporaneous with the consultation in process (50 CFR 402.02). The environmental baseline for this Opinion includes the effects of several activities that may affect the survival and recovery of loggerhead, leatherback, Kemp's ridley, and green sea turtles in the action area. The activities that shape the environmental baseline in the action area of this consultation generally fall into the following three categories: fisheries, other impacts that cause death or otherwise impair a turtles ability to function, and recovery activities associated with reducing those impacts.

## 4.1   Fishery Operations

### 4.1.1   Federal fisheries

Several commercial fisheries in the action area employ gear that has been known to capture, injure, and kill sea turtles. Several federally regulated fisheries that use gillnet, longline, trawl, seine, dredge, and trap gear have been documented as unintentionally capturing or entangling sea turtles. In some cases, the entangled turtles are harmed, injured, or killed as a result of the interaction. Formal ESA section 7 consultation has been conducted on the American Lobster, Atlantic Bluefish, Atlantic Herring, Atlantic Mackerel/Squid/Atlantic Butterfish, Highly Migratory Species, Monkfish, Northeast Multispecies, Red Crab, Skate, Spiny Dogfish, Summer Flounder/Scup/Black Sea Bass, and Tilefish fisheries. An Incidental Take Statement (ITS) has been issued for the take of sea turtles in each of the fisheries (Appendix 2). A summary of each consultation is provided but more detailed information can be found in the respective Opinions.

The *American lobster trap fishery* has been identified as a source of gear causing serious injuries and mortality of endangered whales and leatherback sea turtles. Previous Opinions for this fishery have concluded that operation of the lobster trap fishery is likely to jeopardize the continued existence of right whales and may adversely affect leatherback sea turtles. A Reasonable and Prudent Alternative (RPA) to avoid the likelihood that the lobster fishery would jeopardize the continued existence of right whales was implemented. However, these measures were not expected to reduce the number or severity of leatherback sea turtle interactions with the fishery. Subsequently, the death of a right whale was determined to be entanglement related and NMFS concluded that the death provided evidence that the RPA was not effective at removing the likelihood of jeopardy for right whales from the lobster trap fishery. Consultation was reinitiated and is in progress.

American lobster occur within U.S. waters from Maine to Virginia. They are most abundant from Maine to New Jersey with abundance declining from north to south (ASMFC 1997).

An Interstate Fishery Management Plan (ISFMP) developed through the ASMFC provides management measures for the fishery that are implemented by the states. NMFS has issued regulations for the Federal waters portion of the fishery based on recommendations from the ASMFC. Of the seven lobster management areas (LMAs), only LMA 3 occurs entirely within Federal waters. LMAs 1, 2, 4, 5, and the Outer Cape include both state and Federal waters (NMFS 1999; 2002b). Therefore, management of the Federal waters portion of LMAs 1, 2, 4, 5, and the Outer Cape must be consistent with management in the state waters portion of those areas to meet the objectives of the Lobster ISFMP. Management measures include a limited access permit system, gear restrictions, and other prohibitions on possession (*e.g.*, of berried or scrubbed lobsters), landing limits for lobsters caught by non-trap gear, a trap tag requirement, and trap limits. These measures include reduction of effort and capping of effort. The commercial lobster fishery is frequently described as an inshore fishery (typically defined as within state waters; 0-3 nautical miles from shore) and an offshore fishery (typically defined as nearshore Federal waters and the deepwater offshore fishery) (NMFS 1999).

Most lobster trap effort occurs in the Gulf of Maine. Maine and Massachusetts produced 93% of the 2004 total U.S. landings of American lobster, with Maine accounting for 78% of these landings (NMFS 2005b). Lobster landings in the other New England states as well as New York and New Jersey account for most of the remainder of U.S. American lobster landings. However, declines in lobster abundance and landings have occurred from Rhode Island through New Jersey in recent years. The Mid-Atlantic states from Delaware through North Carolina have been granted *de minimus* status under the Lobster ISFMP. Low landings of lobster in these *de minimus* states suggest that there is not a directed fishery for lobster in these territorial waters.

The *Atlantic Bluefish fishery* may pose a risk to protected marine mammals, but is most likely to interact with sea turtles (primarily Kemp's ridley and loggerheads) given the time and locations where the fishery occurs. Gillnets are the primary gear used to commercially land bluefish. Turtles can become entangled in the buoy lines of the gillnets or in the net panels.

The ASMFC and the MAFMC jointly manage bluefish under Amendment 1 to the Bluefish FMP (NEFSC 2005a). The management unit is defined as bluefish occurring in U.S. waters of the western Atlantic Ocean (NEFSC 2005a). The bluefish fishery is not a limited access fishery. Bluefish landings are controlled through a coastwide quota with 83% of the quota allocated to the recreational sector and 17% to the commercial sector (NEFSC 2005a). The portion of the quota allocated to the commercial sector can be increased if the recreational sector is not expected to land their entire quota allocation (NEFSC 2005a).

Gill nets accounted for over 40% of bluefish landings from 1950 – 2003 (NEFSC 2005a). The majority of commercial fishing activity in the North and Mid-Atlantic occurs in the late spring to early fall when bluefish are most abundant in these areas (NEFSC 2005a). Bluefish migrate south as water temperatures decrease in late fall and winter (NEFSC 2005a). Overall, the majority of bluefish commercial landings are taken in the Mid-Atlantic with North Carolina reporting the highest landings followed by New York and New Jersey (NEFSC 2005a).

The FMP for the *Atlantic Herring fishery* was implemented on December 11, 2000. The biological opinion that considered the effects to ESA-listed species from the implementation of the Herring FMP concluded that sea turtle takes in fishing gear used in the herring fishery were reasonably likely to occur even though none had been observed. An ITS was provided based on the observed capture of sea turtles in other fisheries using comparable gear.

Three management areas, which may have different management measures, were established under the Herring FMP. Management Area 1 includes Gulf of Maine waters and is subdivided into inshore and offshore sub-areas. Management Area 2 is referred to as the South Coastal Area and includes state and Federal waters adjacent to the States of Massachusetts, Rhode Island, Connecticut, New York, New Jersey, Delaware, Maryland, Virginia, and North Carolina. Management Area 3 includes waters over Georges Bank (NEFMC 1999). The ASMFC's Atlantic Herring ISFMP provides measures for the management of the herring fishery in state waters that are complementary to the Federal FMP.

Operation of the herring fishery was reviewed in a report by the NEFMC Herring Plan Development Team (PDT) and Technical Committee (NEFMC 2004b). The primary gear types used in the fishery are midwater pair trawl, single vessel midwater trawl, purse seine, bottom trawl, and weirs (fixed gear). Of these, midwater pair trawl contributed 65% of the landings for 2003 (NEFMC 2004b). Most of the herring sold in 2003 was from Area 1A (59%) (NEFMC 2004b). Landings from Areas 1B, 2, and 3 contributed 4.9%, 16%, and 20% of the 2003 herring landings, respectively (NEFMC 2004b). Thirty-four vessels landed nearly all of the 2003 landings for herring (NEFMC 2004b). At present, the herring fishery is not a limited access fishery. However, limiting access to the fishery is one of the measures under consideration for Amendment 1 to the Atlantic Herring FMP that is currently being developed.

The *Atlantic Mackerel/Squid/Butterfish fisheries* are managed under a single FMP. The FMP covers management of four species given that both short-finned squid (*Illex illecebrosus*) and long-finned squid (*Loligo pealei*) are managed under the FMP. Information on each of the fisheries managed under the FMP has been updated in the draft supplemental environmental impact statement for Amendment 9 to the FMP, currently being prepared by the Mid-Atlantic Fishery Management Council (MAFMC). A brief summary of the information is presented below.

Trawl gear is the primary fishing gear for the fisheries. In 2003, bottom trawl gear accounted for 97%, and 99.4% of *Loligo*, and *Illex* landings, respectively (MAFMC, in prep). Mid-water trawl gear accounted for the majority (82%) of mackerel landings with an additional 17% of landings attributed to bottom trawls (MAFMC, in prep). Seasonal differences in landings are evident amongst the fisheries with the majority of mackerel landed January through April, the majority of *Loligo* landed September through March, and the majority of *Illex* landed June through October based on the 2003 fishing year (MAFMC, in prep). While the New England states of Massachusetts and Rhode Island are amongst the leading states in terms of landings for two or more of the FMP species, most fishing occurs in the Mid-Atlantic. Statistical areas 616, 612, 615, and 613 accounted for 90.4% of mackerel landed in 2003 (MAFMC, in prep). By comparison, statistical areas 632, 626 and 622 accounted for 91% of the 2003 *Illex* landings, and

statistical areas 525, 537, 616, and 622 accounted for 68% of the 2003 *Loligo* landings (MAFMC, in prep).

Given the gear types used in these fisheries, the time of year when fishing occurs, and the areas where the fishery operates, interactions between sea turtles and gear used in one or more of the fisheries is likely to occur. An ITS for sea turtles was provided with the April 28, 1999 Opinion on the continued authorization of the FMP.

Components of the *Highly Migratory Species (HMS)* Atlantic pelagic fishery for swordfish/tuna/shark in the EEZ occur within the action area for this consultation. Use of pelagic longline, pelagic driftnet, bottom longline, hand line (including bait nets), and/or purse seine gear in this fishery has resulted in the take of sea turtles and whales. The Northeast swordfish driftnet portion of the fishery was prohibited during an emergency closure that began in December 1996, and was subsequently extended. A permanent prohibition on the use of driftnet gear in the swordfish fishery was published in 1999. In June 2001, NMFS completed consultation on the HMS pelagic longline fishery and concluded that the Atlantic HMS fisheries, particularly the pelagic longline fisheries, were likely to jeopardize the continued existence of loggerhead and leatherback sea turtles. An RPA was provided to avoid jeopardy to leatherback and loggerhead sea turtles as a result of operation of the HMS fisheries. Consultation was subsequently reinitiated on the HMS fishery following new information on the number of loggerhead and leatherback sea turtles captured in the fishery. Consultation was completed on June 1, 2004, and NMFS concluded that the continued prosecution of the HMS pelagic longline fishery was likely to jeopardize the continued existence of leatherback sea turtles. A new RPA was developed and implemented.

The Federal *Monkfish fishery* occurs in all waters under federal jurisdiction from Maine to the North Carolina/South Carolina border. The current commercial fishery operates primarily in the deeper waters of the Gulf of Maine, Georges Bank, and southern New England, and in the Mid-Atlantic. Monkfish have been found in depths ranging from the tide line to 840 meters with concentrations between 70 and 100 meters and at 190 meters. The monkfish fishery uses several gear types that may capture ESA-listed species, including gillnet and trawl gear. A consultation conducted on the continued operation of the fishery concluded in 2001 that the fishery was likely to jeopardize the continued existence of right whales as a result of entanglement in gillnet gear used in the fishery. An RPA was provided and implemented to remove the likelihood of jeopardy. The Opinion also concluded that sea turtles may be adversely affected by operation of the monkfish fishery as a result of entanglement in gear used in the fishery. Although the estimated capture of sea turtles in monkfish gillnet gear is relatively low, there is concern that much higher levels of interaction could occur. In 2002, NMFS published new restrictions for the use of gillnets with larger than 8 inch (20.3 cm) stretched mesh, in Federal waters (3-200 nautical miles) off of North Carolina and Virginia. The rule was subsequently modified on April 26, 2006, by extending the restrictions to the use of gillnets with 7 inch stretched mesh or larger and by extending the area affected to North Carolina and Virginia state waters as well as federal waters from the North Carolina/South Carolina border to Chincoteague, VA.

The monkfish fishery is managed in the EEZ through a joint NEFMC and MAFMC Monkfish FMP (NEFSC 2005b). The FMP defines two management areas for monkfish (northern and southern) divided roughly by a line bisecting Georges Bank (NEFSC 2005b). Effort in the fishery is limited through a limited access permit program as well as DAS and trip allocations that were implemented as initial management measures of the FMP in 1999. Trip allocations differ between the two management areas.

Trawl, scallop dredge, and gillnet gear are the primary gear types that land monkfish (NEFSC 2005b). During the period of 1998-2000, trawls accounted for 54% of the total landings, scallop dredges about 17%, and gillnets 29% (NEFSC 2005b). More recently, for the period from 2001-2003, trawl, gillnet, and scallop dredge gear accounted for 55%, 36%, and 8% of landings, respectively (NEFSC 2005b).

The *Northeast Multispecies fishery* operates throughout the year with peaks in spring, and from October through February. Multiple gear types are used in the fishery. However, the gear type of greatest concern is sink gillnet gear that can entangle whales and sea turtles (*i.e.*, in buoy lines and/or net panels). Data indicate that sink gillnet gear has seriously injured or killed northern right whales, humpback whales, fin whales, loggerhead and leatherback sea turtles. The northeast multispecies sink gillnet fishery has historically occurred from the periphery of the Gulf of Maine to Rhode Island in water to 60 fathoms. In recent years, more of the effort in the fishery has occurred in offshore waters and into the Mid-Atlantic. However, participation in this fishery has declined since extensive groundfish conservation measures have been implemented; particularly since implementation of Amendment 13 to the Multispecies FMP. Additional management measures (*i.e.* Framework Adjustment 42) are expected to further reduce and control effort in the multispecies fishery.

The *Red crab fishery* is a pot/trap fishery that occurs in deep waters along the continental slope. The primary fishing zone for red crab, as reported by the fishing industry, is at a depth of 400-800 meters along the continental shelf in the Northeast region, and is limited to waters north of 35° 15.3' N (Cape Hatteras, NC) and south of the Hague Line.

There has been a small, directed fishery for red crab off the coast of New England and the Mid-Atlantic since the 1970s. The fishery was fairly consistent through the 1980's but landings steadily increased from the mid-1990s (NEFMC 2002). Following concerns that red crab could be overfished, an FMP was developed and became effective on October 21, 2002. The FMP includes management measures to control effort in the fishery (*e.g.*, a limited access permit program, trap limits, a fleet DAS allocation) (NEFMC 2005b). Five vessels initially received limited access permits for the red crab fishery but one vessel opted out of the fishery in 2004.

There have been no recorded takes of ESA-listed species in the red crab fishery. However, given the type of gear used in the fishery, takes may be possible where gear overlaps with the distribution of loggerhead and leatherback sea turtles. Section 7 consultation was completed on the proposed implementation of the Red Crab FMP, and concluded that the action was not likely to result in jeopardy to any ESA-listed species under NMFS jurisdiction. An ITS was provided that addresses takes of loggerhead and leatherback sea turtles.

The *Skate fishery* has typically been composed of both a directed fishery and an indirect fishery. The bait fishery is more historical and is a more directed skate fishery than the wing fishery. Vessels that participate in the bait fishery are primarily from Southern New England and direct primarily on little (90%) and winter skate (10%). The wing fishery is primarily an incidental fishery that takes place throughout the region. For section 7 purposes, NMFS considers the effects to ESA-listed species of the directed skate fishery. Fishing effort that contributes to landings of skate for the indirect fishery is considered during section 7 consultation on the directed fishery in which skate bycatch occurs.

Bottom trawl gear accounted for 94.5% of directed skate landings. Gillnet gear is the next most common gear type, accounting for 3.5% of skate landings. The Northeast skate complex is comprised of seven different related skate species. There have been no recorded takes of ESA-listed species in the skate fishery. However, given that sea turtle interactions with trawl and gillnet gear have been observed in other fisheries, sea turtle takes in gear used in the skate fishery may be possible where the gear and sea turtle distribution overlap. Section 7 consultation on the new Skate FMP was completed July 24, 2003, and concluded, based on a precautionary approach, that implementation of the Skate FMP may adversely affect ESA-listed sea turtles as a result of interactions with (capture in) gillnet and trawl gear.

The *Spiny dogfish fishery* is managed under the Spiny Dogfish FMP for fishing in waters of the EEZ. The NEFMC and MAFMC jointly develop management measures for the fishery that occurs in federal waters. The ASMFC has also implemented an Interstate Fishery Management Plan (ISFMP) for spiny dogfish in order to coordinate coastwide quotas, and to help enforce state and federal regulations for the spiny dogfish fishery. In the Northwest Atlantic, spiny dogfish range from Florida to Labrador, but are most abundant from Nova Scotia to Cape Hatteras (NEFSC 2003). They make seasonal inshore-offshore and coastal migrations related to their preferred temperature range ($7°$-$13°$C) (NEFSC 2003).

U.S. landings of spiny dogfish increased in the 1990's, reaching 28,000 mt in 1996 before declining to approximately 20,000 mt in both 1997 and 1998 and then to 14,860 mt for 1999 (NEFSC 2003). As a result of the implementation of the Spiny Dogfish FMP in 2000, landings in 2001 and 2002 were sharply reduced to about 2,200 mt (NEFSC 2003). Most landings occur from June through September (NEFSC 2003). In calendar year 2002, Massachusetts accounted for the largest share of the landings (78.5%), followed by Rhode Island (13%), and New Hampshire (7.2%) (NEFSC 2003).

The primary gear types for the spiny dogfish fishery have historically been sink gillnets, otter trawls, bottom longline, and driftnet gear (NEFSC 2003). The predominance of any one gear type has varied over time (NEFSC 2003). Landings of spiny dogfish in the 1990's were attributed primarily to sink gillnet gear, followed by otter trawl, longline, and drift gillnet gear (NEFSC 2003). In 2001 and 2002, following implementation of the Spiny Dogfish FMP, longline gear accounted for the majority of landings followed by sink gillnet, and otter trawl gear (NEFSC 2003). Landings for drift gillnet gear were reduced to near zero (NEFSC 2003). Sea

37

turtles can be incidentally captured in all gear sectors of the spiny dogfish fishery. An ITS was provided in the June 2001 Opinion for the continued implementation of the FMP.

The *Summer Flounder, Scup and Black Sea Bass fisheries* are managed under one FMP. They are present in offshore waters throughout the winter and migrate and occupy inshore waters throughout the summer. The primary gear types used in the summer flounder, scup and black sea bass fisheries are mobile trawl gear, pots and traps, gillnets, pound nets, and handlines.

NMFS approved the first FMP for management of the summer flounder fishery in federal waters in 1988. Management measures for scup and black sea bass were subsequently added to the federal FMP under Amendments 8 and 9, respectively. Information on the status of the stocks managed by the Summer flounder, Scup, Black Sea Bass FMP, and information on the summer flounder, scup, and black sea bass fisheries were reviewed in the 41st, 35th, and 39th SAW assessment reports, respectively (NEFSC 2005a; NEFSC 2002; NEFSC 2004).

Summer flounder are taken principally by otter trawl. Since 1980, 70% of the commercial landings of summer flounder have come from the U.S. EEZ (NEFSC 2002). However, large variability in summer flounder landings exist among the states over time, and the percent total summer flounder landings taken from the EEZ has varied widely among the states (NEFSC 2002). Since the implementation of the annual commercial landings quota in 1993, the commercial landings have become concentrated during the first calendar quarter of the year with about 46% of the landings taken during the first quarter in 2001 (NEFSC 2002). In general, over 80% of the summer flounder landed in NMFS' Northeast Region from the commercial sector of the fishery have come from statistical areas 537-539 (Southern New England), areas 611-616 (New York Bight), areas 621, 622, 625 and 626 (Delmarva region), and areas 631-632 (Norfolk Canyon area) (NEFSC 2002). The total summer flounder landings for 2004 were 12,589 mt of which 7,748 mt were reported for the commercial sector of the fishery (NEFSC 2005a). These are substantially higher than the low of 4,200 mt landed in 1990 but also far below the peak landings of 26,100 mt reported in 1983 (NEFSC 2005a).

The otter trawl is also the principal commercial fishing gear for scup, accounting for an average 74% of the total catch in 1979-2001 (NEFSC 2002). The remainder of the commercial landings are taken by floating trap (12%), and hand lines (6%), with paired trawl, pound nets, and pot and traps each contributing 2-3%. About two-thirds of the commercial scup landings for the period 1979-2001 were in Rhode Island (37%) and New Jersey (28%). Landings in New York composed an average of 15% of the total. Landings fluctuated between 7000-10,000 mt from 1974-1986 but have since declined to less than 2000 mt per year (NEFSC 2002).

Commercial black sea bass landings in 2002-2003 were primarily from pot gear (42%), otter trawl (40%) and hook and line gear (12%) (NEFSC 2004). Massachusetts, New Jersey, Virginia, and Maryland accounted for a majority of the landings (NEFSC 2004).

Significant measures have been developed to reduce the take of sea turtles in summer flounder trawls and trawls that meet the definition of a summer flounder trawl (which would include fisheries for other species like scup and black sea bass) by requiring the use TEDs throughout the

year for trawl nets fished from the North Carolina/South Carolina border to Oregon Inlet, NC and seasonally (March 16-January 14) for trawl vessels fishing between Oregon Inlet, NC and Cape Charles, VA. Based on the occurrence of gillnet entanglements in other fisheries, the gillnet portion of this fishery could entangle endangered whales and sea turtles. The pot gear and staked trap sectors could also entangle whales and sea turtles. An ITS has been provided for the anticipated take of sea turtles as a result of the continued implementation of the Summer flounder, Scup, and Black Sea Bass FMP.

The effects of the *Tilefish fishery* on ESA-listed species were considered during formal consultation on the implementation of the Tilefish FMP, completed in March 2001. Anecdotal information available at that time suggested that loggerhead and leatherback sea turtles have been taken by hook gear in the tilefish bottom longline fishery (MAFMC 2000). Consultation was concluded on March 13, 2001, with the issuance of a biological opinion that includes an ITS for loggerhead and leatherback sea turtles.

A summary of the current tilefish fishery was provided in the 41st Northeast Regional Stock Assessment Report (NEFSC 2005a). The management unit for the *Tilefish* FMP is all golden tilefish under U.S. jurisdiction in the Atlantic Ocean north of the Virginia/North Carolina border (MAFMC 2000). Tilefish have some unique habitat characteristics and are found in a warm water band (9-14º C) along the upper slope of the continental shelf in the southern New England and Mid-Atlantic areas at depths of 80 to 440m (NEFSC 2005a). Because of their restricted habitat and low biomass, the tilefish fishery in recent years has occurred in a relatively small area in the Mid-Atlantic Bight, south of New England and west of New Jersey. Over 75% of tilefish landings have come from this area (statistical areas 537 and 616; Appendix 1) since 1991 (NEFSC 2005a).

The directed tilefish fishery is a relatively small fishery in terms of the number of participants. Five vessels accounted for more than 49-93% of the landings during the period of 1995-2004 (NEFSC 2005a). Longline gear is the primary gear type used in the tilefish fishery. Since the 1980's, over 85% of the commercial landings of tilefish in the Mid-Atlantic/southern New England region have been taken by longline gear (NEFSC 2005a). The fishery changed from using "J" hooks to circle hooks after 1979 (NEFSC 2005a).

### 4.1.2 Non-Federally regulated fisheries

Several trap/pot fisheries, gillnet and trawl fisheries for non-federally regulated species do occur in the action area. The amount of gear contributed to the environment by these fisheries is unknown.

Nearshore and inshore gillnet fisheries occur throughout the Mid-Atlantic in state waters from Connecticut through North Carolina; areas where sea turtles also occur. Captures of sea turtles in these fisheries have been reported (NMFS SEFSC 2001). Two 10-14 inch mesh gillnet fisheries, the black drum and sandbar shark gillnet fisheries, occur in Virginia state waters along the tip of the eastern shore. These fisheries may take sea turtles given the gear type, but no interactions have been observed. Similarly, small mesh gillnet fisheries occurring in Virginia

39

state waters are suspected to take sea turtles but no interactions have been observed. During May - June 2001, NMFS observed 2% of the Atlantic croaker fishery and 12% of the dogfish fishery (which represent approximately 82% of Virginia's total small mesh gillnet landings from offshore and inshore waters during this time), and no turtle takes were observed. In North Carolina, a large-mesh gillnet fishery for summer flounder in the southern portion of Pamlico Sound was found to contribute to takes of sea turtles in gillnet gear. In 2000, an Incidental Take Permit was issued to the North Carolina Department of Marine Fisheries for the take of sea turtles in the Pamlico Sound large-mesh gillnet fishery. The fishery was closed when the incidental take level for green sea turtles was met (NMFS SEFSC 2001). Long haul seines and channel nets are also known to incidentally capture sea turtles in North Carolina sounds and inshore waters. As described in section 4.4.3.1. below, NMFS has recently taken regulatory action to address the potential for sea turtle interactions with gillnet gear with 7 inch or greater stretched mesh in North Carolina and Virginia state waters.

An Atlantic croaker fishery using trawl gear also occurs within the action area. Turtle takes have been observed in Atlantic croaker trawl gear. Between 1996 and 1998, five turtles (four loggerheads and one unidentified species) were taken in otter trawls targeting croaker. In October 2004, observers documented the capture of two loggerhead sea turtles in Atlantic croaker trawl gear operating off of Virginia, north of Cape Charles. Both turtles were released alive and uninjured.

A *whelk fishery* using pot/trap gear is known to occur in several parts of the action area, including waters off of Maine, Connecticut, Massachusetts, Delaware, Maryland, and Virginia. Landings data for Delaware suggests that the greatest effort in the whelk fishery for waters off of that state occurs in the months of July and October; times when sea turtles are present. Various *crab fisheries* using pot/trap gear also occur in federal and state waters such as horseshoe crab and blue crab. Whelk pots, which unlike lobster traps are not fully enclosed, have been suggested as a potential source of entrapment for loggerhead sea turtles that may be enticed to enter the trap to get the bait or whelks caught in the trap (Mansfield and Musick 2001). Leatherbacks are known to become entangled in lines associated with trap/pot gear used in several fisheries including lobster, whelk, and crab species (D.Fletcher, pers. comm.. to Sheryan Epperly, NMFS SEFSC 2001; Dwyer *et al.* 2002).

In addition to these, NMFS is also concerned about the take of sea turtles in the *Virginia pound net fishery*. Pound nets with large-mesh leaders set in the Chesapeake Bay have been observed to (lethally) take turtles as a result of entanglement in the pound net leader. As described in section 4.4.3.4 below, NMFS has taken regulatory action to address turtle takes in the Virginia pound net fishery.

## 4.2    Vessel Activity

Potential adverse effects from federal vessel operations in the action area of this consultation include operations of the U.S. Navy (USN) and the U.S. Coast Guard (USCG), which maintain the largest federal vessel fleets, the Environmental Protection Agency (EPA), the Army Corps of Engineers (ACOE), and NOAA. NMFS has conducted formal consultations with the USCG, the

USN and is currently in early phases of consultation with other federal agencies on their vessel operations (*e.g.*, NOAA research vessels). Through the Section 7 process, where applicable, NMFS has and will continue to establish conservation measures for all these agency vessel operations to avoid adverse effects to listed species. At the present time, however, there is the potential for some level of interaction.

## 4.3    Other Activities

### 4.3.1    Hopper Dredging

The Sandbridge Shoal is an approved Minerals Management Service borrow site located approximately 3 miles off Virginia Beach. This site has been used in the past for both the Navy's Dam Neck Annex beach renourishment project and the Sandbridge Beach Erosion and Hurricane Protection Project, and is likely to be used in additional beach nourishment projects in the future. The Sandbridge Beach Erosion and Hurricane Protection Project involved hopper dredging of approximately 972,000 cubic yards (cy) of sand during the first year of the project and an anticipated 500,000 cy every two years thereafter. NMFS completed section 7 consultation on this project in April 1993, and anticipated the take of eight loggerhead turtles or one Kemp's ridley or green turtle. Actual dredging did not begin until May 1998, and no sea turtle takes were observed during the 1998 dredge cycle. In June 2001, the ACOE indicated that the next dredge cycle, which was scheduled to begin in the summer of 2002, would require 1.5 million cy of sand initially, with an anticipated 1.1 million cy every two years thereafter. Although the volume of sand had increased from the previous cycle, NMFS reduced the ITS to five loggerheads and one Kemp's ridley or green turtle due to the lack of observed takes in the previous cycle, along with the levels of anticipated and observed take in hopper dredging projects in nearby locations.

NMFS completed section 7 consultation on the Navy's Dam Neck Annex beach nourishment project in January 1996, which involved the removal of 635,000 cy of material beginning in 1996 and continuing on a 12-year cycle thereafter. NMFS anticipated the take of ten loggerheads and one Kemp's ridley or green sea turtle during each dredge cycle. However, no takes were observed during the 1996 cycle. The Navy reinitiated consultation on June 27, 2003, based on an accelerated dredge cycle (from 12 years to 8 years), an increase in the volume of sand required, and new information on the status of loggerhead sea turtles since the original Opinion was issued in 1996. The consultation was concluded on December 12, 2003, and anticipated the take of four loggerheads and one Kemp's ridley or green sea turtle during each dredge cycle. NMFS concluded that this level of take was not likely to jeopardize the continued existence of any of these species.

### 4.3.2    Maritime Industry

Private and commercial vessels, including fishing vessels, operating in the action area of this consultation also have the potential to interact with sea turtles. The effects of fishing vessels, recreational vessels, or other types of commercial vessels on listed species may involve disturbance or injury/mortality due to collisions or entanglement in anchor lines. It is important to note that minor vessel collisions may not kill an animal directly, but may weaken or otherwise

41

affect it so it is more likely to become vulnerable to effects such as entanglements. Listed species or critical habitat may also be affected by fuel oil spills resulting from vessel accidents. Fuel oil spills could affect animals directly or indirectly through the food chain. Fuel spills involving fishing vessels are common events. However, these spills typically involve small amounts of material that are unlikely to adversely affect listed species. Larger oil spills may result from accidents, although these events would be rare and involve small areas. No direct adverse effects on listed species or critical habitat resulting from fishing vessel fuel spills have been documented.

### 4.3.3    Pollution

Sources of pollutants in coastal regions of the action area include atmospheric loading of pollutants such as PCBs, storm water runoff from coastal towns, cities and villages, runoff into rivers emptying into bays, groundwater discharges and sewage treatment effluent, and oil spills. Nutrient loading from land-based sources such as coastal community discharges is known to stimulate plankton blooms in closed or semi-closed estuarine systems. The effect to larger embayments is unknown. Contaminants could indirectly degrade habitat if pollution and other factors reduce the food available to marine animals.

### 4.3.4    Catastrophic events

An increase in commercial vessel traffic/shipping increases the potential for oil/chemical spills. The pathological effects of oil spills have been documented in laboratory studies of marine mammals and sea turtles (Vargo *et al.* 1986). There have been a number of documented oil spills in the northeastern U.S.

## 4.4    Reducing Threats to ESA-listed Sea Turtles

### 4.4.1    Education and Outreach Activities

Education and outreach activities are considered one of the primary tools to reduce the threats to all protected species. NMFS has been active in public outreach to educate fishermen regarding sea turtle handling and resuscitation techniques. For example, NMFS has conducted workshops with longline fishermen to discuss bycatch issues including protected species, and to educate them regarding handling and release guidelines. NMFS intends to continue these outreach efforts in an attempt to increase the survival of protected species through education on proper release techniques.

### 4.4.2    Sea Turtle Stranding and Salvage Network (STSSN)

There is an extensive network of STSSN participants along the Atlantic and Gulf of Mexico coasts which not only collects data on dead sea turtles, but also rescues and rehabilitates live stranded turtles. Data collected by the STSSN are used to monitor stranding levels and identify areas where unusual or elevated mortality is occurring. These data are also used to monitor incidence of disease, study toxicology and contaminants, and conduct genetic studies to

determine population structure. All of the states that participate in the STSSN tag live turtles when encountered (either via the stranding network through incidental takes or in-water studies). Tagging studies help provide an understanding of sea turtle movements, longevity, and reproductive patterns, all of which contribute to our ability to reach recovery goals for the species.

### 4.4.3   Regulatory Measures for Sea Turtles

#### 4.4.3.1 Final Rules for Large-Mesh Gillnets

In March 2002, NMFS published new restrictions for the use of gillnets with larger than 8 inch (20.3 cm) stretched mesh, in Federal waters (3-200 nautical miles) off of North Carolina and Virginia. These restrictions were published in an Interim Final Rule under the authority of the ESA (67 FR 13098) and were implemented to reduce the impact of the monkfish and other large-mesh gillnet fisheries on ESA-listed sea turtles in areas where sea turtles are known to concentrate. Following review of public comments submitted on the Interim Final Rule, NMFS published a Final Rule on December 3, 2002, that established the restrictions on an annual basis. As a result, gillnets with larger than 8 inch stretched mesh were not allowed in Federal waters (3-200 nautical miles) in the areas described as follows: (1) north of the North Carolina/South Carolina border at the coast to Oregon Inlet at all times, (2) north of Oregon Inlet to Currituck Beach Light, NC from March 16 through January 14, (3) north of Currituck Beach Light, NC to Wachapreague Inlet, VA from April 1 through January 14, and (4) north of Wachapreague Inlet, VA to Chincoteague, VA from April 16 through January 14. On April 26, 2006, NMFS published a final rule (71 FR 24776) that included modifications to the large-mesh gillnet restrictions. Specifically, the new final rule revises the gillnet restrictions to apply to stretched mesh that is 7 inches or greater and extends the prohibition on the use of such gear to North Carolina and Virginia state waters. Federal and state waters north of Chincoteague, VA remain unaffected by the large-mesh gillnet restrictions. These measures are in addition to Harbor Porpoise Take Reduction Plan measures that prohibit the use of large-mesh gillnets in southern Mid-Atlantic waters (territorial and federal waters from Delaware through North Carolina out to 72° 30'W longitude) from February 15-March 15, annually.

NMFS has also issued a rule addressing takes of sea turtles in gillnet gear fished in the southern flounder fishery in Pamlico Sound. NMFS issued a final rule (67 FR 56931), effective September 3, 2002, that closes the waters of Pamlico Sound, NC, to fishing with gillnets with larger than 4 ¼ inch (10.8 cm) stretched mesh from September 1 through December 15 each year to protect migrating sea turtles. The closed area includes all inshore waters of Pamlico Sound south of 35° 46.3' N. lat., north of 35°00' N. lat., and east of 76° 30' W. long.

#### 4.4.3.2  Revised use of TEDs for the Southeast and Gulf of Mexico Shrimp Fishery

On February 21, 2003, NMFS issued a final rule to amend regulations protecting sea turtles to enhance their effectiveness in reducing sea turtle mortality resulting from shrimp trawling in the Atlantic and Gulf Areas of the southeastern United States. TEDs have proven to be effective at excluding sea turtles from shrimp trawls. However, NMFS determined that modifications to the

43

design of TEDs needed to be made to exclude leatherbacks as well as large benthic immature and sexually mature loggerhead and green turtles. In addition, several previously approved TED designs did not function properly under normal fishing conditions. Therefore, NMFS disallowed these TEDs (*e.g.*, weedless TEDs, Jones TEDs, hooped hard TED, and the use of accelerator funnels) as described in the final rule. Finally, the rule also required modifications to the trynet and bait shrimp exemptions to the TED requirements to decrease mortality of sea turtles.

### 4.4.3.3 TED requirements for the summer flounder fishery

As mentioned in Section 4.1.1, significant measures have been developed to reduce the take of sea turtles in summer flounder trawls and trawls that meet the definition of a summer flounder trawl (which would include fisheries for other species like scup and black sea bass) by requiring TEDs in trawl nets fished in the area of greatest turtle bycatch off the North Carolina and part of the Virginia coast from the North Carolina/South Carolina border to Cape Charles, VA. The TED requirements for the summer flounder trawl fishery do not, however, require the use of larger TEDs that are used in the shrimp trawl fishery to exclude leatherbacks as well as large benthic immature and sexually mature loggerheads and green sea turtles.

### 4.4.3.4 Modification of Gear for Virginia Pound Nets

Existing information indicates that pound nets with traditional large mesh and stringer leaders as used in the Chesapeake Bay incidentally take sea turtles. NMFS published a Temporary Rule in June 2001 (66 FR 33489) that prohibited fishing with pound net leaders with a mesh size measuring 8 inches or greater (20.3 cm) and pound net leaders with stringers in mainstream waters of the Chesapeake Bay and its tributaries for a 30-day period beginning June 19, 2001. NMFS subsequently published an Interim Final Rule in 2002 (67 FR 41196, June 17, 2002) that further addressed the take of sea turtles in large-mesh pound net leaders and stringer leaders used in the Chesapeake Bay and its tributaries. Following new observations of sea turtle entanglements in pound net leaders in the spring of 2003, NMFS issued a temporary final rule (68 FR 41942, July 16, 2003) that restricted all pound net leaders throughout Virginia's waters of the Chesapeake Bay and a portion of its tributaries from July 16 - July 30, 2003. A new final rule was published May 5, 2004 (69 FR 24997) to address sea turtle entanglements with pound net gear that might occur in the Chesapeake Bay during the period May 6 - July 15 each year. That rule prohibited the use of all pound net leaders, set with the inland end of the leader greater than 10 horizontal feet (3 meters) from the mean low water line, from May 6 - July 15 each year in the Virginia waters of the mainstream Chesapeake Bay, south of 37° 19' N and west of 76° 13' W, and all waters south of 37° 13' N to the Chesapeake Bay Bridge Tunnel at the mouth of the Chesapeake Bay, and the James and York Rivers downstream of the first bridge in each tributary. Outside of this area, the prohibition of leaders with greater than or equal to 12 inches (30.5 cm) stretched mesh and leaders with stringers, as established by the June 17, 2002 interim final rule, applied from May 6 - July 15 each year. In response to new information acquired through gear research, on April 17, 2006, NMFS published a proposed rule in the Federal Register that would allow the use of offshore pound net leaders meeting the definition of a *modified pound net leader* in a portion of the Chesapeake Bay during the period of May 6 to

44

July 15 each year. Modifications to the pound net leader address: the maximum allowed mesh size, placement of the leader in relation to the sea floor, the height of the mesh from the sea floor in relation to the depth at mean lower low water, and the use of vertical lines to hold the mesh in place. Following review of public comments received on the proposed rule, NMFS published a final rule implementing the action on June 23, 2006 (71 FR 36024).

### 4.4.3.5  HMS Sea Turtle Protection Measures

As described in *Section 4.1.1* above, NMFS completed the most recent biological opinion on the FMP for the Atlantic HMS fisheries for swordfish, tuna, and shark on June 1, 2004, and concluded that the Atlantic HMS fisheries, particularly the pelagic longline fisheries, were likely to jeopardize the continued existence of leatherback sea turtles. An RPA was provided to avoid jeopardy to leatherback sea turtles as a result of operation of the HMS fisheries. Although the Opinion did not conclude jeopardy for loggerhead sea turtles, the RPA is also expected to benefit this species by reducing mortalities resulting from interactions with the gear. Regulatory components of the RPA have been implemented through rulemaking.

### 4.4.3.6  Use of a chain-mat modified scallop dredge in the Mid-Atlantic

In response to the observed capture of sea turtles in scallop dredge gear, including serious injuries and sea turtle mortality as a result of capture, NMFS proposed a modification to scallop dredge gear (70 FR 30660, May 27, 2005). The rule was finalized as proposed (71 FR 50361, August 25, 2006) and requires federally permitted scallop vessels fishing with dredge gear to modify their gear by adding an arrangement of horizontal and vertical chains (hereafter referred to as a "chain mat") between the sweep and the cutting bar when fishing in Mid-Atlantic waters south of 41° 9.0'N from the shoreline to the outer boundary of the EEZ during the period of May 1 through November 30 each year. The gear modification is expected to reduce the severity (*e.g.*, mortality and serious injury) of some sea turtle interactions with scallop dredge gear. However, the gear modification is not expected to reduce the number of sea turtle interactions with scallop dredge gear. Based on the condition of turtles observed captured in the dredge bag of scallop dredge gear as well as the configuration of the gear and fishing method, interactions are likely occurring both on or near the bottom and in the water column. The chain mat is intended to keep turtles out of the dredge bag thus preventing injuries that occur to turtles once they are in the bag (*e.g.*, crushing in the dredge bag, crushing on deck). Use of the chain mat on scallop dredges is not expected to eliminate or reduce injuries to sea turtles that occur as a result of the turtle coming into contact with that part of the scallop dredge gear forward of the chain mat (*e.g.*, the frame and the cutting bar) when the gear is fishing on or near the bottom. Additional information on the use of chain mats in the fishery is presented in section 5.4.

### 4.4.3.7  Sea Turtle Handling and Resuscitation Techniques

NMFS also developed and published as a final rule in the *Federal Register* (66 FR 67495, December 31, 2001) sea turtle handling and resuscitation techniques for sea turtles that are incidentally caught during scientific research or fishing activities. Persons participating in fishing activities or scientific research are required to handle and resuscitate (as

necessary) sea turtles as prescribed in the final rule. These measures help to prevent mortality of hard-shelled turtles caught in fishing or scientific research gear.

### 4.4.3.8 Sea Turtle Entanglements and Rehabilitation

A final rule (70 FR 42508) published on July 25, 2005, allows any agent or employee of NMFS, the FWS, the U.S. Coast Guard, or any other Federal land or water management agency, or any agent or employee of a state agency responsible for fish and wildlife, when acting in the course of his or her official duties, to take endangered sea turtles encountered in the marine environment if such taking is necessary to aid a sick, injured, or entangled endangered sea turtle, or dispose of a dead endangered sea turtle, or salvage a dead endangered sea turtle that may be useful for scientific or educational purposes. NMFS already affords the same protection to sea turtles listed as threatened under the ESA (50 CFR 223.206(b)).

## 4.5    Summary and synthesis of the status of species and environmental baseline

Sections 3.1.1 through 3.1.4 summarized the numerous hazards that loggerhead, leatherback, Kemp's ridley, and green sea turtles have been and continue to be exposed to in the action area and on a global scale. The hazards that appear to be having the greatest impact on these listed species are entanglements in fishing gear and poaching (of eggs from nests as well as mature animals). Other phenomena with anthropogenic causes, like water pollution and the disruption of marine food chains, may contribute to the status and trend of sea turtle subpopulations/populations in the action area, although the specific impacts of these phenomena on these listed species remains unknown. Given what we do know, the aggregate impact of the environmental baseline on the status of loggerhead, leatherback, Kemp's ridley, and green sea turtle subpopulations/populations that occur in the action area can be summarized as follows.

*Loggerhead Sea Turtles*. NMFS recognizes that there are at least five subpopulations of loggerhead sea turtles in the western Atlantic. Cohorts from all of these are expected to occur within the action area (Bass *et al.* 2004). The south Florida nesting group is the largest known loggerhead nesting assemblage in the Atlantic and one of only two loggerhead nesting assemblages worldwide that have greater than 10,000 females nesting per year (USFWS and NMFS 2003; Ehrhart *et al.* 2003). The northern subpopulation is the second largest loggerhead nesting assemblage within the United States. The remaining three western Atlantic subpopulations (the Dry Tortugas, Florida Panhandle, and Yucatán) are much smaller subpopulations with nest counts of roughly 100 - 1000 nests per year.

The primary known threats to loggerhead sea turtles in the Atlantic are: fishing gear associated with fisheries in U.S. state and federal waters, and international waters; poaching, development and erosion on their nesting beaches, and ingestion of marine debris. Given the geographic range of loggerhead sea turtles at various life history stages, loggerheads may be affected by human activities far from the nesting beach. For example, Laurent *et al.* (1998) found that approximately 47% of pelagic loggerhead juveniles captured in the western Mediterranean longline fisheries originated from western Atlantic subpopulations. In and near the action area, loggerhead turtles are captured and injured or killed in interactions with fishing gear that

includes pound net leaders, whelk pots, gillnets, pelagic longlines, trawls, and scallop dredges. Injuries and mortalities may also occur as a result of entrainment in power plant intakes or as a result of dredging for channel maintenance and beach nourishment projects within or adjacent to the action area. A recent study by Bowen *et al.* (2004) lends support to the hypothesis that juvenile loggerhead sea turtles exhibit homing behavior with respect to using foraging areas in the vicinity of their nesting beach. Therefore, coastal hazards that affect declining nesting populations may also affect the next generation of turtles when they are feeding in nearby habitats (Bowen *et al.* 2004).

NMFS is working to address loggerhead captures and mortality in many of the U.S. fisheries known to capture and injure or kill sea turtles. In 2003, NMFS issued a final rule that required increasing the size of TED openings to allow larger loggerheads to escape from shrimp trawl gear. As a result of the new rules, annual loggerhead mortality from capture in shrimp trawls is expected to decline from 62,294 to 3,947 turtles (Epperly *et al.* 2002). New rules have also been implemented in recent years for reducing turtle interactions and mortality in the U.S. pelagic longline fishery, the Virginia pound net fishery, the large-mesh gillnet fisheries in federal waters off of North Carolina and Virginia, and the large-mesh southern flounder fishery in Pamlico Sound, NC. Most recently, NMFS has proposed regulatory measures that require modification of scallop dredge gear to reduce serious injuries and mortality of sea turtles that interact with scallop dredge gear.

Loggerheads are a long-lived species and reach sexual maturity relatively late (NMFS SEFSC 2001). The benefits of the most recently promulgated measures to address loggerhead capture and mortality in U.S. Atlantic fisheries may not be evident on the nesting beaches for many years given the late age to maturity. The most recent modeling data suggests that the change in TED regulations to increase survival of large, benthic immature and sexually mature loggerheads would have a positive or at least a stabilizing effect on subpopulation growth (NMFS SEFSC 2001). Nevertheless, NMFS recognizes that there are still many threats to the survival of loggerheads of various age classes both within and outside of U.S. jurisdiction.

*Leatherback turtles*. Leatherback sea turtles are widely distributed throughout the oceans of the world, and are found in waters of the Atlantic, Pacific, and Indian Oceans, the Caribbean Sea, and the Gulf of Mexico (Ernst and Barbour 1972). In 1980, the global population of adult leatherback females was estimated to be approximately 115,000 (Pritchard 1982). By 1995, this global population of adult females had declined to 34,500 (Spotila *et al.* 1996).

In the Pacific Ocean, the abundance of leatherback turtles on nesting colonies has declined dramatically over the past 10 to 20 years. Nesting colonies throughout the eastern and western Pacific Ocean have been reduced to a fraction of their former abundance by the combined effects of human activities that have reduced the number of nesting females, and by egg poaching. At current rates of decline, leatherback turtles in the Pacific basin are a critically endangered species with a low probability of surviving and recovering in the wild.

Leatherback populations in the eastern Atlantic (*i.e.,* off Africa) and in the Caribbean appear to be stable, but there is conflicting information for some sites (Spotila, pers. comm) and it is

47

certain that some nesting populations (*e.g.*, St. John and St. Thomas, U.S. Virgin Islands) have been extirpated (NMFS and USFWS 1995). Data collected in southeast Florida clearly indicate increasing numbers of nests for the past twenty years (9.1-11.5% increase), although it is critical to note that there was also an increase in the survey area in Florida over time (NMFS SEFSC 2001). The largest leatherback rookery in the western Atlantic remains along the northern coast of South America in French Guiana and Suriname. More than half the present world leatherback population is estimated to be nesting on the beaches in and close to the Marowijne River Estuary in Suriname and French Guiana (Hilterman and Goverse 2004). The long-term trend for the Suriname and French Guiana nesting group seems to show an increase (Hilterman and Goverse 2004). In 2001, the number of nests for Suriname and French Guiana combined was 60,000, one of the highest numbers observed for this region in 35 years (Hilterman and Goverse 2004). Studies by Girondot *et al.* (in press) also suggest that the trend for the Suriname - French Guiana nesting population over the last 36 years is stable or slightly increasing.

Fishing gear associated with fisheries in U.S. state and federal waters, and in international waters as well as poaching, development and erosion on their nesting beaches, and ingestion of marine debris are the primary known threats to leatherback turtles in the Atlantic Ocean. In and near the action area, leatherback turtles are captured and injured or killed in interactions with fishing gear that include gillnets, trawl gear, and trap/pot gear.

*Kemp's Ridley Sea Turtles*. The only major nesting site for ridleys is a single stretch of beach near Rancho Nuevo, Tamaulipas, Mexico (Carr 1963). Estimates of the adult female nesting population reached a low of 300 in 1985. From 1985 to 1999, the number of nests observed at Rancho Nuevo, and nearby beaches increased at a mean rate of 11.3% per year. Current totals exceed 3000 nests per year, allowing cautious optimism that the population is on its way to recovery (TEWG 2000). However, like loggerhead sea turtles, Kemp's ridley sea turtles are affected by a number of anthropogenic and natural effects. Anthropogenic effects include fishing gear associated with fisheries in State, Federal and international waters; poaching, development and erosion on their nesting beaches. In and near the action area, Kemp's ridley sea turtles are captured and injured or killed in interactions with fishing gear such as gillnets and trawls, and are also injured or killed as a result of being struck by vessels operating within the action area. Nesting data suggests that this population is increasing despite the cumulative effects of these impacts. However, caution is warranted given that the estimated 2,000 nesting females in the current population is still far below historical numbers (Stephens and Alvarado-Bremer 2003).

*Green Sea Turtles*. Green turtles are distributed circumglobally in tropical and subtropical waters (NMFS and USFWS 1998b). Juveniles are also known to occur seasonally in temperate waters (Musick and Limpus 1997; Morreale and Standora 1998). Green sea turtle populations have declined in many areas. Using data collected from 32 Index Sites distributed globally, Seminoff (2004) estimated as much as a 48% to 67% decline in the number of mature females nesting annually over the last 3-green sea turtle generations (Seminoff 2004).

In all oceans, green turtles continue to be affected by poaching, fishing gear interactions, habitat degradation, and disease (notably fibropapillomatosis) (NMFS and USFWS 1998b; NMFS

48

2004d). In the western Atlantic, green turtles range from Massachusetts to Argentina, including the Gulf of Mexico and Caribbean (Wynne and Schwartz 1999) and are exposed to many of the same anthropogenic threats as loggerhead and Kemp's ridley sea turtles. As with the other sea turtle species, fishery mortality accounts for a large proportion of annual human-caused mortality outside the nesting beaches, while other activities like dredging, pollution, and habitat destruction account for an unknown level of other mortality. Sea sampling coverage in the pelagic driftnet, pelagic longline, southeast shrimp trawl, and summer flounder bottom trawl fisheries has recorded takes of green turtles. Stranding reports indicate that between 200-400 green turtles strand annually along the Eastern U.S. coast from a variety of causes most of which are unknown (STSSN database).

In the continental United States, green turtle nesting occurs on the Atlantic coast of Florida (Ehrhart 1979). The pattern of green turtle nesting shows biennial peaks in abundance, with a generally positive trend during the ten years of regular monitoring since establishment of index beaches in 1989. Similarly, Seminoff (2004) reviewed the population estimates for green sea turtles at five western Atlantic nesting sites for which there was historical data for comparison, and concluded that all but one site demonstrated evidence of increased nesting. However, age at sexual maturity for green sea turtles is estimated to be between 20 to 50 years (Balazs 1982; Frazer and Ehrhart 1985). The U.S. index beach sites were only established in 1989, and four of five sites reviewed by Seminoff (2004) had historical nesting information dating back only as far as the 1970's and early 1980's. Thus, caution is warranted about over interpreting existing green sea turtle nesting trend data for the western Atlantic.

## 5.0   EFFECTS OF THE PROPOSED ACTION

Pursuant to Section 7(a)(2) of the ESA (16 USC 1536), federal agencies are directed to ensure that their activities are not likely to jeopardize the continued existence of any listed species or result in the destruction or adverse modification of critical habitat. In this section of a biological opinion, NMFS assesses the direct and indirect effects of the proposed action. The purpose of the assessment is two-fold. First, it determines if it is reasonable to conclude that the proposed action is likely to have direct or indirect effects on threatened and endangered species that appreciably reduce their likelihood of surviving and recovering in the wild by reducing their reproduction, numbers, or distribution. Second, it determines whether it is reasonable to conclude that the proposed action is likely to result in the destruction or adverse modification of critical habitat.

As described in Section 3.0, this Opinion examines the likely effects of the proposed action on ESA-listed loggerhead, leatherback, Kemp's ridley, and green sea turtles that occur within the action area to determine if the continued implementation of the scallop FMP is likely to jeopardize the continued existence of these listed species. This analysis is done after careful review of the listed species status and the factors that affect the survival and recovery of the species, as described above.

As further described in Section 3.0, this Opinion will not reconsider the effects of the scallop fishery on ESA-listed Northern right whales, humpback whales, fin whales, sei whales, blue

whales, sperm whales, shortnose sturgeon, the Atlantic salmon DPS, hawksbill sea turtles, or designated critical habitat for right whales. NMFS determined during previous consultations on the scallop fishery that shortnose sturgeon, the Atlantic salmon DPS, and hawksbill sea turtles are not reasonably likely to occur where scallop gear operates. Therefore, these species are not likely to be adversely affected by operation of the scallop fishery. Northern right whales, humpback whales, fin whales, sei whales, blue whales, and sperm whales may be present within the area where the scallop fishery operates. However, it is highly unlikely that any would be captured or entangled in scallop fishing gear given their large size, speed, and maneuverability in comparison to scallop fishing gear. Therefore, these species are not likely to be adversely affected by operation of the scallop fishery. Critical habitat for right whales has been designated for Cape Cod Bay, Great South Channel, and coastal Florida and Georgia (beyond the action area of this Opinion). The habitat features identified in this designation include copepods (prey), and oceanographic conditions created by a combination of temperature and depth that are conducive for calving and nursing. There is no evidence to suggest that operation of the scallop fishery has any adverse effects on the habitat features in the specific areas designated as right whale critical habitat.

## 5.1     Approach to the Assessment

NMFS generally approaches jeopardy analyses in three steps. The first step identifies the probable direct and indirect effects of an action on the environment of the action area. The second step determines the reasonableness of expecting threatened or endangered species to experience reductions in reproduction, numbers or distribution in response to these effects. The third step determines if any reductions in a species' reproduction, numbers or distribution (identified in the second step of our analysis) can be expected to appreciably reduce a listed species' likelihood of surviving and recovering in the wild. A species' reproduction, numbers, and distribution are interdependent. For example, reducing a species' reproduction will reduce its population size; reducing a species' population size will usually reduce its reproduction, particularly if those reductions decrease the number of adult females or the number of young that recruit into the breeding population; and reductions in a species' reproduction and population size normally reduce reductions in a species' distribution.

The final step of the analysis - relating reductions in a species' reproduction, numbers, or distribution to reductions in the species' likelihood of surviving and recovering in the wild - is the most difficult step because (a) the relationship is not linear; (b) to persist over geologic time, most species have evolved to withstand some level of variation in their birth and death rates without a corresponding change in their likelihood of surviving and recovering in the wild; and, (c) our knowledge of the population dynamics of other species and their response to human perturbation is usually too limited to support anything more than rough estimates. Nevertheless, our analysis must distinguish between anthropogenic reductions in a species' reproduction, numbers, and distribution that can reasonably be expected to reduce the species' likelihood of survival and recovery in the wild and other (natural) declines.

Statistics provide two points of reference for analyzing data, information or other evidence to test hypothesis: (1) analyzing data to minimize the chance of concluding that there was an effect

when, in fact, there was no effect or (2) analyzing data to minimize the chance of concluding that there was no effect when, in fact, there was an effect. Jeopardy analyses contained in biological opinions are designed to avoid concluding that actions had no effect on listed species or critical habitat when, in fact, there was an effect. This approach is consistent with direction from the U.S. Congress to provide the "benefit of the doubt" to threatened and endangered species [House of Representatives Conference Report No.697, 96th Congress, Second Session,12 (1979)].

## 5.2    Scope of the Analyses

As discussed in the *Description of the Proposed Action*, the activity being considered by NMFS is NMFS' continued authorization of the scallop fishery managed under the Scallop FMP. Dredge gear is the primary gear type used in the scallop fishery although trawl gear is also used, particularly in the Mid-Atlantic. The commercial fishery is considered a limited access fishery meaning that effort in the fishery is controlled, in part, by the number of vessels allowed to participate in the fishery. Only vessels that met specific qualifying criteria were able to obtain a limited access scallop permit. No new entrants to the limited access scallop fishery are allowed although vessels with a limited access permit may be transferred to a new owner. NMFS' regulations implementing the Scallop FMP do allow vessels that did not qualify for a limited access permit to obtain a general category permit. The general category permit allows for the possession and landing of up to 400 pounds of shucked scallops, or 50 U.S. bushels, per trip (compared to limited access permit holders who have no trip limit or a trip limit of 7,500 - 18,000 pounds depending on permit type and area fished).

Dredge and trawl gear are the most common gear types used by general category permit holders (NEFMC 2003). Although general category permit holders may fish with all gear types, including gillnets, pot/trap gear and clam/quahog dredges, the effects of these gear types on ESA-listed sea turtles are not being considered as part of this Opinion because general category permit holders use those other types of gear while fishing in other federally regulated fisheries and may land scallops that were caught incidentally while fishing for other species. The effects of those other gear types on ESA-listed species are considered during section 7 consultation on those other fishery actions.

NMFS has not received any new information on the likelihood of turtle strikes by vessels operating in the scallop fishery. Previous opinions on the continued authorization of the scallop fishery under the Scallop FMP have concluded that it was unlikely that a scallop vessel will strike loggerhead, leatherback, Kemp's ridley or green sea turtles in the action area given that: (a) the proposed action is not expected to increase the amount of vessel traffic in areas where sea turtles occur, (b) the fishery will continue as a limited access fishery, (c) Amendment 10 further limited DAS use in scallop open areas, (d) scallop fishing vessels operate at a relatively slow operating speed, (e) a portion of the fishing occurs in areas in which sea turtles are less likely (*e.g.*, Georges Bank) or not likely to be present (*e.g.*, northern Gulf of Maine) in comparison to Mid-Atlantic waters, and (f) a portion of the fishing occurs at times when sea turtles are not likely to be present (the winter period in Mid-Atlantic waters and the late-fall though mid-spring in New England waters) (NMFS 2003; 2004a; 2004b). Framework 18 will continue to allow access to the Georges Bank Access areas, which is likely to help direct effort away from the

51

Mid-Atlantic in comparison to what might have occurred if the Georges Bank Access areas were not available for scallop fishing. Framework 18 also includes measures for a controlled access program for the currently closed ETA in the Mid-Atlantic (NEFMC 2005a). These measures include opening the ETA as of January 2007 rather than the start of the scallop fishing year (March 1, 2007) and closing the ETA to all scallop fishing in September and October (NEFMC 2005a). Opening the ETA in January versus March may help to direct scallop fishing effort to the area when sea turtles are not present (NMFS 2006a). The September-October closure will prevent scallop fishing vessel activity in the area at a time when sea turtles are likely to be present in the ETA. For the aforementioned reasons, this Opinion concludes that ESA-listed loggerhead, leatherback, Kemp's ridley and green sea turtles are unlikely to be injured or killed as a result of vessel strikes from boats operating in the scallop fishery.

NMFS does believe that capture of sea turtles in scallop trawl and dredge gear is a continuing cause of injury and death to sea turtles. Information provided below assesses the effects of the continued operation of scallop dredge and trawl gear on sea turtles as a result of the scallop fishery that is managed under the Scallop FMP.

## 5.3    Information Available for the Assessment

Information on the effects of fishing gear entanglements on sea turtles has been published in a number of documents including sea turtle status reviews and biological reports (NMFS and USFWS 1995, TEWG 1998 & 2000), recovery plans (NMFS and USFWS 1991a and b; NMFS and USFWS 1992; USFWS and NMFS 1992), the stock assessment report for loggerhead and leatherback sea turtles (NMFS SEFSC 2001) and data collected by the STSSN. Other sources of information are cited below.

## 5.4    Anticipated Effects of the Proposed Action

### 5.4.1    Description of the Gear

As previously described, dredge and trawl gear are the gear types used in the limited access scallop fishery (NEFMC 2003). There were 363 limited access scallop permits issued for 2005 fishing year (March 05 - Feb 06). Dredge is the predominant gear type used to land scallops. There were 363 limited access scallop permits issued for 2005 fishing year (March 05 - Feb 06). Of these, 333 vessels reported 5,464 trips using dredge gear while 44 vessels reported 198 trips using trawl gear (NMFS, Northeast Region Fishery Statistics Office, pers. comm.). Vessels with a general category permit can use several types of gear, but dredge and trawl gear are the most common gear types used (NEFMC 2005a). Dredge gear accounts for the majority of scallop landings by the general category sector as well (NEFMC 2005a).

Scallop dredges are generally defined by the width of their frame with most limited access vessels towing two 15 foot dredges (NEFMC 2003). Scallop vessels in the small dredge permit categories (approximately 54 vessels in the 2004 scallop fishing year; NEFMC 2005a) are limited to fishing with only one dredge, no more than 10.5 feet in width. In either case, the gear operates similarly. The front of the steel frame usually rides off the sea floor except in rocky

locations where it might hit (Smolowitz 1998). The cutting bar, which is located on the bottom aft part of the frame, rides about four inches off of the seabed (Smolowitz 1998). In a flat area, it remains off of the bottom but in areas of sand waves, for example, the cutting bar hits the top of the sand waves and tends to knock them out (Smolowitz 1998). Shoes on the cutting bar are in contact with and ride along the substrate surface (NREFHSC 2002). A sweep chain in the form of an arc is attached to each show and the bottom of the ring bag (Smolowitz 1998). The bag is made up of metal rings with chafing gear on the bottom and twine mesh on the top, and drags on the substrate when fished (NEFMC 2003). The very end of the ring bag is the club stick which is responsible for maintaining the shape of the ring bag, especially while on deck (Smolowitz 1998). For scalloping on hard bottoms, rock chains running front to back from the frame to the ring bag, are used in addition to tickler chains which run from side to side between the frame and the ring bag (Smolowitz 1998). Fishermen use a lot of rock chains when fishing on rocky bottoms to prevent boulders from getting into the ring bag which would cause damage to the gear or to the scallops in the bag (Smolowitz 1998). Underwater video of dredges being towed at speeds of 5 knots show that the chains do not dig into the bottom (Smolowitz 1998). Instead they tend to skip over the bottom, hitting it periodically and bouncing up organisms like starfish that are on the bottom (Smolowitz 1998). Dredges also have a twine top which allows for reduced bycatch of groundfish and other finfish. A standard 15 ft dredge frame weighs about 2500 lbs; the dredge bag with chains and club stick weighs another 2000 lbs although variations in materials may affect this weight by approximately ± 15% (Henry Milliken, NEFSC, pers. comm.). Vessels travel at speeds of 4-5 knots when towing dredge gear (Murray 2005; Murray 2004b; Northeast Region Essential Fish Habitat Steering Committee (NREFHSC) 2002), although the speed of the gear moving through the water column during haulback is usually slower, approximately 1 - 4 miles per hour (0.9 – 3.5 knots) (NMFS 2006b).

As described in section 4.4.3.6 above, NMFS has recently published a final rule that requires federally permitted scallop vessels fishing with dredge gear to modify their gear by adding a chain mat composed of evenly spaced horizontal chains and vertical chains to give a 12 inch (30.5 cm)-13 inch (33.0 cm) square pattern when fishing in Mid-Atlantic waters south of 41° 9.0'N from the shoreline to the outer boundary of the EEZ during the period of May 1 through November 30 each year. The general design of the chain mat is comparable to the use of rock chains described above. However, the chains for the chain mats are placed closer together to exclude turtles. The number of chains required in the chain mat to meet the specified size and pattern will vary depending on the width of the dredge frame (NMFS 2006b). Dredges with a frame width of greater than 13 ft (3.96 m) must use 11 vertical and 6 tickler chains (NMFS 2006b). Dredges with a frame width of 11 ft to 13 ft (3.35-3.96 m) must use 9 vertical and 5 tickler chains (NMFS 2006b). Dredges with a frame width of 10 ft (3.05 m) to less than 11 ft (3.35 m) must use 7 vertical and 4 tickler chains, and dredges with a frame width of less than 10 ft (3.05 m) must use 5 vertical and 3 tickler chains (NMFS 2006b). The tickler and vertical chains must be connected to each other with a shackle or link at the intersection point (NMFS 2006b). If a vessel elects to use a different configuration, the length of each side of the square or rectangle formed by the intersecting chains must be less than or equal to 14 inches (35.5 cm) and the chains must be connected to each other with a shackle or link at each intersection point (NMFS 2006b).

The characteristics of trawl gear vary based on the species targeted. An overview of otter trawl gear and the components of the gear is provided in the Supplemental Environmental Impact Statement for Amendment 10 to the Scallop FMP (NEFMC 2003). Briefly, bottom trawls are comprised of a net to catch the target species, doors attached to two cables used to tow the net to keep the mouth of the net open while deployed, and a sweep (or foot-rope) which runs along the bottom of the net mouth (NEFMC 2003). Depending on the bottom type and species targeted, additional gear may be attached to the sweep. These include rubber discs or steel bobbins (rockhoppers) or circular brushes ("street-sweepers") that can ride over structures such as boulders and coral heads that might otherwise snag the net (NEFMC 2003; NREFHSC 2002). Vessels fishing with trawl gear in the scallop fishery are limited to using a net with a maximum sweep of 144 ft and a 5.5 inch minimum mesh size to ensure selectivity and reduction of some bycatch. TEDs are not required to be used in scallop trawl nets.

### 5.4.2   Effects of capture in scallop dredge and trawl gear

There are two general risks to sea turtles as a result of interactions with scallop trawl and/or dredge gear. These are forced submergence, and contact injuries. Sea turtles forcibly submerged in any type of restrictive gear eventually suffer fatal consequences from prolonged anoxia and/or seawater infiltration of the lung (Lutcavage et al. 1997). A study examining the relationship between tow time and sea turtle mortality showed that mortality was strongly dependent on trawling duration, with the proportion of dead or comatose turtles rising from 0% for the first 50 minutes of capture to 70% after 90 minutes of capture (Henwood and Stuntz 1987). However, metabolic changes that can impair a sea turtles ability to function can occur within minutes of a forced submergence. While most voluntary dives appear to be aerobic, showing little if any increases in blood lactate and only minor changes in acid-base status, the story is quite different in forcibly submerged turtles where oxygen stores are rapidly consumed, anaerobic glycolysis is activated, and acid-base balance is disturbed, sometimes to lethal levels (Lutcavage and Lutz 1997). Forced submergence of Kemp's ridley sea turtles in shrimp trawls resulted in an acid-base imbalance after just a few minutes (times that were within the normal dive times for the species) (Stabenau et al. 1991). Conversely, recovery times for acid-base levels to return to normal may be prolonged. Henwood and Stuntz (1987) found that it took as long as 20 hours for the acid-base levels of loggerhead sea turtles to return to normal after capture in shrimp trawls for less than 30 minutes. This effect is expected to be worse for sea turtles that are recaptured before metabolic levels have returned to normal.

Epperly et al. (2002) updated and re-analyzed the data set used by Henwood and Stuntz, and followed the recommendations of the NRC to reexamine the association between tow times and sea turtle deaths. The findings of Epperly et al. (2002) were comparable to Henwood and Stuntz (1987) but with some modifications. Epperly et al. (2002) concluded that, in general, tows of short duration have little effect on the likelihood of mortality for sea turtles caught in the trawl gear. Intermediate tow times result in a rapid escalation to mortality, and eventually reach a plateau of high mortality, but will not equal 100 percent as a turtle caught within the last hour of a long tow will likely survive (Epperly et al. 2002). Epperly et al. (2002) further concluded that the stress of being captured in a trawl is greater in cold water than in warm water, and gave the example that a 40 minute tow in the summer time was predicted to have a 3% mortality rate

whereas a 40 minute tow in the winter time was predicted to have a 5% mortality rate.  To achieve a negligible mortality rate (defined by the NRC as <1 percent), tow times for both seasons would have to be less than 10 minutes (Epperly *et al.* 2002).  Scallop vessel tow times vary but, for dredge gear, are typically less than 90 minutes in duration.  The majority of scallop dredge hauls (84%) that were observed to take turtles in the period 1996 - 2002 were between 45-80 minutes in duration.  Scallop trawl tow times may be longer.  Tow times for the sea turtles observed taken in the scallop trawl fishery in the 2005 fishing year were 1-2 hours in duration.  Assuming that the mortality rate for sea turtles from forced submergence in scallop trawl or dredge gear is comparable to that measured for the shrimp fishery by Epperly *et al.* (2002), some turtles may die as a result of forced submergence in the trawl or dredge gear used in the scallop fishery.

Sea turtles observed caught in scallop dredge gear are often injured; usually with damage to the carapace and/or plastron.  Of the 64 sea turtles observed captured in scallop dredge gear during the 1996-2005 fishing years (see Section 5.4.3 for further information on the number of observed takes), only 4 were fresh dead.  However, many more of the turtles had injuries that appeared to be severe (*e.g.*, cracks to the carapace and/or plastron with underlying soft tissue visible in some cases).  Regulations require that fishermen return all turtles (regardless of injuries) to the water as soon as possible unless they require resuscitation.  Based on the descriptions provided by the observers, it seemed probable that some of the injured turtles returned to the water alive would subsequently die as a result of those injuries.  As described in the December 15, 2004 Opinion on the continued authorization of the scallop fishery under the Scallop FMP, NMFS developed and defined three categories for making serious injury determinations for sea turtles captured in scallop dredge gear (Memo from Mary Colligan to Patricia A. Kurkul dated September 23, 2004).  These categories were based on the advice of a panel of experts with experience in the treatment and care of sea turtles after their review of observer reports that documented sea turtle interactions with scallop dredge gear.  To more fully assess the effects of the scallop fishery on sea turtles, the final working guidance also assigned rates of survival for each category.  These are: for Category I injuries - 0% chance of survival; for Category II injuries - 50% chance of survival; for Category III injuries - 100% chance of survival (NMFS 2004a).  To date, there have been no studies that have investigated the survivability of sea turtles following release from a scallop dredge, or their ability to function and reproduce.  Therefore, it is possible that some turtles with Category III injuries will be seriously injured.  Likewise, it is also possible that some turtles with Category I injuries will not die, otherwise fail to function or reproduce.  Nevertheless, NMFS believes that they are reasonable measures of what to expect for sea turtles captured by scallop dredge gear, including that some sea turtles captured in scallop dredge gear and released back into the water alive will likely die as a result of those injuries.

As described in Section 4.4.3.6 above, NMFS has recently published a final rule requiring the use of chain mat modified scallop dredge gear in the Mid-Atlantic area (waters south of 41° 9.0'N from the shoreline to the outer boundary of the EEZ) during the period of May 1 through November 30 each year.  The use of a chain mat is expected to change the effects to sea turtles that come into contact with the scallop dredge.  The anticipated effects of chain mat equipped scallop dredges on sea turtles is described in Section 5.4.6 below.

### 5.4.3  Interactions between sea turtles and scallop dredge gear

Past observed takes of sea turtles in scallop dredge and trawl gear were reviewed in the February 24, 2003, February 23, 2004, and December 15, 2004 Opinions for the scallop fishery. Additional information is also provided in Murray 2004b and Murray 2005. Briefly, a total of 61 sea turtle takes were attributed to the scallop dredge fishery during the 1996-2004 scallop fishing years based on observer coverage of the fishery[6].
An additional seven turtles were observed captured during the course of the experimental fishery to test the use of chain mats on scallop dredge gear. Of the total 61 turtles observed captured in the scallop dredge fishery: 4 were fresh dead upon retrieval or died on the vessel, 1 was alive but required resuscitation, 25 were alive but injured, 19 were alive and uninjured, and 12 were listed as alive but condition unknown because the observer did not have sufficient opportunity to examine the turtle (*e.g.*, turtle dropped out of the dredge before being brought on board). Of the seven turtles captured in scallop dredge gear during the experimental fishery, two turtles were uninjured, three were released with injuries, and two were fresh dead (DuPaul *et al.* 2004). At the time of the December 15, 2004 Opinion, 42 of the 61 turtles observed captured in scallop dredge gear during normal operation of the fishery were identified as loggerhead sea turtles. The remaining 19 observed captured in the normal operation of the scallop dredge fishery were not identified to species, although all of these were identified as hard-shelled species (*i.e.*, not leatherback sea turtles) (NEFSC, pers. comm.). Most of the unknowns (9 of 19) were reported during the 2001 scallop fishing year. Additional training of observers since 2001 has greatly reduced the number of turtles that are not identified to species.

During the 2005 scallop fishing year, only 3 captures of sea turtles in scallop dredge gear were observed despite comparable observer coverage compared to previous years. As described in section 1.0, one of the three was confirmed as a Kemp's ridley sea turtle. All of the interactions occurred "off watch" (when an observer was on board but not on duty). For the purpose of biological opinions, reported off watch takes of sea turtles in the scallop fishery have not been attributed to the fishery. However, since the capture and species identification for each of the 2005 takes was confirmed and recorded by the on board observer in accordance with NEFSC protocols after the turtle was brought on board, the 2005 "off-watch" takes are considered here as part of the overall number of sea turtles observed captured in scallop dredge gear from 1996-2005. The condition of the three turtles observed in 2005 was similar to what had been observed

---

[6] Decomposed turtles observed caught in scallop dredge gear are not attributed to the scallop dredge fishery since the turtle would have to have died prior to being caught in that particular dredge haul. Therefore, the cause of death cannot be determined. Off watch takes (takes that occurred when there was on observer on board but not on duty) are also not counted here as observed sea turtle takes attributed to the fishery.

in the past for loggerhead interactions with scallop dredge gear. The Kemp's ridley was described as alive and uninjured, one loggerhead was described as alive/injured and the second loggerhead was described as alive/condition unknown.

As further described in section 1.0, on August 23, 2005, the NEFSC confirmed that a turtle observed taken in scallop dredge gear in 1997 off of New Jersey was identified in the NEFSC database as a green sea turtle (memo from John Boreman to Patricia A. Kurkul). Previous biological opinions for the scallop fishery, including the December 15, 2004, Opinion had identified this turtle as an unidentified hard-shelled species based on conversations with NEFSC staff dating back to the December 28, 2000, ESA section 7 consultation for Framework Adjustment 14 to the Atlantic sea scallop FMP. As a result of the change in identification of this turtle from unidentified hard-shelled species to a green sea turtle, the total number of unidentified sea turtles observed captured in scallop dredge gear for the period 1996-2005 is corrected to be 18. The condition of this turtle remains the same as originally described in the observer report, which is as alive/injured.

In total, therefore, 64 sea turtles have been observed captured in scallop dredge gear during the period of 1996-2005. All have been identified as hard-shelled sea turtles (loggerheads, Kemp's ridleys, or greens) but 18 of these have not been specifically identified to species. Four were fresh dead upon retrieval or died on the vessel, 1 was alive but required resuscitation, 26 were alive but injured, 20 were alive and uninjured, and 13 were listed as alive but condition unknown.

It is important to note that the condition of the sea turtles captured in scallop dredge gear is based on the observer's observation of the turtle once the turtle was on deck or out of the water (in some cases turtles fell out or off of the gear before the gear could be brought on deck). A turtle capture in dredge gear has never been observed from the moment that the turtle first came into contact with the gear since these interactions occur in the water. Attempts have been made to photograph turtle interactions with scallop dredge gear during normal fishing operations by mounting a camera on the dredge frame. Although approximately 80 hours of video have been collected in this manner, no underwater interactions have been recorded (NMFS 2006b).

There are several ways that a turtle might suffer cracks to the carapace and/or plastron during interactions with scallop dredge gear. As described above, scallop dredge gear is heavy and fishes with part of the gear in contact with the bottom. Given the shallow height of the frame, including the cutting bar, above the seabed as well as the weight of the gear and the force of its being towed along the bottom, it is reasonable to believe that a sea turtle occurring in the path of the dredge on or very near the bottom would be suffer cracks to the shell (carapace and/or plastron) as a result of being struck by the dredge, and passing under the gear that is forward of the dredge bag opening before passing into the dredge bag. Once the turtle is in the dredge bag, it may be injured by large rocks that are also caught in the dredge bag. A fishery observer report of a sea turtle taken in 1999 indicated that there were large rocks in the bag along with the sea turtle, which had sustained a cracked carapace suggesting that the boulders may have caused the injury. Under typical fishing operations, the dredge is hauled to the surface at the end of each tow, lifted above the deck of the vessel and emptied by turning the bag over. After the bag is

dumped, the dredge frame is often dropped on top of the catch. So the dumping of the catch and the sudden lowering of the gear onto the deck are both times when turtles captured in the gear could be injured as a result of crushing and/or falls to the deck.

As described above, no underwater interactions of sea turtles with scallop dredge gear have been observed or photographed. Thus it is unknown whether sea turtles are interacting with the gear when it is fishing on the bottom, when it is in the water column (*i.e.*, in the process of being deployed or during haulback), or both. Based on current knowledge of sea turtle life history, the condition of turtles captured in dredge gear as described by the observers, and an understanding of the gear and how it is fished, NMFS believes that interactions between sea turtles and scallop dredge gear are occurring both in the water column and when the gear is fishing on the bottom. Mid-Atlantic waters are known to be foraging areas for sea turtles in the spring through fall (James *et al.* 2005b; Morreale and Standora 2005; Braun-McNeill and Epperly 2004; Morreale and Standora 1998; Musick and Limpus 1997; Shoop and Kenney 1992; Keinath *et al.* 1987). Loggerhead and Kemp's ridley sea turtles are known to feed on benthic organisms such as crabs (Morreale and Standora 2005; Seney and Musick 2005; Burke *et al.* 1994; Burke *et al.* 1993; Keinath *et al.* 1987; Lutcavage and Musick 1985), and crab species are known to be caught as bycatch in scallop dredge gear (NEFMC 2003). Therefore, if loggerhead and Kemp's ridley sea turtles are foraging in areas where scallop dredging occurs, the turtles are likely to be spending some of their time on or very near the bottom where they would be at risk of being struck by scallop dredge gear. However, some observers have reported turtles that are found within the dredge bag upon hauling of the gear that have no apparent injuries. Given the weight of the dredge frame, the presence of the cutting bar forward of the dredge opening, and the typical height of the cutting bar above the seabed while the dredge is fished, it seems improbable that a sea turtle on or very near the bottom in the path of the dredge could be passed over by the dredge frame and cutting bar, swept into the dredge bag, tumbled around or hit by debris inside the dredge bag as the gear is towed on the bottom, and not suffer any apparent injury. However, during haulback of the dredge, it is likely that a turtle could pass into the dredge bag with little or no contact with the cutting bar and the dredge frame in front of the opening to the dredge bag. As a result, the turtle would have no observable severe injuries (cracks to the carapace and/or plastron) upon hauling of the dredge. For these reasons, NMFS believes that some sea turtles are captured in scallop dredge gear when the dredge is in the water column.

There have been no confirmed takes of leatherback sea turtles in scallop dredge gear. NMFS previously concluded that leatherbacks were not likely to be caught in scallop dredge gear or struck by the gear given that their typical prey (*i.e.*, cnidarians, tunicates, and salps) is found within the water column rather than on the bottom. However, as described in Section 3.0, a vessel captain participating in the experimental fishery for chain-mat modified scallop dredge gear, reported the take of a leatherback sea turtle in the control (unmodified) dredge (DuPaul *et al.* 2004). Neither the principal investigators for the experiment or any NMFS trained observer was on board the vessel at the time of the take. The principal investigators did interview the captain and determined, based on the captains description of the turtle, that it was likely to have been a leatherback. The turtle was, thus, reported as such in the final report of the experiment. However, the NEFSC protocol for confirmation of at-sea species identification requires that the species be considered unknown unless: (1) the observer is experienced and has confidence in the

identification, or (2) the observer is inexperienced but can provide supporting information such as photographs or tissue samples. Since the captain appeared to be an inexperienced observer in terms of not having received prior training in turtle species identification, had no prior experience with the species, and was not able to provide supporting materials such as photographs or tissue samples, NEFSC determined that, in accordance with its protocol, the turtle was to be considered unidentified. Nevertheless, the event does demonstrate that very large turtles can be caught in the dredge bag (the captain estimated the turtle to be 5-5.5 feet in length, and required the use of a rope sling to get the turtle over the rail of the boat and back into the water). While NMFS still believes it is unlikely that a leatherback would be struck by or captured in scallop dredge gear when it was being towed along the bottom, based on observations of live and apparently uninjured loggerhead turtles taken in scallop dredge gear, NMFS believes some sea turtle interactions with scallop dredge gear occur within the water column. Given the large size of the dredge (10-15 feet in width with 15 feet being the size typically fished by limited access vessels), and the presence of leatherback sea turtles in areas where the scallop dredge fishery occurs, NMFS believes that leatherback sea turtles may be captured in scallop dredge gear when the gear is being towed through the water column.

### 5.4.4    Interactions between sea turtles and scallop trawl gear

The first observed takes of sea turtles in scallop trawl gear were documented in October 2004. Three loggerhead sea turtles were caught in separate trawl tows on a single trip by a vessel operating off of the Delmarva peninsula. All three turtles were reported by the observer as uninjured and were released back into the water. As described in section 1.0, consultation on the continued authorization of the scallop fishery was reinitiated, in part, due to new information on the capture of sea turtles in scallop trawl gear. A total of five sea turtles were observed captured in scallop trawl gear during the 2005 scallop fishing year. All were identified as loggerhead sea turtles. Four of the five were described as alive/uninjured but the fifth required resuscitation. It was returned to the water alive after being resuscitated on board the vessel in accordance with the sea turtle handling and resuscitation requirements.

As is the case for turtle interactions with scallop dredge gear, there have been no observations of turtle interactions with scallop trawl gear at the time that the interaction first occurs. Unlike turtles caught in scallop dredge gear, none of the turtles caught in scallop trawl gear thus far have suffered cracks to their carapace or plastron. The differences in injuries suffered in each gear type is not unexpected given the differences in the configuration of scallop dredge and trawl gear as described in Section 5.4.1, above.

### 5.4.5    Factors contributing to interactions between sea turtles and scallop gear

Previous Opinions for the scallop fishery have discussed several factors that may increase the risk of turtle interactions with scallop dredge and trawl gear, including a sea turtle's reaction to oncoming gear, attraction to scallop areas because of the presence of prey, geographical or oceanographic features, and certain scallop fishing practices (NMFS 2003; 2004a; 2004b). Video footage recorded by NMFS, Southeast Fisheries Science Center (SEFSC), Pascagoula Laboratory indicated that loggerhead sea turtles will keep swimming in front of an advancing

shrimp trawl, rather than deviating to the side, until the turtles become fatigued and are caught by the trawl or the trawl is hauled up (NMFS 2002a). Turtles have also been observed to dive to the bottom and hunker down when alarmed by loud noise or gear (Steve Morreale, pers. comm.) which could place it in the path of bottom gear such as a scallop dredge or trawl.

As described in Section 5.4.3 above, the scallop fishery harvests horseshoe crab and other types of crab as bycatch. Crab species are known to be prey items for loggerhead and Kemp's ridley sea turtles (Morreale and Standora 2005; Seney and Musick 2005; Burke *et al.* 1994; Burke *et al.* 1993; Keinath *et al.* 1987; Lutcavage and Musick 1985). Although invertebrate bycatch is expected to be returned to the water (therefore, no expected impact on the amount of forage available to sea turtles in the area), the operation of scallop fishing gear in areas where turtle prey is prevalent may increase the likelihood of turtle interactions with the gear. The general disturbance of the scallop dredge stirs up prey species that may also attract turtles to foraging areas where scallop gear is operating.

Other possible factors influencing the likelihood of sea turtle captures in scallop dredge gear include geographic and oceanographic features. Intense biological activity is usually associated with oceanographic fronts because they are areas where water masses of different densities converge (Robison and Hamner; www.mbari.org/muse/Participants/Robison-Hamner.html, posted February 18, 2004). A review of the data associated with the 11 sea turtles captured by the scallop dredge fishery in 2001 concluded that the turtles appeared to have been near the shelf/slope front (D. Mountain, pers. comm.). Such oceanographic features occurring in the same area as the operation of scallop dredge gear may increase the risk of interactions between scallop dredge gear and sea turtles.

Loggerheads are known to scavenge fish or fish parts or incidentally ingest fish in some circumstances (NMFS and USFWS 1991), and have been known to bite a baited hook (NMFS SEFSC 2001). This characteristic of loggerheads raises concerns that loggerhead turtles may be attracted to the area where scallop dredge vessels are operating by the discard of scallop waste from the vessel as the catch is shucked thus increasing the risk of interaction with a dredge. However, there is currently no evidence that scallop discards attract loggerhead sea turtles to scallop vessels.

The NEFSC has attempted to identify a variable for predicting sea turtle bycatch in the dredge component of the scallop fishery (Murray 2005; 2004a; 2004b). Using a modeling approach, sea surface temperature, depth, time-of-day and tow time were identified as variables affecting observed bycatch rates of sea turtles with scallop dredge gear (Murray 2005; 2004a; 2004b). However, the variable(s) associated with the highest bycatch rates changed from one year to another (*e.g.*, sea surface temperature, depth) or could not be further analyzed (*e.g.*, time-of-day and tow time) because the information is not collected for the entire fishery (Murray 2005; 2004a; 2004b). Therefore, a single variable has not yet been found for forecasting sea turtle bycatch with scallop dredge gear.

While any or all of the factors described above may increase the risk of turtle interactions with scallop gear, evidence for these is presently lacking. At the present time, the best that can be

said is that interactions of sea turtles with scallop gear are likely where sea turtle distribution overlaps with operation of the fishery. With respect to the turtle species considered in this Opinion, the distribution of all four species overlap in part with the distribution of scallop dredge and trawl gear. Loggerhead, leatherback, Kemp's ridley, and green sea turtles occur seasonally in southern New England and Mid-Atlantic continental shelf waters north of Cape Hatteras. However, as described in sections 3.1.1 – 3.1.4, the occurrence of loggerhead, leatherback, Kemp's ridley, and green sea turtles in these waters is temperature dependent (James *et al*. 2005b; Morreale and Standora 2005; Braun-McNeill and Epperly 2004; Morreale and Standora 1998; Musick and Limpus 1997; Shoop and Kenney 1992; Keinath *et al.* 1987). In general, turtles move up the coast from southern wintering areas as water temperatures warm in the spring (James *et al*. 2005b; Morreale and Standora 2005; Braun-McNeill and Epperly 2004; Morreale and Standora 1998; Musick and Limpus 1997; Shoop and Kenney 1992; Keinath *et al.* 1987). The trend is reversed in the fall as water temperatures cool. By December, turtles have passed Cape Hatteras, returning to more southern waters for the winter (James *et al*. 2005b; Morreale and Standora 2005; Braun-McNeill and Epperly 2004; Morreale and Standora 1998; Musick and Limpus 1997; Shoop and Kenney 1992; Keinath *et al.* 1987). Hard-shelled species are typically observed as far north as Cape Cod whereas the more cold-tolerant leatherbacks are observed in more northern Gulf of Maine waters in the summer and fall (Shoop and Kenney 1992; STSSN database). Extensive survey effort of the continental shelf from Cape Hatteras, NC to Nova Scotia, Canada in the 1980's (CeTAP 1982) revealed that loggerheads were observed in waters from the beach to depths of up to 4481 m. However, they were generally found in waters from 22-49 m deep (the median value was 36.6 m; Shoop and Kenney 1992). The overall depth range of leatherback sightings in the CeTAP study (1982) was comparable to loggerheads. Leatherbacks were sighted in water depths ranging from 1-4151 m (Shoop and Kenney 1992). However, leatherback depth distribution was broader than that of loggerheads with 84.4% of the sightings in waters less than 180 m (Shoop and Kenney 1992). By comparison, 84.5% of loggerhead sightings were in waters less than 80 m (Shoop and Kenney 1992). Neither species was commonly found in waters over Georges Bank regardless of season (Shoop and Kenney 1992). The CeTAP study did not include Kemp's ridley and green turtle sightings given the difficulty of sighting these smaller turtle species.

To date, all known sea turtle interactions with scallop dredge and trawl gear have occurred in the months of June through October. However, given the seasonal movements of these species, interactions in the months of May and November are also likely to occur, particularly in the southern portions of the action area. At the present time, the best that can be said is that interactions of loggerhead, leatherback, Kemp's ridley, and green sea turtles with scallop fishing gear are likely when sea turtle distribution overlaps with operation of the fishery. The distribution of all four species considered in this Opinion are expected to overlap with the distribution of the scallop dredge and trawl gear. However, loggerheads are the most abundant and interactions with this species may be greater as compared to the other three species simply because there are more loggerhead turtles.

5.4.6   Actions that may reduce the number and/or severity of sea turtle interactions with the scallop fishery

Certain factors associated with the scallop fishery may help to reduce the severity of sea turtle interactions that occur. As previously mentioned, a field study that examined the effects of shrimp trawl tow times and sea turtle deaths showed a strong positive correlation between the length of time of the tow and sea turtle deaths (Henwood and Stuntz 1987). Epperly *et al.* (2002) updated and re-analyzed the data set used by Henwood and Stuntz , and followed the recommendations of the NRC to reexamine the association between tow times and sea turtle deaths. The findings of Epperly *et al.* (2002) were comparable to Henwood and Stuntz (1987) but with some modifications. In general, tows of short duration have little effect on the likelihood of mortality for sea turtles caught in the trawl gear, intermediate tow times result in a rapid escalation to mortality, and eventually reach a plateau of high mortality, but will not equal 100 percent as a turtle caught within the last hour of a long tow will likely survive (Epperly *et al.* 2002). Tows by scallop dredge vessels are usually around 1 hour or less which should help to reduce the risk of death from forced submergence for turtles caught in scallop gear but does not eliminate the risk. Epperly *et al.* (2002) found that, for the shrimp trawl fishery, a three percent mortality was predicted from tows of 40 minutes or less in the summer and five percent mortality was predicted from tows of 40 minutes or less in the winter. To achieve a negligible mortality rate (defined by the NRC as <1 percent), tow times would have to be less than 10 minutes (Epperly *et al.* 2002). Therefore, NMFS cannot discount that turtle mortalities will occur as a result of forced submergence in scallop fishing gear.

As described in Section 2.1, substantive changes were made to management of the scallop fishery in the 2004 scallop fishing year as a result of implementation of Amendment 10 and Framework 16/39 to the Scallop FMP. Section 7 consultations for Amendment 10 and Framework 16/39 concluded that these actions would likely benefit sea turtles by reducing effort in the fishery and by shifting scallop fishing effort from Mid-Atlantic to New England waters where sea turtle interactions are less likely to occur (2004a). Although the exact relationship between scallop fishing effort and the likelihood of sea turtle interactions is unknown, it is generally believed that increased fishing effort results in an increased likelihood of sea turtle interactions and vice versa when sea turtle distribution overlaps with operation of the scallop fishery. Therefore, a reduction in scallop fishing effort in the Mid-Atlantic as a result of implementation of Amendment 10 and Framework 16/39 was expected to result in a reduced likelihood of sea turtle interactions with scallop fishing gear. Preliminary information supports this conclusion. In the 2003 fishing year, prior to the implementation of Amendment 10 and the subsequent framework actions, NEFSC trained observers recorded 22 turtle takes during 911 observer days of the scallop dredge fishery (NEFSC Observer program, pers. comm.) with 2.7% observer coverage for Mid-Atlantic waters from June - November (Murray 2004b). In comparison, 9 turtle takes were observed during 1,995 observer days of the scallop dredge fishery in the 2004 scallop fishing year (NEFSC, NEFOP Annual report) with 5.0% observer for Mid-Atlantic waters from June - November (Murray 2005). Only 3 turtle takes were recorded during 1,963 observer days of the scallop dredge fishery in the 2005 scallop fishing year

(NEFSC, NEFOP Annual report)[6]. Observer coverage of vessels using scallop trawl gear was increased beginning in 2004. The available information is, therefore, too limited to make a similar comparison for this sector of the scallop fishery.

In accordance with the rotational management system established by Amendment 10, Framework 18 was implemented to provide the management measures to respond to changes in the scallop resource for the 2006 and 2007 fishing years. The measures include: (1) retaining the HCAA for an additional two scallop fishing years (2006 and 2007), (2) only allowing vessels that did not use all of their allocated 2005 HCAA trips to use those trips in the HCAA in the 2006 and 2007 scallop fishing years, (3) establishing the measures that reopen the ETA as a Sea Scallop Access Area in the 2007 scallop fishing year, (4) implementing a seasonal closure of the Elephant Trunk Access area from September 1 – October 31; times when sea turtle interactions with scallop dredge gear have been observed in the area, and (5) establishing the Delmarva Closed area in the Mid-Atlantic (NEFMC 2005a). In light of the projected abundance of sea scallops in the ETA, and the allocation of trips for use in this area in 2007, effort shifts are anticipated to occur with some of the effort that had occurred in the Georges Bank Access areas for the past two years shifting back into the Mid-Atlantic. Nevertheless, Framework 18 is expected to help control effort in the fishery as a whole, and in the Mid-Atlantic, in comparison to what would have occurred in the absence of this action (NMFS 2006a).

As described in section 4.4.3.6 above, NMFS has recently published a final rule that requires modification of scallop dredge gear when fished in Mid-Atlantic waters south of 41° 9.0'N from the shoreline to the outer boundary of the EEZ during the period of May 1 through November 30 each year. Vessels would be required to modify their scallop dredge gear by using a chain mat (an arrangement of horizontal and vertical chains between the sweep and the cutting bar of the dredge) that is intended to keep turtles out of the dredge bag. As described in section 5.4.3, NMFS believes that interactions between sea turtles and scallop dredge gear are occurring both in the water column and when the gear is fishing on the bottom. This conclusion is based on current knowledge of sea turtle life history, the condition of turtles captured in dredge gear as described by the observers, and an understanding of the gear and how it is fished. Since turtles, no matter how initially captured, can suffer injuries following capture in the dredge (e.g., from being tumbled around or hit by debris in the dredge while the gear is fishing on the bottom or from falling and crushing injuries suffered during emptying of the dredge bag on deck), keeping turtles out of the dredge bag is expected to reduce the severity of some interactions that occur.

NMFS has worked with the scallop fishing industry and Virginia Institute of Marine Science (VIMS) on the development and testing of chain mats to keep sea turtles from being captured in the dredge bag. In preliminary trials in 2002, there were two turtle interactions. NMFS-approved observers were not present on the trips. One turtle was taken in the unmodified dredge, while the other turtle was on the chain mat and subsequently swam away. The 2003 – 2004 field trials were performed with dredges measuring between 11 and 15 feet wide. In total, side-by-side testing was conducted on 22 trips, encompassing 277 fishing days and 3,248 paired tows (of

---

[6]  The NEFSC is in the process of analyzing data from the 2005 scallop fishing year so the percentage of observer effort in Mid-Atlantic waters from June-November is not yet available.

which 2,823 paired tows were observed).  A total of eight turtle interactions occurred (six of which were observed), all with the unmodified scallop dredge.  Of the eight sea turtles caught, three were alive with no apparent injuries, three were alive released with injuries, one was killed when the dredge frame fell on the turtle, and one was killed prior to coming aboard.  Based on these field trials, the researchers concluded that the chain mats can be effective in eliminating the capture of sea turtles in the scallop dredge bag.

Installing a chain mat over the opening of the dredge bag will not increase or decrease takes in this fishery.  The chain mat simply prevents a turtle encountering the gear from entering the dredge bag where it would be at further risk of injury.  Turtles are also not expected to suffer injuries as a result of swimming into or being struck by the chain mat itself.  During haulback, a dredge travels through the water column at speeds of 1 to 4 miles per hour.  As the gear is hauled through the water column, all turtles hitting the chain mat in this situation probably are not going to sustain serious injury leading to death or failure to reproduce because of the slow speed during haulback (NMFS 2006b).

## 5.5     Summary of Effects of the Scallop Fishery

Several factors have been identified that might increase the likelihood of sea turtle interactions with scallop dredge or trawl gear.  However, there is no evidence to show that any of the factors does increase the likelihood of sea turtle interactions with scallop fishing gear, and a single predictor variable has not been identified.  Therefore, the best that can be said is that sea turtle interactions with scallop fishing gear are likely to occur where the distribution of the species and operation of the fishery overlaps.

The distribution of loggerhead, leatherback, Kemp's ridley, and green sea turtles are expected to overlap with scallop fishing gear throughout Mid-Atlantic continental shelf waters as far south as the North Carolina/South Carolina border in the summer with lower concentrations in the spring and fall (James et al. 2005b; Morreale and Standora 2005; Braun-McNeill and Epperly 2004; Morreale and Standora 1998; Musick and Limpus 1997; Shoop and Kenney 1992; Keinath et al. 1987).  Loggerheads, Kemp's ridleys, and green sea turtles are known to occur as far north as Cape Cod in the summer months and the more cold tolerant leatherbacks can occur throughout the Gulf of Maine.  However, surveys have shown that none of the species commonly occur over Georges Bank where the scallop fishery primarily operates in waters outside of the Mid-Atlantic.

Loggerhead sea turtles are the most abundant of the four species.  Therefore, interactions with this species may be greater as compared to the other three species simply because there are more loggerhead turtles.

Hard-shelled sea turtles have been injured and killed as a result of being captured in scallop dredge gear.  Sixty-four confirmed sea turtles takes have been recorded in the scallop dredge fishery for the 1996-2005 scallop fishing years (excludes turtles observed taken in an experimental fishery to test a modified scallop dredge).  Of this total, 4 were fresh dead upon retrieval or died on the vessel, 1 was alive but required resuscitation, 26 were alive but injured, 20 were alive and uninjured, and 13 were listed as alive but condition unknown because the

observer did not have sufficient opportunity to examine the turtle (*e.g.*, turtle dropped out of the dredge before being brought on board). Forty-four of the turtles observed taken in scallop dredge gear were loggerhead sea turtles, 1 was identified as a green turtle, 1 was identified as a Kemp's ridley turtle and 18 could not be positively identified to species. Most of the unknowns (9 of 18) were reported during the 2001 scallop fishing year. Additional observer training since then has reduced the number of unidentified turtles in observer reports.

There have been no confirmed (in terms of meeting NEFSC protocol) takes of leatherback sea turtles in scallop dredge gear. However, given that: (a) some sea turtle interactions with scallop dredge gear likely occur within the water column, (b) the presence of leatherback sea turtles in areas where the scallop dredge fishery occurs, and (c) the large size of the dredge (10-15 feet in width with 15 feet being the size typically fished by limited access vessels), NMFS believes that leatherback sea turtles may be captured in scallop dredge gear when the gear is being towed through the water column.

There have been 8 observed interactions between scallop trawl gear and loggerhead sea turtles during a total of 351 observer days. Seven of the eight loggerhead sea turtles observed captured in scallop trawl gear were retrieved from the gear alive and apparently uninjured. The eighth was resuscitated and returned to the water alive.

There have been no observed or reported interactions between scallop trawl gear and leatherback, Kemp's ridley, or green sea turtles.

**5.6     Anticipated Take of Sea Turtles in the Scallop Fishery**

As described above, NMFS approaches jeopardy analyses in three steps. The first step identifies the direct and indirect effects of an action on the environment of the action area. The second step determines the reasonableness of expecting threatened or endangered species to experience reductions in reproduction, numbers or distribution in response to these effects. The third step determines if any reductions in a species reproduction, numbers or distribution (identified in the second step of our analysis) can be expected to appreciably reduce a listed species likelihood of surviving and recovering in the wild.

In response to Step 1 of this analysis, NMFS has identified that the proposed action is likely to adversely affect loggerhead, leatherback, Kemp's ridley, and green sea turtles when the turtles interact with scallop fishing gear. No other effects to sea turtles are expected as a result of the proposed action. To respond to Step 2 of the analysis, NMFS must determine, given the currently available information, the anticipated number of sea turtles that will be affected, by species if possible, the estimated mortality of sea turtles that are caught (by species if possible), and the age class of turtles that are caught as well as the origin of loggerhead sea turtles anticipated to be captured.

5.6.1   Anticipated interactions between sea turtles and scallop dredge gear

As described above, NEFSC trained observers recorded 22 turtle takes during 911 observer days of the dredge component of the scallop fishery in the 2003 fishing year, prior to the implementation of Amendment 10 and the subsequent framework actions, (NEFSC Observer program, pers. comm.). In comparison, 9 turtle takes were observed during 1,995 observer days of the scallop dredge fishery in the 2004 scallop fishing year (NEFSC, NEFOP Annual report). Based on the observed capture of sea turtles in scallop dredge gear, it was estimated that 749 loggerhead sea turtles were captured in scallop dredge gear in the 2003 fishing year and 180 loggerhead turtles were captured in scallop dredge gear during the 2004 fishing year (Murray 2004b; 2005). A bycatch estimate of sea turtle takes in the dredge component of the scallop fishery for the 2005 scallop fishing year is not yet available. As described above, three turtle takes were recorded during 1,963 observer days of the scallop dredge fishery in the 2005 fishing year (NEFSC, NEFOP Annual reports).

The number of sea turtle interactions with scallop fishing gear in the 2004 and 2005 scallop fishing years is expected to be less than would have occurred if operation of the fishery had not been modified by Amendment 10 and Framework 16/39 since these actions reduced scallop fishing effort as well as provided incentives for shifting effort from Mid-Atlantic waters to waters over Georges Bank where sea turtle interactions are less likely to occur. Nevertheless, there remains considerable uncertainty as to what variables may have affected the likelihood of sea turtle interactions with scallop fishing gear in those years. As described above, the NEFSC has attempted to identify a variable for predicting sea turtle bycatch in the dredge component of the scallop fishery (Murray 2004a; 2004b; 2005). However, the variable(s) associated with the highest bycatch rates changed from one year to another or could not be further analyzed (*e.g.*, time-of-day and tow time) because the information is not collected for the entire fishery (Murray 2004a; 2004b; 2005). In addition, based on observer reports, it is known that some scallop fishers (4.5% of observed trips) in the Mid-Atlantic voluntarily modified their dredge gear by using a chain mat in the 2004 fishing year (Murray 2005). The bycatch estimate of loggerhead sea turtles in scallop dredge gear for 2004 was based on the assumption that an equal percentage of the unobserved trips reported on Vessel Trip Reports also used chain mat-modified dredge gear (Murray 2005). The Vessel trip report form does not include a question on whether or not the dredge used to land the scallops included a chain mat.

The use of chain mat-modified scallop dredge gear is not expected to reduce the number of sea turtle interactions that occur. The gear modification is, however, expected to reduce the likelihood that a turtle interaction with scallop dredge gear will result in serious injury or mortality given that the use of chain mats on scallop dredge gear will: (1) reduce the likelihood that turtles who encounter the gear on the bottom will enter the dredge bag and be at further risk of injury and death, and (2) reduce the likelihood that turtles who encounter the gear in the water column will enter the dredge bag and be subsequently injured or killed. For these reasons, NMFS believes that the serious injury and mortality rate of sea turtles interacting with scallop dredge gear will be less than that calculated for the December 15, 2004 Opinion since fewer turtles will be subject to injuries occurring within the dredge bag or as a result of dumping the dredge bag on deck. Preventing the turtle from entering the dredge bag will also mean that the take is not observable by anyone on the scallop vessel (NMFS 2006b).

Based on the above, NMFS has determined that the estimated take of 749 sea turtles in the scallop dredge fishery in the 2003 fishing year represents the best available information on the anticipated take of loggerhead sea turtles in the scallop dredge fishery given that: (a) there is no new information at this point to suggest that sea turtle interactions with scallop dredge gear have increased (observed interactions have declined despite higher levels of observer coverage in the 2004 and 2005 fishing years), (b) NMFS cannot currently predict sea turtle bycatch in the scallop fishery, and (c) the estimate of 749 sea turtles was based on the operation of the fishery before the mandatory use of chain mat equipped scallop dredges in the Mid-Atlantic or the voluntary use of chain mats (number of vertical and horizontal chains as specified in the proposed rule) on scallop dredges in the Mid-Atlantic. NMFS recognizes that the capture of a Kemp's ridley in scallop dredge gear in 2005 occurred within the Mid-Atlantic as defined for this Opinion and previous Opinions on the scallop fishery. However, the area used to estimate sea turtle bycatch in the scallop dredge fishery for the 2003 fishing year did not include the area where the Kemp's ridley take was observed; suggesting that 749 may be an underestimate of the number of sea turtle interactions that occurred. Nevertheless, NMFS considers the estimate of 749 loggerhead turtle interactions with scallop dredge gear from the 2003 fishing year to be the best available information on anticipated takes of loggerhead sea turtles in the fishery when scallop dredges are operating without chain mats given the changes in management of the fishery described above, the low number of observed loggerhead turtle interactions with scallop dredge gear in the 2004 and 2005 fishing years despite higher levels of observer coverage, and given that the 2005 take was a different turtle species.

There are no estimates for the capture of Kemp's ridley and green sea turtles in scallop dredge gear. Data for the 2005 scallop fishing year, the year in which the Kemp's ridley was observed captured, is still being analyzed. Observer coverage for the year in which the green sea turtle was observed captured was so low that an estimate would not be scientifically sound. Since only one turtle of each species has been observed in the scallop dredge fishery in the period 1996-2005, it is likely that interactions with these species are relatively unique events on an individual haul basis. Nevertheless, given effort in the fishery as a whole and the seasonal overlap in distribution of these species with operation of scallop dredge gear, it is reasonable to believe that these species are likely to be captured in scallop dredge gear. It is not reasonable, however, to use an average of the number of takes over the nearly ten year time period as a measure of the anticipated annual take since a "part" of a turtle cannot be taken. In addition, since observer coverage over the period 1996-2005 has been very low in most years, it is possible that other interactions between these species and scallop dredge gear have occurred but have not been observed or reported. Therefore, NMFS believes that the actual observed take of one green sea turtle and one Kemp's ridley sea turtle over the period 1996-2005 represents the best available information on the anticipated annual take of these species in scallop dredge gear.

There have been no confirmed takes of leatherback sea turtles in scallop dredge gear. Tagging studies have shown that leatherbacks, occurring seasonally for foraging in western North Atlantic continental shelf waters where the scallop fishery operates, stay within the water column rather than near the bottom (James *et al.* 2005a). Given the largely pelagic life history of leatherback sea turtles (NMFS and USFWS 1992; CeTAP 1982; Rebel 1974), and the more recent dive-depth information on leatherback use of western North Atlantic continental shelf

waters (James *et al*. 2005a; 2005b), NMFS still believes it is unlikely that a leatherback would occur on the bottom in the action area.  Therefore, NMFS does not believe that leatherback sea turtles would be struck by or captured in scallop dredge gear when the gear was being towed along the bottom.  Based on observations of loggerhead turtles taken in scallop dredge gear, NMFS believes some sea turtle interactions with scallop dredge gear occur within the water column.  Given the large size of the dredge bag and the presence of leatherback sea turtles in areas where the scallop dredge fishery occurs, NMFS does believe that leatherback sea turtles can be captured in scallop dredge gear when the gear is in the water column.  As described above, there have been no confirmed takes of leatherback sea turtles in scallop dredge gear.  With respect to other mobile gear operating in the area where the sea scallop dredge fishery operates, there has been only one observed take of a leatherback sea turtle in over 10 years.  This suggests that capture of leatherback sea turtles in any mobile gear operating within the action area, including scallop dredge gear, would be a rare event.  However, given the generally low level of observer coverage in the scallop dredge fishery as well as other mobile gear (trawl) fisheries in the action area, it is likely that some interactions with leatherback sea turtles have occurred but were not observed or reported.  Therefore, NMFS believes that the actual observed take of one leatherback sea turtle in mobile gear that was operating in the action area for this Opinion provides the best available information on the anticipated annual take of leatherback sea turtles in scallop dredge gear.  NMFS recognizes, however, that this may overestimate the number of takes likely to occur given the increased number of observed trips on scallop dredge vessels in recent years for which there have been no known interactions with leatherback sea turtles.

*5.6.1.1 Estimated mortality of sea turtles captured in scallop dredge gear*

As previously described, NMFS developed and defined three categories for making serious injury determinations for sea turtles captured in scallop dredge gear (Memo from Mary Colligan to Patricia A. Kurkul dated September 23, 2004).  Based on the final working guidance and the information obtained from observer reports of loggerhead sea turtles captured in scallop dredge gear during the 2003 scallop fishing year, NMFS determined that the mortality rate was 64% and the survival rate was 36% (NMFS 2004a).  Applying these rates to the bycatch estimate of 749 loggerhead sea turtles, NMFS estimated that 479 loggerhead sea turtles were killed immediately or suffered serious injuries during the 2003 scallop fishing year that caused immediate death, will eventually cause death, or will impair the turtles ability to reproduce as a result of capture in scallop dredge gear.

NMFS believes that information on sea turtle takes in the scallop fishery in the 2003 fishing year provides the best available information for the anticipated taking of loggerhead sea turtles in subsequent fishing years.  NMFS recognizes, however, that the use of chain mats on scallop dredge gear will: (1) reduce the likelihood that turtles who encounter the gear on the bottom will enter the dredge bag and be at further risk of injury and death, and (2) reduce the likelihood that turtles who encounter the gear in the water column will enter the dredge bag and be subsequently injured or killed.  For these reasons, NMFS believes that the serious injury and mortality rate of sea turtles interacting with scallop dredge gear will be less than that calculated for the December 15, 2004 Opinion since fewer turtles will be subject to injuries occurring within the dredge bag

68

or as a result of dumping the dredge bag on deck. However, NMFS cannot quantify the reduction in mortality rate. Therefore, NMFS will assume that no more than 479 loggerhead sea turtles will be immediately killed or suffer serious injuries as a result of interactions with scallop dredge gear modified by use of a chain mat.

As further described above, NMFS anticipates the annual capture of one leatherback sea turtle, one Kemp's ridley sea turtle, and one green sea turtle in scallop dredge gear. NMFS anticipates that Kemp's ridley and green sea turtles will interact with scallop dredge gear in the same manner as loggerhead sea turtles (*i.e.*, both on the bottom and in the water column). Based on the size of the Kemp's ridley turtle observed captured in scallop dredge gear, use of the chain mat would not necessarily prevent this species from entering the dredge bag given its small size in relation to the spacing of the chains. Therefore, NMFS believes that any Kemp's ridley interacting with scallop dredge gear may be immediately killed or suffer serious injuries regardless of whether the dredge is modified by use of a chain mat or not. Based on the size of the green sea turtle observed captured in scallop dredge gear, use of the chain mat would likely prevent this species from entering the dredge bag. Therefore, interactions between green sea turtles and scallop dredge gear modified by use of a chain mat could result in less severe injuries than if the chain mat were not used. Nevertheless, given that injuries can still occur if turtles are struck by the dredge gear on or near the bottom, any green sea turtle interaction with scallop dredge gear could result in immediate death or serious injury for the turtle. In contrast to the hard-shelled species, NMFS believes that all interactions between scallop dredge gear and leatherback sea turtles will occur when the scallop dredge gear is in the water column (*i.e.*, during haulback) given their largely pelagic existence (NMFS and USFWS 1992; CeTAP 1982; Rebel 1974)and their diving pattern when foraging in western North Atlantic continental shelf waters (James *et al.* 2005a; 2005b). Since the leatherback would not be encountering the gear on the bottom, it is not expected to suffer injuries as a result of being struck by the gear on the bottom. Use of a chain mat on scallop dredge gear would be expected to prevent leatherback sea turtles from being caught in the dredge bag when the gear is in the water column and, thus, would remove the likelihood of immediate death or serious injury as a result of the interaction.

*5.6.1.2 Age class of sea turtles anticipated to be captured in scallop dredge gear*

Based on the observer reports, the loggerhead sea turtles observed captured in the scallop dredge fishery in 2003 ranged in size from 55cm - 107cm from notch to tip (curved carapace length (CCL)) (NEFSC, FSB, Observer database), and the size of loggerhead sea turtles observed captured in the scallop dredge fishery in 2004 ranged from 71cm - 170cm CCL (Murray 2005). When converted to straight carapace length (SCL) based on the formula for loggerheads provided in Teas (1993), the size range of loggerhead sea turtles observed captured in the fishery in the 2003 and 2004 scallop fishing years is 51cm – 160cm SCL. NMFS SEFSC (2001) reviewed size at stage data for Atlantic loggerheads. Depending on the dataset used, the cutoff between pelagic immature and benthic immature loggerhead sea turtles was 42cm - 49cm SCL and the cutoff between benthic immature and sexually mature loggerhead sea turtles was described as 83cm - 90cm SCL. Other authors define the benthic immature stage for loggerheads as 36cm - 100cm SCL (Bass *et al.* 2004). Based on these datasets and observer measurements of loggerhead sea turtles captured in the scallop dredge fishery, NMFS anticipates

that both benthic immature and sexually mature loggerhead sea turtles are captured in the scallop dredge fishery.

The only Kemp's ridley sea turtle observed captured in scallop dredge gear to date measured 24.3cm from notch to tip (curved carapace length). Using the formula for Kemp's ridley sea turtles provided in Teas (1993), this is a straight carapace length of 23cm. The post-hatchling stage for Kemp's ridley sea turtles was defined by the TEWG as Kemp's ridleys of 5-20cm SCL while turtles 20-60cm SCL were considered to be benthic immature (TEWG 2000). The latter stage is described as turtles that have recruited to coastal benthic habitat. In the case of the turtle observed captured in scallop dredge gear, the observed take occurred on the southeastern edge of Georges Bank, far from the coast. For the purposes of this Opinion, NMFS will consider this turtle simply as an immature Kemp's ridley sea turtle. Mid-Atlantic and coastal New England waters (as far north as approximately Cape Cod) are known to be developmental foraging habitat for immature Kemp's ridley sea turtles (Morreale and Standora 2005; TEWG 2000; Musick and Limpus 1997). Therefore, for the purpose of this Opinion, NMFS believes that immature Kemp's ridley sea turtles could be captured in scallop dredge gear operated in the scallop fishery.

The single green sea turtle observed captured in scallop dredge gear was estimated by the observer to be about 70cm in length. Hirth (1997) defined a juvenile green sea turtle as a posthatchling up to 40cm SCL. A subadult was defined as green sea turtles from 41cm-the onset of sexual maturity (Hirth 1997). Sexual maturity was defined as green sea turtles greater than 70-100cm SCL (Hirth 1997). It is difficult to determine to which age class the green sea turtle observed taken in scallop dredge gear might have belonged given that its size was estimated rather than measured. Like Kemp's ridley sea turtles, Mid-Atlantic waters are recognized as developmental habitat for green sea turtles after they enter the benthic environment (Morreale and Standora 2005; Musick and Limpus 1997). Therefore, it would seem more likely that the green sea turtle observed captured in scallop dredge gear was an immature turtle. However, given the uncertainty in the size of the turtle observed captured in scallop dredge gear, for the purposes of this Opinion, NMFS believes that either benthic immature or sexually mature green sea turtles could be captured in scallop dredge gear operated in the scallop fishery.

For the purposes of this Opinion, NMFS believes that leatherback sea turtles may be captured in scallop dredge gear given the large size of the dredge frame and bag and the presence of leatherback sea turtles in areas where the scallop dredge fishery occurs. Stranding records suggest that both adult and immature leatherback sea turtles occur within the area where the scallop dredge fishery operates (NMFS SEFSC 2001; NMFS and USFWS 1992). Tracking of tagged leatherbacks also demonstrate the movement of sexually mature leatherbacks over U.S. continental shelf waters. Therefore, for the purpose of this opinion, NMFS believes that either immature or sexually mature leatherback sea turtles could be captured in scallop dredge gear.

*5.6.1.3 Origin of loggerhead sea turtles anticipated to be captured in scallop dredge gear*

As has been described in previous opinions (NMFS 2004a; 2004b) tissue samples for genetics analysis have been collected from loggerhead sea turtles captured in the scallop dredge fishery. These samples have been processed and the data is in the final stages of analysis prior to

submission of the results to NMFS. Therefore, while new data is expected in the near future on the origin of sea turtles observed captured in scallop fishing gear, it is currently unknown from which subpopulation(s) loggerhead sea turtles captured in the scallop dredge fishery originate. As described in section 3.1.1, cohorts from all five of the western Atlantic loggerhead subpopulations are expected to occur within the action area of this consultation based on genetic testing of benthic immature loggerhead sea turtles caught on the foraging grounds in the Pamlico-Albemarle Estuarine complex (North Carolina) during September - December in 1995 - 1997 (Bass *et al.* 2004). Results from this study indicate that the proportion of loggerhead sea turtles originating from each of these subpopulations varies within the action area with 80 percent originating from the south Florida subpopulation, 12 percent from the northeast Florida to North Carolina subpopulation, 6 percent from the Yucatán subpopulation, and 2 percent from other rookeries (including turtles originating from rookeries in Greece, Turkey, and Brazil) (Bass *et al.* 2004).

### 5.6.2    Anticipated interactions between sea turtles and scallop trawl gear

As noted previously, the first observed captures of sea turtles in scallop trawl gear occurred in October 2004 when three loggerhead sea turtles were observed captured by a single vessel on a single trip. Five additional sea turtle takes in scallop trawl gear were observed in the 2005 fishing year. The NEFSC is in the process of completing an estimate of sea turtle bycatch in the trawl sector of the scallop fishery for the 2005 scallop fishing year. The 2005 fishing year is the first for which the NEFSC can provide an estimate of sea turtle bycatch in this sector of the scallop fishery. As described in the December 15, 2004 Opinion, a reliable estimate (*i.e.*, something that would not be arbitrary) of sea turtle captures in scallop trawl gear could not be calculated for previous years given the low number of takes observed in the scallop trawl fishery, the low number of takes observed in other trawl fisheries within the action area, and the low level of observer coverage for the trawl fisheries, in general.

Since the estimate of sea turtle bycatch in the scallop trawl fishery is not yet available, NMFS is using the best available information and anticipates the rate of interaction for loggerhead sea turtles in the scallop trawl fishery to be five turtles annually. This number is based on the five loggerhead sea turtle takes observed in the scallop trawl fishery in the 2005 fishing year. NMFS will review the bycatch estimate for sea turtle takes in scallop trawl gear when it is available and determine at that time whether it presents new information warranting reinitiation of consultation.

There is no new information on the capture of leatherback sea turtles in trawl gear operating in the action area. As described in the December 15, 2004 Opinion, of the 38 sea turtles observed captured in trawl fisheries operating in the action area from 1995 – 2005, only one of these was a leatherback sea turtle (NMFS 2004a). The factors affecting the likelihood of a turtle interaction with trawl gear operating in the action area are unknown. However, survey data suggests that loggerhead sea turtles are, overall, more abundant than leatherback sea turtles in the portion of the action area south of 41° N (Shoop and Kenney 1992; CeTAP 1982). In all, the data for surveys conducted in the area from Nova Scotia, Canada to Cape Hatteras, NC, USA, included 2,841 loggerhead sightings, 128 leatherback sightings, and 491 unidentified turtles (Shoop and

Kenney 1992; CeTAP 1982). Species abundance could have an effect on the number of interactions of that species with trawl gear when the distribution of the species and operation of trawl gear overlaps. Therefore, it is reasonable to conclude that loggerhead and leatherback sea turtles have a dissimilar rate of interaction with trawl gear used in the scallop fishery as well as other trawl fisheries operating in the action area simply because loggerhead sea turtles are more abundant in the areas where trawl gear is operating. In light of this, NMFS anticipates that the take of leatherback sea turtles in scallop trawl gear will be less than that of loggerheads sea turtles. As described above, NMFS anticipates the annual take of up to five loggerhead sea turtles in the scallop trawl fishery. As further described above, there have been no known takes of leatherback sea turtles in scallop trawl gear, and only one known take of a leatherback sea turtle in comparable trawl gear operating in the area where the scallop fishery also operates over the period of 1995-2005. Although there have been many observed trips of trawl fisheries that have not recorded any leatherback sea turtle interactions, NMFS anticipates the annual take of one leatherback sea turtle annually in scallop trawl gear given that: (a) the distribution of leatherbacks overlaps with the distribution of scallop trawl gear, (b) leatherbacks have been caught in comparable trawl gear used in other fisheries that operate in a similar area, and (c) the level of observer coverage for most of the trawl fisheries has been low (thus some takes of leatherback sea turtles in these fisheries may have occurred but were not observed or reported).

Similarly, there have been no observed takes of Kemp's ridley or green sea turtles in the scallop trawl fishery. NMFS believes, however, that takes of Kemp's ridley, and green sea turtles may occur given that the distribution of these species overlaps with operation of the scallop trawl fishery. With respect to other mobile gear operating in the area, specifically dredge gear, there has been only one observed take of a Kemp's ridley sea turtle and one observed take of a green sea turtle during the period 1996-2005. As described above, this suggests that the capture of Kemp's ridley and green sea turtles in any mobile gear operating within the action area, including scallop trawl gear, would be a rare event. However, given the low level of observer coverage in the scallop trawl fishery as well as other mobile gear fisheries in the action area it is likely that some interactions have occurred but were not observed or reported. Therefore, NMFS believes that the actual observed take of one Kemp's ridley sea turtle and one green sea turtle in mobile gear (scallop dredge) that was operating in the action area for this Opinion provides the best available information on the anticipated annual take of Kemp's ridley and green sea turtles in scallop dredge gear. NMFS recognizes that this may overestimate the number of takes likely to occur given the number of observed trips in recent years with no known interactions with either species.

### 5.6.2.1. Age composition and mortality for sea turtles caught in scallop trawl gear

Turtles captured in scallop trawl gear are expected to be of the same age class as turtles of that species caught in scallop dredge gear. As described above, NMFS anticipates the capture of benthic immature as well as sexually mature loggerhead, leatherback, and green sea turtles in scallop dredge gear. Kemp's ridley sea turtles caught in scallop dredge gear are expected to be immature.

Epperly *et al.* (2002) found that, in general, tows of short duration have little effect on the mortality of sea turtles caught in the trawl gear. Intermediate tow times result in a rapid escalation to mortality, and eventually reach a plateau of high mortality, but will not equal 100 percent as a turtle caught within the last hour of a long tow will likely survive (Epperly *et al.* 2002). Tow times for the scallop trawls observed to capture turtles in the 2005 fishing year were 1-2 hours in duration. Assuming that the mortality rate for sea turtles from forced submergence in scallop trawl gear is comparable to that measured for the shrimp fishery by Epperly *et al.* (2002), turtles may die as a result of capture and forced submergence in trawl gear used in the scallop fishery.

## 5.7    Summary of anticipated incidental take of sea turtles in the scallop fishery

NMFS anticipates the annual take of up to 749 loggerhead sea turtles (C.V.= 0.28) as a result of the continued operation of the scallop dredge fishery with up to 479 suffering injuries to the extent that they will die, cease to function in other respects (eventually leading to death) or fail to reproduce. Loggerhead turtles captured by scallop dredge gear are expected to include benthic immature and sexually mature turtles. Based on genetic analysis of foraging benthic immature turtles (Bass *et al.* 2004) and the mortality and survival rates as described in the agency's final working guidance, 383 loggerhead sea turtles ((749 x 0.80) x 0.64)) that originate from the south Florida subpopulation are anticipated to be killed annually as a result of capture in scallop dredge gear or injured to the extent that they otherwise fail to function (eventually leading to death) or fail to reproduce. For turtles originating from the northern subpopulation and captured in scallop dredge gear, 58 ((749 x 0.12) x 0.64) are anticipated to be killed annually as a result of capture in scallop dredge gear or injured to the extent that they otherwise fail to function (eventually leading to death) or fail to reproduce. For turtles originating from the Yucatán subpopulation and captured in scallop dredge gear, 29 ((749 x 0.06) x 0.64) are anticipated to be killed annually as a result of capture in scallop dredge gear or injured to the extent that they otherwise fail to function (eventually leading to death) or fail to reproduce. The remaining 10 turtles anticipated to be killed or seriously injured ((749 x 0.02) x 0.64) are expected to originate from the other western Atlantic subpopulations although this number might be slightly overestimated given that the study sample also included foraging benthic immature turtles that originated from non-U.S. nesting sites[7].

Continued operation of the scallop fishery is also expected to result in the annual capture of one leatherback, Kemp's ridley, and green sea turtle in scallop dredge gear, the result of which may be either lethal or non-lethal.

Scallop trawl gear is expected to result in the annual capture of five loggerhead sea turtles, one leatherback sea turtle, one Kemp's ridley sea turtles, and one green sea turtle. These takes may be either lethal or non-lethal.

---

[7]    Due to rounding, the individual numbers do not add up to the total. Since a part of a turtle cannot be taken, the numbers were rounded to the whole number using the standard rules for rounding.

The use of chain mats on scallop dredge gear is expected to reduce the number of lethal takes (including serious injuries) for loggerhead, green, and leatherback sea turtles that interact with scallop dredge gear.

## 6.0   CUMULATIVE EFFECTS

Cumulative effects include the effects of future State, tribal, local or private actions that are reasonably certain to occur in the action area considered in this Opinion. Future federal actions that are unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the ESA.

Sources of human-induced mortality and/or harassment of turtles in the action area include incidental takes in state-regulated fishing activities, vessel collisions, ingestion of plastic debris, and pollution. While the combination of these activities may affect populations of endangered and threatened sea turtles, preventing or slowing a species' recovery, the magnitude of these effects is currently unknown.

*State Water Fisheries* - Fishing activities are considered one of the most significant causes of death and serious injury for sea turtles. A 1990 National Research Council report estimated that 550 to 5,500 sea turtles (juvenile and adult loggerheads and Kemp's ridleys) die each year from all other fishing activities besides shrimp fishing. Fishing gear in state waters, including bottom trawls, gillnets, trap/pot gear, and pound nets, take sea turtles each year. NMFS is working with state agencies to address the take of sea turtles in state-water fisheries within the action area of this consultation where information exists to show that these fisheries take sea turtles. Given that state managed commercial and recreational fisheries along the Atlantic coast are expected to continue within the action area in the foreseeable future, additional takes of sea turtles in these fisheries is anticipated. Further information on state water fisheries is available in Section 4.1.2.

*Vessel Interactions* – NMFS' STSSN data indicate that vessel interactions are responsible for a large number of sea turtles strandings within the action area each year. Collision with boats can stun or easily kill sea turtles, and many stranded turtles have obvious propeller or collision marks (R. Boettcher, pers. comm.). However, it is not always clear whether the collision occurred pre- or post-mortem, and as a result an estimate of the number of sea turtles killed by vessels is not possible.

*Pollution and Contaminants* - Marine debris (*e.g.*, discarded fishing line or lines from boats) can entangle turtles in the water and drown them. Turtles commonly ingest plastic or mistake debris for food. Chemical contaminants may also have an effect on sea turtle reproduction and survival. Excessive turbidity due to coastal development and/or construction sites could influence sea turtle foraging ability. As mentioned previously, turtles are not very easily affected by changes in water quality or increased suspended sediments, but if these alterations make habitat less suitable for turtles and hinder their capability to forage, eventually they would tend to leave or avoid these less desirable areas (Ruben and Morreale 1999). Noise pollution has been raised, primarily, as a concern for marine mammals but may be a concern for other marine organisms, including sea turtles.

**7.0     INTEGRATION AND SYNTHESIS OF EFFECTS**

The *Status of Affected Species*, *Environmental Baseline*, and *Cumulative Effects* sections of this Opinion discuss the natural and human-related phenomena that caused populations of listed species to become threatened or endangered and may continue to place their populations at high risk of extinction. The present section of this Opinion examines the effects of the continued authorization of the Scallop FMP to determine if: (a) those effects can be expected to reduce the reproduction, numbers, or distribution of threatened or endangered species in the action area, (b) any reductions in reproduction, numbers or distribution would be expected to reduce the species' likelihood of surviving and recovering in the wild, and (c) a reduction in a species' likelihood of surviving and recovering in the wild would be appreciable.

As described above, the use of dredge gear for the proposed activity is expected to adversely affect loggerhead, leatherback, Kemp's ridley, and green sea turtles as a result of interactions with scallop dredge and trawl gear. Of the species considered, loggerheads are the most abundant of the sea turtle species in the area, and their distribution appears to have the greatest overlap with scallop fishing effort in the Mid-Atlantic (CeTAP 1982; Shoop and Kenney 1992) Therefore, loggerheads are the species most likely to be taken in scallop dredge and trawl gear. NMFS considers that capture of leatherback sea turtles in scallop fishing gear will also occur since leatherbacks occur at times and in areas where the scallop fishery operates and, in the case of scallop trawl gear, have been caught in other trawl fisheries operating within the action area. Similarly, NMFS believes that Kemp's ridley and green sea turtles will be captured in scallop trawl gear given the seasonal overlap in the distribution of these species with operation of scallop trawl gear, and the observed capture of a Kemp's ridley sea turtles and a green sea turtle in other mobile gear (scallop dredge) operating within the action area.

This Opinion has identified in Section 5 that the proposed activity for continued authorization of the Scallop FMP will directly affect loggerhead, leatherback, Kemp's ridley, and green sea turtles as a result of interactions (including capture) with scallop dredge and scallop trawl gear. No other direct or indirect effects to ESA-listed species are expected as a result of the activity. The following discussion in Sections 7.1.1 through 7.1.4 below provide NMFS' determinations of whether there is a reasonable expectation that loggerhead, leatherback, Kemp's ridley, and green sea turtles will experience reductions in reproduction, numbers or distribution in response to these effects, and whether any reductions in the reproduction, numbers, or distribution of these species can be expected to appreciably reduce the species' likelihood of surviving and recovering in the wild.

**7.1     Integration and Synthesis of Effects on Sea Turtles**

Based on past patterns of take of sea turtles in scallop dredge gear, the dredge component of the scallop fishery can be expected to capture up to 749 (C.V. = 0.28) loggerheads, annually, of which up to 479 loggerheads are expected to be immediately killed or suffer serious injuries (defined as injuries that will result in death or an inability for the turtle to reproduce). The number of loggerheads expected to be captured is based on the take of sea turtles in scallop

dredge gear that are estimated to have occurred from Long Island, NY to Cape Hatteras, NC (as far east as 71° W longitude) during the period June - November 2003. The use of chain mat-modified scallop dredges fished in Mid-Atlantic waters south of 41° 9.0'N from the shoreline to the outer boundary of the EEZ during the period of May 1 through November 30 each year is expected to reduce the severity (e.g., mortality and serious injury) of some sea turtle interactions with scallop dredge gear. Therefore, while the overall estimate of loggerhead turtle takes in the scallop dredge fishery and the estimated number of serious injuries and mortality as a result of the taking is the best currently available information on the take and mortality of sea turtles in the scallop dredge fishery, it is likely a worst case scenario.

Based on past patterns of observed take of Kemp' ridley and green turtles in the scallop dredge fishery, continued operation of the dredge component of the scallop fishery is anticipated to result in the annual take (lethal or non-lethal) of one Kemp's ridley and one green sea turtle. Based on past observations of loggerhead sea turtle interactions with scallop dredge gear, NMFS believes that some interactions occur within the water column rather than on or near the bottom. Given this as well as the large size of the dredge frame and bag, and the distribution of leatherback sea turtles in the action area, NMFS considers that one leatherback sea turtle is likely to be taken annually in scallop dredge gear in the fishery as a whole. Use of chain mat modified scallop dredge gear is expected to prevent the lethal take of leatherback sea turtles in the event that an interaction between the species and scallop dredge gear occurs.

Based on past patterns of observed take of loggerhead sea turtles in the scallop trawl fishery, the trawl component of the scallop fishery is anticipated to result in the annual take of up to five loggerhead sea turtles. There have been no fisheries observed takes of leatherback, Kemp's ridley or green sea turtles in the scallop trawl fishery. Nevertheless, NMFS believes that interactions between these species and scallop trawl gear will occur given that operation of scallop trawl gear overlaps with the distribution of these species. NMFS anticipates the annual take of one leatherback, one Kemp's ridley, and one green sea turtle in scallop trawl gear. Assuming that the mortality rate for sea turtles from forced submergence in scallop trawl gear is comparable to that measured for the shrimp fishery by Epperly *et al.* (2002), any turtle caught in scallop trawl gear may die as a result of capture and forced submergence.

As described above, NMFS anticipates that the scallop fishery (both dredge and trawl gear) will capture benthic immature as well as sexually mature loggerhead, leatherback, and green sea turtles. Kemp's ridley sea turtles caught in gear used in the scallop fishery are expected to be immature.

### 7.1.1   Loggerhead Sea Turtle

Based on information provided in this Opinion, NMFS anticipates the capture of up to 749 loggerhead turtles annually as a result of the continued operation of the scallop dredge fishery with up to 479 of these captures resulting in immediate death or serious injuries. The remaining 270 loggerhead turtles that are captured in scallop dredge gear and released alive are not expected to suffer any ill effects as a result of capture and there should be no negative impact to the species from the capture of these 270 turtles. With respect to the scallop trawl fishery,

NMFS anticipates the capture of up to five loggerhead sea turtles annually, all of which may die as a result of capture. Therefore, NMFS anticipates that up to 484 loggerhead sea turtles will die or be seriously injured annually as a result of the continued operation of the scallop fishery (dredge and trawl gear components combined).

Genetics analysis has been conducted on tissue samples collected from loggerhead sea turtles captured in the scallop dredge fishery. The data analysis, however, has not been completed. Therefore, the origin of the captured turtles with respect to subpopulation is currently unknown. Based on the origin of loggerhead sea turtles as reported by Bass *et al.* (2004), NMFS anticipates that 387 of the 484 takes (scallop dredge and trawl gear combined) will be loggerheads originating from the south Florida subpopulation, 58 will be removed from the northern subpopulation, 29 are expected to be takes of loggerheads originating from the Yucatán subpopulation, and the remaining 10 are expected to originate from the remaining western Atlantic subpopulations although this number might be slightly overestimated given that the study sample also included foraging benthic immature turtles that originated from non-U.S. nesting sites. As described in section 5.6.1.4, all of the loggerhead sea turtles captured in scallop dredge and trawl gear are expected to be benthic immature and sexually mature turtles. Data from tag returns, strandings, and nesting surveys suggest that the benthic immature stage lasts 14-32 years for loggerhead sea turtles with an estimated age of maturity ranging from 20-38 years (NMFS SEFSC 2001).

As described in the *Status of the Species* section, the threatened loggerhead sea turtle is the most abundant of the sea turtles listed as threatened or endangered in U.S. waters but is also affected by numerous anthropogenic activities. In many cases, the extent of these anthropogenic effects (in terms of number of sea turtles affected) are just beginning to be quantified. A number of stock assessments (Heppell *et al.* 2003; NMFS SEFSC 2001; TEWG 2000; 1998) have examined the stock status of loggerheads in the waters of the United States, but have been unable to develop any reliable estimates of absolute population size. In the absence of this information, NMFS must consider other methods for assessing the effects of the scallop fishery on western Atlantic loggerhead subpopulations.

Previous NMFS Opinions for actions affecting loggerhead subpopulations in the western Atlantic have used nesting beach survey data as a indicator of the subpopulation status (an increase in nesting was assumed to equate to an increase in the size of the subpopulation and vice versa) in order to make the jeopardy determinations. Other NMFS Opinions have used the modeling approach described in SEFSC 2001 as a tool for assessing the likely effects of a proposed action on the status of western Atlantic loggerhead subpopulations. Neither of these methods have been considered wholly suitable. In August 2004, NMFS, Office of Protected Resources hosted a workshop attended by a panel of experts in the fields of conservation biology, population ecology, and species risk assessment. The goal of the workshop was to seek comments on an analytical framework for conducting jeopardy analyses under the ESA and identify options for assessing species' risk when data are limited. A summary of the workshop and any recommendations is not yet available. NMFS' Southeast Fisheries Science Center issued a contract to seek input on alternative methods that could be used to quantitatively evaluate the impacts of takes on sea turtle populations. As described in the contractor's report,

the report is intended to provide a framework for the development of quantitative risk analysis tools that can be used to evaluate how human activities that result in sea turtle mortality may affect the recovery of stocks, populations or species (Heppell 2005). The report includes discussion of five possible evaluation tools with examples of how the models could be used as part of a Section 7 consultation as well as the associated data/research needs to support them (Heppell 2005). To date, NMFS has not applied any of the discussed methods in a biological opinion to assess the effects of a proposed action on sea turtles. Data deficiencies (*e.g.*, estimate of population/subpopulation size) currently hamper the use of nearly all of the evaluation tools for loggerhead sea turtles. In some cases, management decisions must be made (*e.g.*, defining stocks) before applying a particular method.

With respect to the two options currently available (nesting beach survey data and the SEFSC 2001 modeling approach) to assess the status of western Atlantic loggerhead sea turtles, NMFS recognizes that nesting beach survey data can be used to index the status and trends of loggerheads (USFWS and NMFS 2003). However, detection of nesting trends requires consistent data collection methods over long periods of time (USFWS and NMFS 2003). The currently available nesting data is still too limited to indicate statistically reliable trends for the western Atlantic loggerhead subpopulations. More reliable nesting trend information is available from some south Florida and northern subpopulation nesting beaches that have been surveyed for longer periods of time. Using the information gathered from these select south Florida and northern subpopulation nesting beaches, the Turtle Expert Working Group (TEWG) previously concluded that the south Florida subpopulation was increasing based on nesting data over the last couple of decades, and that the northern subpopulation was stable or declining (TEWG 2000). Trend data for these nesting beaches are expected to be reviewed and the information provided in a revised Loggerhead Sea Turtle Recovery Plan. However, preliminary review of nesting trend data from several sources for the northern and south Florida nesting beaches suggest a declining trend in nesting for 11 beaches in North Carolina, South Carolina and Georgia of 2% annually over a 23 year period (1982-2005), a declining trend of 3.3% annually for South Carolina beaches since 1980, and an overall decline in nesting of 29% for the south Florida subpopulation during the period 1989-2005 (Barbara Schroeder, NMFS, pers. comm.; A. Meylan, presentation at the 26th Annual Symposium on Sea Turtle Biology and Conservation, April 2006).

As described above, the primary assumption in using nesting trend data for jeopardy determinations is that the nesting trend is reflective of the subpopulation trend. In the case of loggerheads, this may be an invalid assumption. Because loggerheads mature at a late age (~ 20 - 38 years), current nesting data reflect natural and anthropogenic effects to female loggerheads that occurred over the last two decades at the least. Using nesting trend data to make conclusions about the status of the entire subpopulation, therefore, requires making certain assumptions. These are that the current impacts to mature females are experienced to the same degree amongst all age classes regardless of sex, and/or that the impacts that led to the current abundance of nesting females are affecting the current immature females to the same extent. While there is no current evidence to support or refute these assumptions, multiple management actions have been implemented in the United States that either directly or indirectly address the known sources of mortality for loggerhead sea turtles (*e.g.*, fishery interactions, power plant entrainment, destruction of nesting beaches, etc.). These management actions are discussed more fully in

section 4.1 of this Opinion. As described in section 4.4.3, NMFS has taken regulatory action over the past ten years to address the capture and killing of sea turtles, including loggerhead sea turtles, in several fisheries that occur in the western Atlantic. Other on-going activities include action to address and reduce the capture and killing of loggerhead sea turtles in other fisheries (*e.g.*, the Atlantic pelagic longline fishery) as well as activities such as vessel traffic, hopper dredging, and power plant entrainment to name a few. These activities are, in part, an outcome of modeling efforts for Atlantic loggerheads which demonstrated that increasing egg and hatchling survival had a much smaller impact on population growth compared to increasing to the same extent, the survival rate of small juveniles, large juveniles, subadults, and mature breeders (Crouse *et al.* 1987; Heppell *et al.* 2003). Therefore, beginning in the 1990's, there has been an increased emphasis for Atlantic loggerheads on reducing anthropogenic mortality of loggerheads from activities (*e.g.*, fishing operations) that effect juvenile and subadult loggerheads as well as adults away from the nesting beach. In addition, many U.S. commercial fisheries that occur in the Atlantic have also seen increased regulatory action and effort reductions since the 1990's through the development of fishery management plans (FMPs). The development of these FMPs was unrelated to sea turtle conservation. Nevertheless, in many cases they are likely to have had a beneficial effect upon loggerhead sea turtles and other sea turtle species by reducing fishing effort from gear types that are known to capture, injure and kill sea turtles.

NMFS' SEFSC revised and updated a model initially developed by Heppell *et al.* (2003) to assess the effects of changes in the shrimp trawl fishery and the pelagic longline fishery with respect to subpopulation trends for loggerhead sea turtles (SEFSC 2001)[8]. The December 15, 2004 Opinion on the continued authorization of the scallop fishery under the Scallop FMP also used the modeling approach to assess the effects of the scallop fishery on loggerhead sea turtles. Briefly, the model looked at the relative change in the trend of the northern loggerhead subpopulation when mortality of pelagic immature, benthic immature, and mature loggerhead sea turtles was reduced as a result of changes to the U.S. shrimp trawl fishery and the U.S. Atlantic pelagic longline fishery for swordfish. Multiple model scenarios were used to assess the changes in the subpopulation trend. All of the model scenarios assume a stable age distribution at the start. The scenarios vary based on differences in the starting growth rate of the subpopulation, sex ratios, and age to maturity. The modeling work suggests that western Atlantic loggerhead subpopulations should increase as a result of implementation of the new TED regulations that substantially reduce mortality of large, benthic immature and sexually mature loggerheads combined with a reduction in mortality of pelagic immature loggerheads resulting from implementation of new measures for the pelagic longline fishery. Even in the absence of a reduction in pelagic immature mortality from changes to the pelagic longline fishery, the model work supports the conclusion that the trend for western Atlantic loggerhead subpopulations will move from declining to stable (with an initial growth rate of 0.97, average age to maturity of 39 years, and a sex ratio of 35% females) or from declining to increasing (with an initial growth rate of 0.97, average age to maturity of 39 years, and female sex ratio of 50%) (NMFS SEFSC 2001) given the reduction in mortality of large benthic immature and mature loggerheads as a result of changes to the TED requirements for the shrimp trawl fishery.

---

[8]  As described in section 3.1.1, although Heppell *et al.* was published in 2003, NMFS SEFSC 2001 is actually the most up-to-date version of this modeling approach. The discrepancy in publication dates is the result of differences in time to publication.

As with any modeling approach, NMFS SEFSC (2001) made certain assumptions in developing the loggerhead model. NMFS NERO PRD considered these assumptions and discussed the modeling approach with the SEFSC. The SEFSC confirmed that the modeling approach did consider the effects to all western Atlantic loggerhead subpopulations although the northern subpopulation was specifically mentioned in many aspects because it was considered to have the weakest status with respect to the other subpopulations. For example, NMFS SEFSC (2001) ran the model scenarios using 0.95, 0.97 and 1.0 as the starting growth rates based on information collected for the northern nesting subpopulation. In addition, NMFS SEFSC (2001) ran the model scenarios using 35%, 50%, and 80% as the proportion of females in the population, where 35% was thought to be representative of the northern subpopulation and 80% was believed to be representative of the south Florida subpopulation. The 50% was included since it was used in historical models (Heppell *et al.*, 2003; NMFS SEFSC 2001). The range of sex ratios bracket the estimated sex ratio (69%) of the Yucatán subpopulation.

NMFS also recognizes that the modeling approach takes into account only those effects to the northern loggerhead subpopulation that have been on-going long enough for their effects to be measurable in the starting growth rates used in the model (*i.e.*, the effects are subsumed in the starting growth rates). The model scenarios demonstrate changes in subpopulation status based on the predicted change in survivability of certain age classes as a result of one specific action, only-- the change in TED regulations for the U.S. shrimp fishery. The model then looks at how the subpopulation trends would be further affected by a change in pelagic immature survival of up to 10%, presumably as a result of subsequent changes in the operation of the U.S. pelagic longline fishery for swordfish. The model scenarios do not account for other subsequent changes that negatively affect loggerhead subpopulations (*i.e.*, if a new activity develops that reduces the survivability of one or more loggerhead age classes; if an existing activity changes to the extent that the survivability of one or more loggerhead age classes is reduced).

As discussed in Section 3.1, information was presented at the 26th Annual Symposium on Sea Turtle Biology and Conservation (A. Meylan, April 2006), that suggests that the nesting trend for the south Florida subpopulation is declining. NMFS NERO PRD contacted Sheryan Epperly of the SEFSC as to whether the nesting trend information presented at the 26th Symposium for the south Florida subpopulation would change the assumption of the SEFSC 2001 model that the northern subpopulation had the weakest status with respect to the other subpopulations. In response, PRD was informed that the information presented was still considered preliminary and it had not been peer-reviewed or published. As a result, the SEFSC was not expected to make any changes to the SEFSC 2001 model based on the preliminary information (Sheryan Epperly, SEFSC, pers. comm.).

NMFS considers the NMFS SEFSC modeling approach to be the best available information for anticipated trends of the western Atlantic loggerhead sea turtle populations. In selecting to use this model approach, NMFS has assumed that the current population growth rate for loggerhead sea turtles is not worse than 0.97. This is a reasonable assumption given that the 0.97 population growth rate used in model scenarios by NMFS SEFSC (2001) was based on data collected for northern subpopulation loggerheads before action was taken to address many of the known

anthropogenic impacts to this subpopulation and the species as described under section 4.0. Therefore, while the modeling approach does not seek to specifically identify or quantify the various anthropogenic impacts to loggerhead sea turtles, the starting growth rates reflected the on-going mortality experienced by the subpopulation. This includes impacts as a result of the scallop fishery. As described in section 2.1, the scallop fishery has a long history and was well established prior to the 1990's. Therefore, the mortality rates used in NMFS SEFSC (2001) would have included mortality to loggerheads as a result of operation of the scallop fishery. In addition, the scallop fishery became a limited access fishery in 1994 and management measures (*e.g.*, Amendment 4, Amendment 10, Framework 16/39, Framework 18) have served to maintain or decrease, not increase, effort over the past decade. While scallop landings have increased over time, including in the Mid-Atlantic, there is evidence that these are due to increased recruitment of scallops in the region (NEFMC 2003). Therefore, the current bycatch of sea turtles in the scallop dredge fishery is expected to be less than the level of mortality from the scallop fishery that is subsumed in the starting mortality rates for NMFS SEFSC (2001).

NMFS has implemented the new TED regulations as modeled for in NMFS SEFSC (2001) and has taken action to increase the survival of pelagic immature loggerheads by modification of the longline fisheries managed under the HMS FMP with the intent of increasing pelagic immature survival, overall, by 10% (NMFS 2004c). Therefore, for the purposes of this Opinion, and based on the information provided above, NMFS considers that the loggerhead subpopulations considered in this Opinion will experience positive population growth or, in the event that the 10% increase in pelagic immature survival is not realized, will at the very least stabilize in subsequent years. These changes are unlikely to be evident in nesting beach censuses for many years to come given the late age at maturity for loggerhead sea turtles and the normal fluctuations in nesting.

Looking at a snap shot of population size at any specific time, it can be argued that any amount of lethal take will reduce the numbers of a population. Therefore, using the approach of this Opinion which gives "benefit of the doubt to the species" the lethal removal of up to 387 loggerhead sea turtles from the south Florida subpopulation, 58 sea turtles from the northern loggerhead subpopulations, 29 sea turtles from the Yucatán subpopulation, and 10 sea turtles from the remaining western Atlantic subpopulations, annually, would be expected to reduce the number of loggerhead sea turtles from these subpopulations as compared to the number of loggerheads that would have been present in the absence of the proposed action (assuming all other variables remained the same). However, this does not necessarily mean that these subpopulations will experience reductions in reproduction, numbers or distribution in response to these effects to the extent that survival and recovery would be appreciably reduced. The estimate of annual lethal take is assumed to include both males and females. There is no data on the sex of turtles captured in the scallop dredge fishery since sex cannot be easily determined by external examination. Therefore, for the current purposes, it is assumed that the estimated lethal take includes both males and females. Adult female loggerhead sea turtles exhibit natal homing meaning that they return to the beach where they were hatched to lay their eggs. Based on genetics analysis, males do not appear to mate exclusively with females from their same subpopulation (Pearce and Bowen 2001). Therefore, while female loggerhead sea turtles play an essential role in maintaining the distribution of the particular subpopulation, males do not. The

likelihood that only a portion of the estimated lethal take is expected to be female loggerhead sea turtles will further lessen any effect to the reproduction and distribution of these subpopulations. Finally, action has been taken to reduce anthropogenic impacts to loggerhead sea turtles from various sources, particularly since the early 1990's. These include lighting ordinances, predation control, and nest relocations to help increase hatchling survival, as well as measures to reduce anthropogenic mortality of pelagic immature, benthic immature and sexually mature age classes in various fisheries and other marine activities. Current modeling data suggests that all western loggerhead subpopulations should experience positive or at least stabilizing subpopulation growth as a result of the change in TED regulations. Management actions to increase pelagic immature survival in the U.S. Atlantic longline fisheries is expected to further push the subpopulations to positive growth. Given the late age at maturity for loggerhead sea turtles, the benefit of many of these actions in terms of a positive effect on nesting trends will not be apparent for years to come. Nevertheless, given the on-going conservation measures for all western Atlantic loggerhead subpopulations, the current status of the subpopulations affected by the proposed action, and the existence of these effects prior to the 1990's (when the population trend data upon which the model is based was collected), it is unlikely that the annual loss of up to 387 loggerhead sea turtles from the south Florida subpopulation, 58 loggerhead sea turtles from the northern subpopulation, 29 loggerhead sea turtles from the Yucatán subpopulation, and 10 loggerhead sea turtles from the (combined) Dry Tortugas and Florida Panhandle subpopulations will affect the numbers, reproduction or distribution of these loggerhead subpopulations to an extent that would reduce the subpopulations likelihood of surviving and recovering in the wild. This conclusion is supported by modeling results (NMFS SEFSC 2001) which demonstrated that loggerhead subpopulations would move from declining to increasing or at the very least declining to stable as a result of the new TED requirements and gear requirements for the U.S. pelagic longline fishery. Since the likelihood of survival and recovery for each of these subpopulations is not reduced, the proposed action is not expected to reduce the species' likelihood of surviving and recovering in the wild. Given that the proposed action is not expected to reduce the likelihood of the species survival and recovery, then the final criteria for making a jeopardy determination - whether the reduction in a species' likelihood of surviving and recovering in the wild would be appreciable - is also not met.

### 7.1.2   Leatherback Sea Turtle

There is no information at this time to show that leatherback sea turtles have been caught in scallop trawl gear. Nevertheless, NMFS is taking a precautionary approach based on information of a leatherback capture in the *Loligo* squid bottom trawl fishery, which captured and released alive a leatherback sea turtle off of Delaware in 2001. Based on results from the U.S. shrimp fishery (Epperly *et a.l* 2002), NMFS assumes that any capture of a leatherback sea turtle in scallop trawl gear could result in death due to forced submergence, given that there are no regulatory controls on tow-times. NMFS believes that interactions between leatherback sea turtles and scallop dredge gear are likely to occur when the species distribution and operation of the gear overlap. Interactions between leatherback sea turtles and scallop dredge gear are expected to occur when the gear is traveling through the water column versus on the bottom. NMFS anticipates the annual take of one leatherback sea turtle in scallop dredge gear. However, the use of chain mat-modified scallop dredge gear is expected to prevent the capture of

leatherback sea turtles in that gear type. Therefore, leatherback sea turtles are not expected to suffer injuries as a result of forced submergence or those that would otherwise occur from capture in the dredge bag (*e.g.*, injuries as a result of falls or crushing during the emptying of the dredge bag). Therefore, NMFS anticipates the taking of up two leatherback sea turtles, annually, in the scallop fishery but only one lethal take. It is assumed that there is an equal chance of lethally taking a male or female leatherback sea turtle.

The lethal removal of one leatherback sea turtle annually would be expected to reduce the number of Atlantic leatherback sea turtles as compared to the number of leatherback sea turtles that would have been present in the absence of the proposed action (assuming all other variables remained the same). However, as discussed above, this does not necessarily mean that the population will experience reductions in reproduction, numbers or distribution in response to these effects to the extent that survival and recovery would be appreciably reduced. More than half the present world leatherback population is estimated to be nesting on the beaches in and close to the Marowijne River Estuary in Suriname and French Guiana (Hilterman and Goverse 2004). In 2001, the number of nests for Suriname and French Guiana combined was 60,000, one of the highest numbers observed for this region in 35 years (Hilterman and Goverse 2004). Studies by Girondot *et al.* (in press) also suggest that the trend for the Suriname - French Guiana nesting population over the last 36 years is stable or slightly increasing. The number of leatherback sea turtle nests in Florida and the U.S. Caribbean has been increasing at about 10.3% and 7.5%, respectively, per year since the early 1980s. In the 1990's the number of nesting females in the Caribbean Islands was estimated at 1,437-1,780 leatherbacks per year (Spotila *et al.* 1996). In addition, the U.S. has taken action to reduce the number and severity of leatherback interactions with the two leading known causes of leatherback fishing mortality - the U.S. Atlantic longline fisheries, and the southeast shrimp trawl fishery.

The status of leatherback sea turtles range-wide is of concern. The Pacific population of leatherback turtles has declined precipitously and is of grave concern. Leatherback survivability is affected by numerous natural and anthropogenic factors, including the effects of fisheries as described in the *Environmental Baseline*. Although the extent of impacts to this species are of concern, the loss of one leatherback sea turtle annually from the Atlantic population as a result of the operation of the scallop fishery is unlikely to reduce the numbers, reproduction or distribution of this leatherback population to an extent that would reduce the population's likelihood of surviving and recovering in the wild given that: (a) the trend for the Suriname - French Guiana nesting population over the last 36 years is stable or slightly increasing (Girondot *et al.* in press), (b) the number of nests for Suriname and French Guiana combined was 60,000 in 2001 (Hilterman and Goverse 2004), (c) leatherback sea turtle nests in Florida and the U.S. Caribbean have been increasing at about 10.3% and 7.5%, respectively, per year since the early 1980s, and (d) the population numbers in the thousands (based on the number of nesting females). Since the likelihood of survival and recovery for the population is not reduced, the proposed action is not expected to reduce the species' likelihood of surviving and recovering in the wild. Given that the proposed action is not expected to reduce the likelihood of the species survival and recovery, then the final criteria for making a jeopardy determination - whether the reduction in a species' likelihood of surviving and recovering in the wild would be appreciable - is also not met.

### 7.1.3   Kemp's Ridley Sea Turtle

Based on the information provided above, NMFS anticipates the annual take of one Kemp's ridley sea turtle in scallop dredge gear and one Kemp's ridley sea turtle in scallop trawl gear. Kemp's ridley interactions with scallop dredge or trawl gear may result in mortality as a result of forced submergence in the gear or injuries as a result of being struck by the gear, caught in the dredge bag, or emptying of the dredge bag. The estimate of annual lethal take is assumed to include both males and females. There has been only one confirmed take of a Kemp's ridley sea turtle in scallop fishing gear. The sex of that turtle is undetermined since the sex of turtles cannot be easily determined by external examination. Therefore, for the current purposes, it is assumed that the estimated lethal take includes both males and females.

The lethal removal of up to 2 Kemp's ridleys annually from the Atlantic population would be expected to reduce the number of Kemp's ridley sea turtles in the action area as compared to the number of Kemp's ridleys that would have been present in the absence of the proposed action. However, the population is not static; from 1985 to 1999, the number of nests observed at Rancho Nuevo and nearby beaches increased at a mean rate of 11.3% per year despite natural and anthropogenic losses to the population (including operation of the scallop fishery). Current totals exceed 3000 nests per year, allowing cautious optimism that the population is on its way to recovery (TEWG 2000). Therefore, the loss of up to 2 Kemp's ridley sea turtles per year as a result of the operation of the Atlantic sea scallop fishery is not expected to appreciably reduce the species' likelihood of surviving and recovering in the wild. Given that the proposed action is not expected to reduce the likelihood of the species survival and recovery, then the final criteria for making a jeopardy determination - whether the reduction in a species' likelihood of surviving and recovering in the wild would be appreciable - is also not met.

### 7.1.4   Green Sea Turtle

Based on the information provided above, NMFS anticipates the annual take of one green sea turtle in scallop dredge gear and one green sea turtle in scallop trawl gear. Green sea turtle interactions with scallop dredge or trawl gear may result in mortality as a result of forced submergence in the gear or injuries as a result of being struck by the gear, caught in the dredge bag, or emptying of the dredge bag. There has been only one confirmed take of a green sea turtle in scallop fishing gear. The sex of that turtle is undetermined since the sex of turtles cannot be easily determined by external examination. Therefore, for the current purposes, it is assumed that the estimated lethal take includes both males and females.

The lethal removal of up to 2 green sea turtles annually from the Atlantic green sea turtle population would be expected to reduce the number of green sea turtles in the action area as compared to the number of green sea turtles that would have been present in the absence of the proposed action. However, despite natural and anthropogenic losses to the population (including operation of the scallop fishery), green turtle nesting in the Atlantic shows a generally positive trend during the ten years of regular monitoring since establishment of the index beaches in 1989 perhaps due to increased protective legislation throughout the Caribbean (Meylan *et al.* 1995).

Therefore, the loss of up to 2 green sea turtles biennially from the Atlantic population as a result of the operation of the Atlantic sea scallop fishery is not expected to appreciably reduce the populations likelihood of surviving and recovering in the wild. Since the likelihood of survival and recovery for the population is not reduced, the proposed action is not expected to reduce the species' likelihood of surviving and recovering in the wild. Given that the proposed action is not expected to reduce the likelihood of the species survival and recovery, then the final criteria for making a jeopardy determination - whether the reduction in a species' likelihood of surviving and recovering in the wild would be appreciable - is also not met.

## 8.0    CONCLUSION

After reviewing the current status of loggerhead, leatherback, Kemp's ridley, and green sea turtles, the environmental baseline for the action area, the effects of the continued authorization of the Scallop FMP (including the effects of the fishery on sea turtles both in the presence and absence of a requirement for the seasonal use of chain mat modified scallop dredge gear in Mid-Atlantic waters) and the cumulative effects, it is NMFS' biological opinion that the proposed activity may adversely affect but is not likely to jeopardize the continued existence of these species.

## 9.0    INCIDENTAL TAKE STATEMENT

Section 9 of the Endangered Species Act and Federal regulations pursuant to Section 4(d) of the ESA prohibit the take of endangered and threatened species, respectively, unless a special exemption has been granted. Take is defined as "to harass, harm, pursue, hunt, shoot, capture, or collect, or to attempt to engage in any such conduct." Incidental take is defined as take that is incidental to, and not the purpose of, the execution of an otherwise lawful activity. Under the terms of Sections 7(b)(4) and 7(o)(2), taking that is incidental to and not intended as part of the action is not considered to be prohibited taking under the ESA provided that such taking is in compliance with the terms and conditions of this Incidental Take Statement (ITS).

The measures described below are non-discretionary and must therefore be undertaken in order for the exemption in section 7(o)(2) to apply. Failure to implement the terms and conditions through enforceable measures, may result in a lapse of the protective coverage section of 7(o)(2).

When a proposed NMFS action is found to be consistent with section 7(a)(2) of the ESA, section 7(b)(4) of the ESA requires NMFS to issue a statement specifying the impact of incidental taking, if any. It also states that reasonable and prudent measures necessary to minimize impacts of any incidental take be provided along with implementing terms and conditions. Pursuant to Section 7(o) of the ESA, only those takes resulting from the agency action (including those caused by activities approved by the agency) that are identified in this statement and are in compliance with the specified reasonable and prudent alternatives and terms and conditions are exempt from the takings prohibition of Section 9(a), and those of federal regulations implemented pursuant to Section 4(d).

**Anticipated Amount or Extent of Incidental Take**

Based on data from observer reports for the scallop fishery, and the distribution and abundance of turtles in the action area, NMFS anticipates that the continued implementation of the Scallop FMP, may result in the annual taking of 760 sea turtles as follows:

- for scallop *dredge* gear, NMFS anticipates the annual taking of up to 749 loggerheads of which up to 479 will be lethal takes (includes serious injuries), as well as 1 non-lethal take of a leatherback sea turtle, 1 lethal or non-lethal take of a Kemp's ridley sea turtles, and 1 lethal or non-lethal take of a green sea turtle; and,

- for scallop *trawl* gear, NMFS anticipates the annual take of up to 5 loggerhead, 1 leatherback, 1 Kemp's ridley, and 1 green sea turtle, all of which may be lethal or non-lethal takes.

As explained previously in this Opinion, this total is based on: (1) an estimate of loggerhead sea turtle takes in sea scallop dredge gear in the Mid-Atlantic region during the 2003 scallop fishing year, (2) the actual observed take of green and Kemp's ridley sea turtles in the scallop dredge fishery over the period of 1996-2005, (3) the anticipated annual take of a leatherback sea turtle in the scallop dredge fishery based on the overlap of leatherback sea turtle distribution and where the gear operates as well as the gear characteristics, (4) the observed take of loggerhead sea turtles in the scallop trawl fishery in the 2005 fishing year, (5) the anticipated take of a leatherback sea turtle in the scallop trawl fishery given the overlap of the fishery and leatherbacks, and the observed take of a leatherback sea turtle in the Mid-Atlantic *Loligo* squid trawl fishery, and (6) the anticipated annual take of a Kemp's ridley sea turtle and a green sea turtle in the scallop trawl fishery based on the overlap of Kemp's ridley and green sea turtle distribution with operation of scallop trawl gear.

The number of loggerhead sea turtles expected to be killed or suffer serious injuries as a result of interactions with scallop dredge gear is based on data collected in the 2003 fishing year. The required use of chain mats on scallop dredge gear fished in Mid-Atlantic waters is expected to: (1) reduce the likelihood that turtles who encounter the gear on the bottom will enter the dredge bag and be at further risk of injury and death, and (2) reduce the likelihood that turtles who encounter the gear in the water column will enter the dredge bag and be subsequently injured or killed. Therefore, while the estimated 479 loggerhead takes resulting in immediate death or serious injury is based on the best currently available information, it is also likely a worst case scenario.

**Anticipated Impact of Incidental Take**

In the accompanying Opinion, NMFS has determined that this level of anticipated take is not likely to result in jeopardy to loggerhead, leatherback, Kemp's ridley, or green sea turtles.

NMFS has followed direction from Congress to provide "benefit of the doubt" to sea turtles throughout this Opinion by making the following determinations: (1) that up to 749 loggerhead

sea turtles will be captured in scallop dredge gear based on the estimated takes in the 2003 fishing year; (2) that the mortality rate for loggerhead sea turtles captured in scallop dredge gear is best represented by the number and condition of observed injured turtles rather than just those that were fresh dead; (3) that the mortality rate for turtles observed captured in scallop dredge gear is best represented by the number and condition of injured turtles observed in 2003, alone, rather than as an average using previous years in which fewer turtles were observed injured; (4) that loggerhead turtles can die as a result of capture in scallop trawl gear; and (5) that leatherback, Kemp's ridley, and green sea turtles can be captured in scallop trawl gear and die as a result of the interaction(s).

NMFS has concluded that the continued operation of the scallop fishery may adversely affect but will not jeopardize loggerhead, leatherback, Kemp's ridley or green sea turtles. Nevertheless, NMFS must take action to minimize these takes. The following Reasonable and Prudent Measures (RPMs) have been identified as having a reasonable likelihood of minimizing sea turtle interactions with the scallop fishery. These measures are non-discretionary and must be implemented by NMFS.

**Reasonable and Prudent Measures**
NMFS has determined that the following reasonable and prudent measures are necessary or appropriate to minimize impacts of incidental take of sea turtles:

1.  NMFS must continue to investigate and implement, as appropriate, gear modifications for scallop dredge and trawl gear to reduce the capture of sea turtles and/or the severity of the interactions that occur.

2.  NMFS must determine the nesting origin of loggerhead sea turtles taken in the scallop fishery in order to better assess the effects of the scallop fishery on loggerhead subpopulations and address those effects accordingly.

3.  NMFS must review available data to determine whether there are areas (*i.e.*, "hot spots") within the action area where sea turtle interactions with scallop dredge and/or trawl gear are more likely to occur.

**Terms and Conditions**
In order to be exempt from the prohibitions of section 9 of the ESA, and regulations issued pursuant to section 4(d), NMFS must comply with the following terms and conditions, which implement the reasonable and prudent measures described above. These terms and conditions are non-discretionary.

1.  To comply with #1 above, NMFS must continue to investigate modifications of scallop trawl and dredge gear. Within a reasonable amount of time following completion of an experimental gear trial from or by any source, NMFS must review all data collected from the experimental gear trials, determine the next appropriate course of action (*e.g.*, expanded gear testing, further gear modification, rulemaking to require the gear modification), and initiate action based on the determination. The goal of this RPM is

ultimately to require modification of fishing gear used in the scallop fishery operating under the Atlantic Sea Scallop FMP within a reasonable timeframe following sound research that demonstrates that the gear modification is reasonable and feasible and will help to minimize the number and/or severity of sea turtle interactions with scallop fishing gear.

2.    To comply with #2 above, NMFS must: (a) assess the number of genetics samples that have been obtained to date from turtles captured in the scallop dredge fishery, (b) obtain and review the results from the genetics testing of those samples, and (c) take action to process (conduct DNA analysis) in a timely manner all future samples collected by scallop fishery observers to obtain information on the origin (subpopulation) of loggerhead sea turtles taken in scallop fishing gear.

3.    To comply with #3 above, NMFS must review all data available on the observed take of sea turtles in the scallop fishery and other suitable information (*i.e.*, data on observed turtle interactions for other fisheries or fishery surveys in the area where the scallop fishery operates) to assess whether there is sufficient information to identify "hot spots" within the action area. Within a reasonable amount of time after completing the review, if NMFS determines that "hot spots" do exist, NMFS must take appropriate action to reduce sea turtle interactions and/or their impacts within any identified "hot spot".

**Monitoring**
NMFS must continue to monitor levels of sea turtle bycatch in the scallop fishery. Observer coverage has been used as the principal means to estimate sea turtle bycatch in the scallop fishery and to monitor incidental take levels provided in biological opinions for the scallop fishery. However, as described above, the use of chain mats on scallop dredge gear is expected to greatly reduce the likelihood that turtles struck by or incidentally swimming into scallop dredge gear would enter the dredge bag (NMFS 2006b). Therefore, given that scallop dredge vessels are required to use chain mats on scallop dredge gear when fishing in Mid-Atlantic waters south of 41° 9.0'N from the shoreline to the outer boundary of the EEZ during the period of May 1 through November 30 each year (71 FR 50361, August 25, 2006), injuries to sea turtles that occur as a result of the turtle being struck by the dredge gear underwater will continue to occur but will not be observed unless the turtle is small enough to pass between the chains and enter the dredge bag or is otherwise caught on the dredge frame and carried to the surface. This also means that observer coverage of scallop dredge vessels will be less effective in monitoring takes of sea turtles in the dredge component of the scallop fishery. Since dredge gear is the primary gear type used in the scallop fishery and sea turtles are known to be injured and killed as a result of interactions with this gear type, a lack of monitoring in this component of the fishery could result in a gross underestimate of the effects of the overall scallop fishery on ESA-listed sea turtles.

NMFS' NERO requested guidance from the NEFSC on methods to monitor sea turtle takes (*e.g.*, capture) in the dredge component of the scallop fishery in the event that the chain mat rule is approved and implemented. In response to this request, the NEFSC provided information on fishery dependent and fishery independent approaches considered by the NEFSC for monitoring

interactions between sea turtles and scallop dredge gear and the reasonableness of each approach. The NEFSC concluded, however, that none of the approaches could provide a "scientifically accurate and robust" take estimate and, as such, the NEFSC could not support or recommend any one of these approaches. Based on information provided by the NEFSC, NERO concluded that a method does not currently exist for enumerating most sea turtle interactions with chain mat equipped scallop dredge gear which meets the NEFSC's definition of a scientifically robust and accurate take estimate and the guiding principles for the preparation of biological opinions. In the absence of a method for enumerating most takes to monitor the ITS on the scallop fishery as a whole, NMFS will, therefore, assume that the ITS provided with this Opinion has not been exceeded unless the fishery operates in a manner that, based on the best available information, would reasonably likely result in greater sea turtle interactions with scallop dredge gear. Specifically, to monitor sea turtle interactions with scallop dredge gear, NMFS will:

- assume that the likelihood of sea turtle interactions with scallop dredge gear is higher in Mid-Atlantic waters as compared to waters further north (*e.g.*, Georges Bank);
- assume that sea turtles interactions with scallop dredge gear are possible only from May through November each year;
- use "dredge hour" as the measure of scallop fishing effort for the purpose of monitoring the likelihood of sea turtle interactions with scallop dredge gear;
- use the total number of dredge hours for Mid-Atlantic waters during the period of May through November 2003 as the benchmark against which the total number of dredge hours for each subsequent May through November period of each scallop fishing year will be compared; and,
- consider the ITS provided with this Opinion to have been exceeded if the total number of dredge hours in Mid-Atlantic waters (as far south as Cape Hatteras, NC) during the period of May through November of any scallop fishing year is significantly greater than the total number of dredge hours for Mid-Atlantic waters (as far south as Cape Hatteras, NC) during the same period of 2003.

## 10.0     CONSERVATION RECOMMENDATIONS

In addition to section 7(a)(2), which requires agencies to ensure that proposed projects will not jeopardize the continued existence of listed species, section 7(a)(1) of the ESA places a responsibility on all Federal agencies to utilize their authorities in furtherance of the purposes of the Act by carrying out programs for the conservation of endangered species. Conservation Recommendations are discretionary activities designed to minimize or avoid adverse effects of a proposed action on listed species or critical habitat to help implement recovery plans, or to develop information. The following additional measures are recommended regarding incidental take and sea turtle conservation:

1.     NMFS should work to further cooperation between the industry and NMFS regarding the take of protected species in the fishery. Other methods for obtaining information from the industry, exchanging information with the industry, and collectively seeking solutions to address sea turtle interactions with scallop fishing gear should be sought bearing in mind the role of the NEFMC as well.

2.    In order to better understand sea turtle populations, NMFS should support (*i.e.*, fund, advocate, promote) in-water abundance estimates of sea turtles in the action area.  This information is required to provide more current information on the distribution and abundance of sea turtles than that provided by the CeTAP surveys conducted in the 1980s.

3.    NMFS should reestablish a long term in-water index study for sea turtles to monitor recruitment and health in the action area.

4.    NMFS should review biological information on each of the western Atlantic sea turtle species and provide an agency opinion of the population/subpopulation status of each (*i.e.*, increasing, decreasing, or stable) to be consistently used for assessing the effects to western Atlantic sea turtle species as a result of proposed actions that are the subject of section 7 consultation.

6.    NMFS, NER should work with NMFS, F/PR2 to evaluate whether the existing sea turtle resuscitation and handling guidelines should accommodate the treatment of seriously injured turtles (*e.g.* cracked carapaces) that have been recorded in the scallop dredge component.

7.    NMFS should provide guidance to permitted scallop fishermen on the sea turtle handling and resuscitation criteria as well as guidance to scallop dredge fishermen on the dumping of the dredge bag and lowering of the cutting bar to reduce the risk of injury to sea turtles that may be caught in dredge gear.

8.    NMFS should continue to support (*i.e.*, fund, advocate, promote) video work to determine how sea turtles are interacting with scallop fishing gear (*e.g.*, where within the water column turtles are interacting with scallop gear; and how sea turtles are being injured by scallop gear) by using video equipment during commercial fishing operations of scallop trawl and dredge gear within the action area, or during scallop dredge and trawl hauls that simulate scallop commercial fishing operations.

## 11.0    REINITIATING CONSULTATION

This concludes formal consultation on the continued authorization of the Atlantic sea scallop fishery as it operates under the Scallop FMP.  As provided in 50 CFR 402.16, reinitiation of formal consultation is required where discretionary federal agency involvement or control over the action has been retained (or is authorized by law) and if: (1) the amount or extent of incidental take is exceeded; (2) new information reveals effects of the action that may affect listed species or critical habitat in a manner or to an extent not previously considered; (3) the agency action is subsequently modified in a manner that causes an effect to the listed species or critical habitat not considered in this opinion; or (4) a new species is listed or critical habitat designated that may be affected by the action.  In the event that the amount or extent of take is exceeded, NMFS, NERO must immediately request reinitiation of formal consultation.

## Literature Cited

Aguilar, R., J. Mas, and X. Pastor. 1995. Impact of Spanish swordfish longline fisheries on the loggerhead sea turtle, Caretta caretta, population in the western Mediterranean. U.S. Dep. Commer. NOAA Tech. Memo. NMFS-SEFSC-361:1-6.

Andrews, H.V., and K. Shanker. 2002. A significant population of leatherback turtles in the Indian Ocean. Kachhapa. 6:19.

Andrews, H.V., S. Krishnan, and P. Biswas. 2002. Leatherback nesting in the Andaman and Nicobar Islands. Kachhapa. 6:15-18.

ASMFC. 1999. Amendment 3 to the Interstate Fishery Management Plan for American Lobster. Atlantic States Marine Fisheries Commission. December 1997.

Balazs, G.H. 1982. Growth rates of immature green turtles in the Hawaiian Archipelago, p. 117-125. In K.A. Bjorndal (ed.), Biology and conservation of sea turtles. Smithsonian Institution Press, Washington D.C.

Balazs, G.H. 1985. Impact of ocean debris on marine turtles: entanglement and ingestion. U.S. Department of Commerce, NOAA Technical Memorandum NMFS-SWFSC-54:387-429.

Baldwin, R., G.R. Hughes, and R.T. Prince. 2003. Loggerhead turtles in the Indian Ocean. Pages 218-232. In: A.B. Bolten and B.E. Witherington (eds.) Loggerhead Sea Turtles. Smithsonian Books, Washington, D.C. 319 pp.

Bass, A.L., S.P. Epperly, J.Braun-McNeill. 2004. Multi-year analysis of stock composition of a loggerhead sea turtle (Caretta caretta) foraging habitat using maximum likelihood and Bayesian methods. Conserv. Genetics 5:783-796.

Bjorndal, K.A. 1997. Foraging ecology and nutrition of sea turtles. Pages 199-233 In: Lutz, P.L. and J.A. Musick, eds., The Biology of Sea Turtles. CRC Press, New York. 432 pp.

Bolten, A.B., J.A. Wetherall, G.H. Balazs, and S.G. Pooley (compilers). 1996. Status of marine turtles in the Pacific Ocean relevant to incidental take in the Hawaii-based pelagic longline fishery. U.S. Dept. of Commerce, NOAA Technical Memorandum, NOAA-TM-NMFS-SWFSC-230.

Bolten, A.B., K.A. Bjorndal, and H.R. Martins. 1994. Life history model for the loggerhead sea turtle (Caretta caretta) populations in the Atlantic: Potential impacts of a longline fishery. U.S. Dep. Commer. NOAA Tech. Memo. NMFS-SWFSC-201:48-55.

Boulon, R., Jr., 2000. Trends in sea turtle strandings, U.S. Virgin Islands: 1982 to 1997. U.S. Department of Commerce, NOAA Technical Memorandum NMFS-SEFSC-436:261-263.

Bowen, B.W., A.L. Bass, S. Chow, M. Bostrom, K.A. Bjorndal, A.B. Bolten, T. Okuyama, B.M. Bolker, S. Epperly, E. LaCasella, D. Shaver, M. Dodd, S.R. Hopkins-Murphy, J.A. Musick, M. Swingle, K. Rankin-Baransky, W. Teas, W.N. Witzell, and P.H. Dutton. 2004. Natal homing in juvenile loggerhead sea turtles (*Caretta caretta*). Molec. Ecol. 13: 3797-3808.

Braun, J., and S.P. Epperly. 1996. Aerial surveys for sea turtles in southern Georgia waters, June 1991. Gulf of Mexico Science. 1996(1): 39-44.

Braun-McNeill, J., and S.P. Epperly. 2004. Spatial and temporal distribution of sea turtles in the western North Atlantic and the U.S. Gulf of Mexico from Marine Recreational Fishery Statistics Survey (MRFSS). Mar. Fish. Rev. 64(4):50-56.

Bresette, M.J., R.M. Herren, and D.A. Singewald. 2003. Sea turtle captures at the St. Lucie nuclear power plant: a 25-year synopsis. P. 46. *In*: J.A. Seminoff (compiler). Proceedings of the Twenty-Second Annual Symposium on Sea Turtle Biology and Conservation. NOAA Tech. Memo. NMFS-SEFSC-503, 308 p.

Burke, V.J., E.A. Standora, and S.J. Morreale. 1993. Diet of juvenile Kemp's ridley and loggerhead sea turtles from Long Island, New York. Copeia. 4:1176-1180

Burke, V.J., S.J. Morreale, and E.A. Standora. 1994. Diet of the Kemp's ridley sea turtle, *Lepidochelys kempii*, in New York waters. Fishery Bulletin. 92:26-32

Carr, A.R. 1963. Pan specific reproductive convergence in Lepidochelys kempi. Ergebn. Biol. 26: 298-303.

Castroviejo, J., J.B. Juste, J.P. Del Val, R. Castelo, and R. Gil. 1994. Diversity and status of sea turtle species in the Gulf of Guinea islands. Biodiversity and Conservation 3:828-836.

Cetacean and Turtle Assessment Program (CeTAP). 1982. Final report or the cetacean and turtle assessment program, University of Rhode Island, to Bureau of Land Management, U.S. Department of the Interior. Ref. No. AA551-CT8-48. 568 pp.

Chan, E.H., and H.C. Liew. 1996. Decline of the leatherback population in Terengganu, Malaysia, 1956-1995. Chelonian Conservation and Biology 2(2):192-203.

Chevalier, J., X. Desbois, and M. Girondot. 1999. The reason for the decline of leatherback turtles *(Dermochelys coriace*a) in French Guiana: a hypothesis p.79-88. In Miaud, C. and R. Guyétant (eds.), Current Studies in Herpetology, Proceedings of the ninth ordinary general meeting of the Societas Europea Herpetologica, 25-29 August 1998 Le Bourget du Lac, France.

Crouse, D.T. 1999. The consequences of delayed maturity in a human-dominated world. American Fisheries Society Symposium. 23:195-202.

Crowder, L.B., S.R. Hopkins-Murphy, and A. Royle. 1995. Estimated effect of turtle excluder devices (TEDs) on loggerhead sea turtle strandings with implications for conservation. Copeia. 1995:773-779.

Dodd, C.K. 1988. Synopsis of the biological data on the loggerhead sea turtles Caretta caretta (Linnaeus 1758). U.S. Fish and Wildlife Service, Biological Report 88 (14).

Doughty, R.W. 1984. Sea turtles in Texas: A forgotten commerce. Southwestern Historical Quarterly. pp. 43-70.

DuPaul, W.D., D.B. Rudders, and R.J. Smolowitz. 2004. Industry trials of a modified sea scallop dredge to minimize the catch of sea turtles. Draft Final Report to the National Marine Fisheries Service, NEFSC. Award# EA 133F-03-SE-0235. 13pp.

Dutton, P.H., B.W. Bowen, D.W. Owens, A. Barragan, and S.K. Davis. 1999. Global phylogeography of the leatherback turtle (*Dermochelys coriacea*). Journal of Zoology 248:397-409.

Dwyer, K.L., C.E. Ryder, and R. Prescott. 2002. Anthropogenic mortality of leatherback sea turtles in Massachusetts waters. Poster presentation for the 2002 Northeast Stranding Network Symposium.

Eckert, S.A. 1999. Global distribution of juvenile leatherback turtles. Hubbs Sea World Research Institute Technical Report 99-294.

Eckert, S.A. and J. Lien. 1999. Recommendations for eliminating incidental capture and mortality of leatherback sea turtles, *Dermochelys coriacea*, by commercial fisheries in Trinidad and Tobago. A report to the Wider Caribbean Sea Turtle Conservation Network (WIDECAST). Hubbs-Sea World Research Institute Technical Report No. 2000-310, 7 pp.

Ehrhart, L.M. 1979. A survey of marine turtle nesting at Kennedy Space Center, Cape Canaveral Air Force Station, North Brevard County, Florida, 1-122. Unpublished report to the Division of Marine Fisheries, St. Petersburg, Florida, Florida Department of Natural Resources.

Epperly, S.P. and W.G. Teas. 2002. Turtle Excluder Devices - Are the escape openings large enough? Fish. Bull. 100:466-474.

Epperly, S.P., J. Braun, and A.J. Chester. 1995a. Aerial surveys for sea turtles in North Carolina inshore waters. Fishery Bulletin 93:254-261.

Epperly, S.P., J. Braun, A.J. Chester, F.A. Cross, J.V. Merriner and P.A. Tester. 1995b. Winter distribution of sea turtles in the vicinity of Cape Hatteras and their interactions with the summer flounder trawl fishery. Bull. of Marine Sci. 56(2):547-568.

Epperly, S.P., J. Braun, and A. Veishlow. 1995c. Sea turtles in North Carolina waters. Cons. Biol. 9(2): 384-394.

Epperly, S., L. Avens, L. Garrison, T. Henwood, W. Hoggard, J. Mitchell, J. Nance, J. Poffenberger, C. Sasso, E. Scott-Denton, and C. Yeung. 2002. Analysis of sea turtle bycatch in the commercial shrimp fisheries if southeast U.S. waters and the Gulf of Mexico. U.S. Department of Commerce, NOAA Tech. Memo. NMFS-SEFSC-490, 88pp.

Ernst, C.H. and R.W. Barbour. 1972. Turtles of the United States. Univ. Press of Kentucky, Lexington. 347 pp.

Ferreira, M.B., M. Garcia, and A. Al-Kiyumi. 2003. Human and natural threats to the green turtles, *Chelonia mydas*, at Ra's al Hadd turtle reserve, Arabian Sea, Sultanate of Oman. *In*: J.A. Seminoff (compiler). Proceedings of the Twenty-Second Annual Symposium on Sea Turtle Biology and Conservation. NOAA Tech. Memo. NMFS-SEFSC-503, 308 p.

Frazer, N.B. and L.M. Ehrhart. 1985. Preliminary growth models for green, *Chelonia mydas*, and loggerhead, *Caretta caretta*, turtles in the wild. Copeia. 1985-73-79.

Frazer, N.B., C.J. Limpus, and J.L. Greene. 1994. Growth and age at maturity for Queensland loggerheads. U.S. Department of Commerce, NOAA Tech. Memo. NMFS-SEFSC-351: 42-45.

Fritts, T.H. 1982. Plastic bags in the intestinal tracts of leatherback marine turtles. Herpetological Review 13(3): 72-73.

Girondot, M., M.H. Godfrey, and R. Philippe. in review. Historical records and trends of leatherbacks in French Guiana and Suriname.

Goff, G.P. and J.Lien. 1988. Atlantic leatherback turtle, *Dermochelys coriacea*, in cold water off Newfoundland and Labrador. Can. Field Nat.102(1):1-5.

Graff, D. 1995. Nesting and hunting survey of the turtles of the island of São Tomé. Progress Report July 1995, ECOFAC Componente de São Tomé e Príncipe, 33 pp.

Hart, D. Status of Fisheries Resources off Northeastern United States: Sea Scallops. <http://www.nefsc.NOAA Fisheries.gov/sos/spsyn/iv/scallop/> January 2001.

Hart, D. R. and A. S. Chute. 2004. Essential Fish Habitat source document: Sea scallop, *Placopecten magellanicus*, life history and habitat characteristics. 2nd ed. U.S. Dep. Commer. NOAA Tech. Memo. NMFS-NEFSC-189. 24 pp.

Hatase, H., M. Kinoshita, T. Bando, N. Kamezaki, K. Sato, Y. Matsuzawa, K. Goto, K. Omuta, Y. Nakashima, H. Takeshita, and W. Sakamoto. 2002. Population structure of loggerhead

turtles, *Caretta caretta*, nesting in Japan: Bottlenecks on the Pacific population. Marine Biology 141:299-305.

Henwood, T.A., and W. Stuntz. 1987. Analysis of sea turtle captures and mortalities during commercial shrimp trawling. Fish. Bull., U.S. 85(4):813-817.

Heppell, S.S. 2005. Development of alternative quantitative tools to assist in jeopardy evaluation of sea turtles. Report for the Southeast Fisheries Science Center. Requisition number NFFN-7020-3-00225, 35pp.

Heppell, S.S., L.B. Crowder, D.T Crouse, S.P. Epperly, and N.B. Frazer. 2003. Population models for Atlantic loggerheads: Past, Present, and Future. *In*: Bolten, A.B. and B.E. Witherington (eds.) Loggerhead Sea Turtles. Smithsonian Institution.

Hilterman, M.L. and E. Goverse. 2004. Annual report of the 2003 leatherback turtle research and monitoring project in Suriname. World Wildlife Fund - Guianas Forests and Environmental Conservation Project (WWF-GFECP) Technical Report of the Netherlands Committee for IUCN (NC-IUCN), Amsterdam, the Netherlands, 21p.

Hirth, H.F. 1971. Synopsis of biological data on the green sea turtle, Chelonia mydas. FAO Fisheries Synopsis No. 85: 1-77.

Hirth, H.F. 1997. Synopsis of the biological data of the green turtle, *Chelonia mydas* (Linnaeus 1758). USFWS Biological Report 97(1). 120pp.

James, M.C., R.A. Myers, and C.A. Ottenmeyer. 2005a. Behaviour of leatherback sea turtles, *Dermochelys coriacea*, during the migratory cycle. Proc. R. Soc. B, 272: 1547-1555.

James, M.C., C.A. Ottensmeyer, and R.A. Myers. 2005b. Identification of high-use habitat and threats to leatherback sea turtles in northern waters: new directions for conservation. Ecol. Lett. 8:195-201.

Keinath, J.A., J.A. Musick, and R.A. Byles. 1987. Aspects of the biology of Virginias sea turtles: 1979-1986. Virginia J. Sci. 38(4): 329-336.

Lageux, C.J., C. Campbell, L.H. Herbst, A.R. Knowlton and B. Weigle. 1998. Demography of marine turtles harvested by Miskitu Indians of Atlantic Nicaragua. U.S. Department of Commerce, NOAA Technical Memorandum NMFS-SEFSC-412:90.

Laurent, L., P. Casale, M.N. Bradai, B.J. Godley, G. Gerosa, A.C. Broderick, W. Schroth, B. Schierwater, A.M. Levy, D. Freggi, E.M. Abd El-Mawla, D.A. Hadoud, H.E. Gomati, M. Domingo, M. Hadjichristophorou, L. Kornaraki, F. Demirayak, and C. Gautier. 1998. Molecular resolution of the marine turtle stock composition in fishery bycatch: A case study in the Mediterranean. Molecular Ecology 7:1529-1542.

Lewison, R.L., S.A. Freeman, and L.B. Crowder. 2004. Quantifying the effects of fisheries on threatened species: the impact of pelagic longlines on loggerhead and leatherback sea turtles. Ecology Letters. 7: 221-231.

Limpus, C.J. and D.J. Limpus. 2003. Loggerhead turtles in the equatorial Pacific and southern Pacific Ocean: A species in decline. *In*: Bolten, A.B., and B.E. Witherington (eds.), Loggerhead Sea Turtles. Smithsonian Institution.

Lutcavage, M.E. and P.L. Lutz. 1997. Diving physiology. *In* The biology of sea turtles. Edited by P.L. Lutz and J.A. Musick. CRC Press, Boca Raton, Florida.

Lutcavage, M. and J.A. Musick. 1985. Aspects of the biology of sea turtles in Virginia. Copeia. 2:449-456

Lutcavage, M.E. and P. Plotkin, B. Witherington, and P.L. Lutz. 1997. Human impacts on sea turtle survival, p.387-409. In P.L. Lutz and J.A. Musick, (eds.), The Biology of Sea Turtles, CRC Press, Boca Raton, Florida. 432pp.

MAFMC. 2000. Tilefish Fishery Management Plan including an Environmental Impact Statement and Regulatory Impact Review. Mid-Atlantic Fishery Management Council. March 2000.

MAFMC. in prep. Amendment 9 to the Atlantic Mackerel, Squid, Butterfish Fishery Management Plan. Mid-Atlantic Fishery Management Council.

Mansfield, K.L., J.A. Musick, and R.A. Pemberton. 2001. Characterization of the Chesapeake Bay pound net and whelk pot fisheries and their potential interactions with marine sea turtle species. Final Report to the National Marine Fisheries Service. Contract No. 43EANFO30131.

Marcano, L.A. and J.J. Alio-M. 2000. Incidental capture of sea turtles by the industrial shrimping fleet off northwestern Venezuela. U.S. department of Commerce, NOAA Technical Memorandum NMFS-SEFSC-436:107.

Margaritoulis, D., R. Argano, I. Baran, F. Bentivegna, M.N. Bradai, J.A. Camiñas, P. Casale, G. De Metrio, A. Demetropoulos, G. Gerosa, B.J. Godley, D.A. Haddoud, J. Houghton, L. Laurent, and B. Lazar. 2003. Loggerhead turtles in the Mediterranean Sea: Present knowledge and conservation perspectives. Pages 175-198. *In*: A.B. Bolten and B.E. Witherington (eds.) Loggerhead Sea Turtles. Smithsonian Books, Washington, D.C. 319 pp.

Márquez, R. 1990. FAO Species Catalogue, Vol. 11. Sea turtles of the world, an annotated and illustrated catalogue of sea turtle species known to date. FAO Fisheries Synopsis, 125. 81pp.

Meylan, A., 1982. Estimation of population size in sea turtles. *In:* K.A. Bjorndal (ed.) Biology and Conservation of Sea Turtles. Smithsonian Inst. Press, Wash. D.C. p 135-138.

Meylan, A., B. Schroeder, and A. Mosier. 1995. Sea turtle nesting activity in the state of Florida. Fla. Mar. Res. Publ. 52:1-51.

Milton, S.L., S. Leone-Kabler, A.A. Schulman, and P.L. Lutz. 1994. Effects of Hurricane Andrew on the sea turtle nesting beaches of South Florida. Bulletin of Marine Science, 54-3:974-981.

Morreale, S.J. and E.A. Standora. 1993. Occurrence, movement, and behavior of the Kemp's ridley and other sea turtles in New York waters. Final Report April 1988-March 1993. 70pp.

Morreale, S.J. and E.A. Standora. 1998. Early life stage ecology of sea turtles in northeastern U.S. waters. U.S. Dep. Commer. NOAA Tech. Mem. NMFS-SEFSC-413, 49 pp.

Morreale, S.J. and E.A. Standora. 2005. Western North Atlantic waters: Crucial developmental habitat for Kemp's ridley and loggerhead sea turtles. Chel. Conserv. Biol. 4(4):872-882.

Murphy, T.M. and S.R. Hopkins. 1984. Aerial and ground surveys of marine turtle nesting beaches in the southeast region. United States Final Report to NMFS-SEFSC. 73pp.

Murray, K.T. 2004a. Magnitude and distribution of sea turtle bycatch in the sea scallop (*Placopecten magellanicus*) dredge fishery in two areas of the northwestern Atlantic Ocean, 2001-2002. Fish. Bull. 102: 671-681.

Murray, K.T. 2004b. Bycatch of sea turtles in the Mid-Atlantic sea scallop (*Placopecten magellanicus*) dredge fishery during 2003. 2nd edition. U.S. Dep. Commer., Northeast Fish. Sci. Cent. Ref. Doc. 04-11, 25 pp.

Murray, K.T. 2005. Total bycatch estimate of loggerhead turtles (Caretta caretta) in the 2004 Atlantic sea scallop (Placopecten magellanicus) dredge fishery. U.S. Dep. Commer., Northeast Fish. Sci. Cent. Ref. Doc. 05-12, 22pp.

Musick, J.A. and C.J. Limpus. 1997. Habitat utilization and migration in juvenile sea turtles. Pp. 137-164 In: Lutz, P.L., and J.A. Musick, eds., The Biology of Sea Turtles. CRC Press, New York. 432 pp.

Mrosovsky, N. 1981. Plastic jellyfish. Marine Turtle Newsletter 17:5-6.

National Research Council. 1990. Decline of the Sea Turtles: Causes and Prevention. Committee on Sea Turtle Conservation. Natl. Academy Press, Washington, D.C. 259 pp.

NEFMC. 1999. Final Atlantic Herring Fishery Management Plan incorporating the Regulatory Impact Review, and Regulatory Flexibility Analysis. New England Fishery Management Council. March 8, 1999.

NEFMC. 2001. Final Supplemental Impact Statement and Preliminary Regulatory Economic Evaluation for Framework Adjustment 14 to the Atlantic Sea Scallop Fishery Management Plan. New England Fishery Management Council. February 2001.

NEFMC. 2002. Fishery Management Plan for Deep-Sea Red Crab including an Environmental Impact Statement, Regulatory Impact Review, and Regulatory Flexibility Analysis. New England Fishery Management Council. March 2002.

NEFMC. 2003. Final Amendment 10 to the Atlantic Sea Scallop Fishery Management Plan with a Supplemental Environmental Impact Statement, Regulatory Impact Review, and Regulatory Flexibility Analysis. New England Fishery Management Council. November 2003.

NEFMC. 2004a. Framework Adjustment 16 to the Atlantic Sea Scallop FMP and Framework Adjustment 39 to the Northeast Multispecies FMP with an Environmental Assessment, Regulatory Impact Review, and Regulatory Flexibility Analysis. Prepared by the New England Fishery Management Council in consultation with the National Marine Fisheries Service and the Mid-Atlantic Fishery Management Council. July 2004.

NEFMC. 2004b. Herring Plan Development Team/Technical Committee Report. May 5, 2004. 39pp.

NEFMC. 2005a. Framework Adjustment 18 to the Atlantic Sea Scallop FMP with an Environmental Assessment, Regulatory Impact Review, Regulatory Flexibility Analysis and Stock Assessment and Fishery Evaluation (SAFE) Report. New England Fishery Management Council. December 16, 2005.

NEFMC. 2005b. Framework Adjustment 1 to the Atlantic Deep-Sea Red Crab Fishery Management Plan with an Environmental Assessment, Regulatory Impact Review, and Regulatory Flexibility Analysis. New England Fishery Management Council. February 18, 2005 (revised April 6, 2005).

NEFMC. 2006. Scallop Scoping Document for Amendment 11. New England Fishery Management Council. 8pp.

NEFSC. 2002. 35th Northeast Regional Stock Assessment Workshop (35TH SAW): Stock Assessment Review Committee (SARC) consensus summary of assessments. Northeast Fish. Sci. Cent. Ref. Doc. 02-14. 259 pp.

NEFSC. 2003. 37th Northeast Regional Stock Assessment Workshop (37TH SAW): Stock Assessment Review Committee (SARC) consensus summary of assessments. Northeast Fish. Sci. Cent. Ref. Doc. 03-16. 597 pp.

NEFSC. 2004. 39th Northeast Regional Stock Assessment Workshop (39th SAW) assessment summary report. Northeast Fish. Sci. Cent. Ref. Doc. 04-10a. 16pp.

NEFSC. 2005a. 40th Northeast Regional Stock Assessment Workshop (40th SAW). Northeast Fish. Sci. Cent. Ref. Doc. 05-04. 146 pp.

NEFSC. 2005b. 41st Northeast Regional Stock Assessment Workshop (41st SAW). Northeast Fish. Sci. Cent. Ref. Doc. 05-10. 36 p.

NMFS 1994. State and federal fishery interactions with sea turtles in the Mid-Atlantic area. NOAA/NMFS, Silver Spring, MD, 13pp.

NMFS. 1998a. Final recovery plan for the shortnose sturgeon *(Acipenser brevirostrum)*. Prepared by the Shortnose Sturgeon Recovery Team for the National Marine Fisheries Service, Silver Spring, Maryland. October 1998.

NMFS. 1998b. Unpublished. Draft recovery plans for the fin whale (*Balaenoptera physalus*) and sei whale (*Balaenoptera borealis*). Prepared by R.R. Reeves, G.K. Silber, and P.M. Payne for the National Marine Fisheries Service, Silver Spring, Maryland. July 1998.

NMFS. 1999. Federal Lobster Management in the Exclusive Economic Zone. FINAL Environmental Impact Statement and Regulatory Impact Review. National Marine Fisheries Service Northeast Region. April 28, 1999. 166 pp.

NMFS. 2002a. Endangered Species Act Section 7 Consultation on Shrimp Trawling in the Southeastern United States, under the Sea Turtle Conservation Regulations and as Managed by the Fishery Management Plans for Shrimp in the South Atlantic and Gulf of Mexico. December 2.

NMFS. 2002b. Endangered Species Action Section 7 Consultation on Federal Lobster Management in the Exclusive Economic Zone, October 31.

NMFS. 2003. Endangered Species Act Section 7 Consultation on the Atlantic Sea Scallop Fishery Management Plan. Biological Opinion, February 24.

NMFS. 2004a. Endangered Species Act Section 7 Consultation on the Atlantic Sea Scallop Fishery Management Plan. Biological Opinion, December 15.

NMFS. 2004b. Endangered Species Act Section 7 Consultation on the Atlantic Sea Scallop Fishery Management Plan. Biological Opinion, February 23.

NMFS. 2004c. Endangered Species Act Section 7 Reinitiated Consultation on the Continued Authorization of the Atlantic Pelagic Longline Fishery under the Fishery Management Plan for Atlantic Tunas, Swordfish, and Sharks (HMS FMP). Biological Opinion, June 1.

NMFS. 2004d. Endangered Species Act Section 7 Consultation on the Proposed Regulatory Amendments to the Fisheries Management Plan for the Pelagic Fisheries of the Western Pacific. Biological Opinion, February 23.

NMFS. 2005a. Endangered Species Act Section 7 consultation on the Continued operation of the Oyster Creek Nuclear Generating Station on the Forked River and Oyster Creek, Barnegat Bay, New Jersey. Biological Opinion, September 22.

NMFS. 2005b. Fisheries of the United States, 2004. Current Fishery Statistics No. 2004. 110 pp.

NMFS. 2006a. Endangered Species Act Section 7 review of Framework Adjustment 18 to the Atlantic Sea Scallop Fishery Management Plan, January 26.

NMFS. 2006b. Final Environmental Assessment and Regulatory Impact Review, Regulatory Flexibility Act Analysis of Sea Turtle Conservation Measures for the Mid-Atlantic Sea Scallop Dredge Fishery. April 2006. 140pp.

NMFS and U.S. Fish and Wildlife Service (USFWS). 1991a. Recovery plan for U.S. population of loggerhead turtle. National Marine Fisheries Service, Washington, D.C. 64 pp.

NMFS and USFWS. 1991b. Recovery plan for U.S. population of Atlantic green turtle. National Marine Fisheries Service, Washington, D.C. 58 pp.

NMFS and USFWS. 1992. Recovery plan for leatherback turtles in the U.S. Caribbean, Atlantic, and Gulf of Mexico. National Marine Fisheries Service, Washington, D.C. 65 pp.

NMFS and USFWS. 1995. Status reviews for sea turtles listed under the Endangered Species Act of 1973. National Marine Fisheries Service, Silver Spring, Maryland. 139 pp.

NMFS and USFWS. 1998a. Recovery Plan for the U.S. Pacific Population of the Leatherback Turtle (*Dermochelys coriacea*). National Marine Fisheries Service, Silver Spring, Maryland.

NMFS and USFWS. 1998b. Recovery Plan for U.S. Pacific Populations of the Green Turtle (*Chelonia mydas*). National Marine Fisheries Service, Silver Spring, Maryland.

NMFS Southeast Fisheries Science Center. 2001. Stock assessments of loggerheads and leatherback sea turtles and an assessment of the impact of the pelagic longline fishery on the loggerhead and leatherback sea turtles of the Western North Atlantic. U.S. Department of Commerce, National Marine Fisheries Service, Miami, FL, SEFSC Contribution PRD-00/01-08; Parts I-III and Appendices I-IV. NOAA Tech. Memo NMFS-SEFSC-455, 343 pp.

Northeast Region Essential Fish Habitat Steering Committee (NREFHSC). 2002. Workshop on the effects of fishing gear on marine habitat off the northeastern United States. October 23-25, Boston, Massachusetts. Northeast Fish. Sci. Center Ref. Doc. 02-01, 86pp.

Packer, D.B., L.M. Cargnelli, S.J. Greisbach, and S.E. Shumway. 1999. Essential Fish Habitat Source Document: Sea scallop, *Placopecten magellanicus*, life history and habitat characteristics. NOAA Tech. Memo. NMFS-NE-134.

Palka , D. 2000. Abundance and distribution of sea turtles estimated from data collected during cetacean surveys. *In*: Bjorndal, K.A. and A.B. Bolten. Proceedings of a workshop on assessing abundance and trends for in-water sea turtle populations. U.S. Dep. Commer. NOAA Tech. Mem. NMFS-SEFSC-445, 83pp.

Pearce, A.F. and B.W. Bowen. 2001. Final Report: Identification of loggerhead (*Caretta caretta*) stock structure in the southeastern United States and adjacent regions using nuclear DNA markers. Submitted to the National Marine Fisheries Service, May 7, 2001. Project number T-99-SEC-04. 79 pp.

Pritchard, P.C.H. 1982. Nesting of the leatherback turtle, *Dermochelys coriacea*, in Pacific, Mexico, with a new estimate of the world population status. Copeia 1982:741-747.

Pritchard, P.C.H. 1997. Evolution, phylogeny and current status. Pp. 1-28 In: The Biology of Sea Turtles. Lutz, P., and J.A. Musick, eds. CRC Press, New York. 432 pp.

Pritchard, P.C.H. 2002. Global status of sea turtles: An overview. Document INF-001 prepared for the Inter-American Convention for the Protection and Conservation of Sea Turtles, First Conference of the Parties (COP1IAC), First part August 6-8, 2002.

Putrawidaja, M. 2000. Marine turtles in Irian Jaya, Indonesia. Marine Turtle Newsletter. 90:8-10.

Rankin-Baransky, K., C.J. Williams, A.L. Bass, B.W. Bowen, and J.R. Spotila. 2001. Origin of loggerhead turtles stranded in the northeastern United States as determined by mitochondrial DNA analysis. Journal of Herpetology, v. 35, no. 4, pp 638-646.

Rebel, T.P. 1974. Sea turtles and the turtle industry of the West Indies, Florida and the Gulf of Mexico. Univ. Miami Press, Coral Gables, Florida.

Ross, J.P. 1996. Caution urged in the interpretation of trends at nesting beaches. Marine Turtle Newsletter 74:9-10.

Ruben, H.J., and S.J. Morreale. 1999. Draft Biological Assessment for sea turtles in the New York and New Jersey Harbor Complex. Unpublished Biological Assessment submitted to the National Marine Fisheries Service.

Sarti, L., S. Eckert, P. Dutton, A. Barragán, and N. García. 2000. The current situation of the leatherback population on the Pacific coast of Mexico and central America, abundance and distribution of the nestings: an update. Pp. 85-87 *in* Proceedings of the Nineteenth Annual

Symposium on Sea Turtle Conservation and Biology, 2-6 March, 1999, South Padre Island, Texas.

Schultz, J.P. 1975. Sea turtles nesting in Surinam. Zoologische Verhandelingen (Leiden), Number 143: 172 pp.

Seminoff, J.A. 2004. *Chelonia mydas*. *In*: IUCN 2004. 2004 IUCN Red List of Threatened Species. Downloaded on October 12, 2005 from www.redlist.org.

Seney, E. E., and J.A. Musick. 2005. Diet analysis of Kemp's ridley sea turtles (*Lepidochelys kempii*) in Virginia. Chel. Cons. Biol. 4(4):864-871.

Shoop, C.R. and R.D. Kenney. 1992. Seasonal distributions and abundance of loggerhead and leatherback sea turtles in waters of the northeastern United States. Herpetol. Monogr. 6: 43-67.

Smolowitz, R. 1998. Bottom Tending Gear Used in New England. Pp. 46-52 In: Dorsey, E.M., and J. Pederson, eds., Effects of Fishing Gear on the Sea Floor of New England. Conservation Law Foundation.<http://www.clf.org/pubs.effect_of_fishing_gear.htm>.

Spotila, J.R., A.E. Dunham, A.J. Leslie, A.C. Steyermark, P.T. Plotkin and F.V. Paladino. 1996. Worldwide population decline of *Dermochelys coriacea*: are leatherback turtles going extinct? Chelonian Conservation and Biology 2: 209-222.

Spotila, J.R., P.T. Plotkin, and J.A. Keinath. 1998. In water population survey of sea turtles of Delaware Bay. Unpublished Report. Final Report to NOAA Fisheries Office of Protected Resources for work conducted under Contract No. 43AANF600211 and NMFWS Permit No. 1007 by Drexel University, Philadelphia, Penna., 21 pp.

Spotila, J.R., R.D. Reina, A.C. Steyermark, P.T. Plotkin, and F.V. Paladino. 2000. Pacific leatherback turtles face extinction. Nature. 405(6786):529-530.

Stabenau, E.K., T.A. Heming, and J.F. Mitchell. 1991. Respiratory, acid-base and ionic status of Kemp's ridley sea turtles (*Lepidochelys kempi*) subjected to trawling. Comp. Biochem. Physiol. v. 99a, no.½, 107-111.

Stephens, S.H. and J. Alvarado-Bremer. 2003. Preliminary information on the effective population size of the Kemp's ridley (*Lepidochelys kempii*) sea turtle. *In*: Seminoff, J.A., compiler. Proceedings of the Twenty-Second Annual Symposium on Sea Turtle Biology and Conservation. NOAA Tech. Memo. NMFS-SEFSC-503, 308p.

Suárez, A. 1999. Preliminary data on sea turtle harvest in the Kai Archipelago, Indonesia. Abstract appears in the 2 nd ASEAN Symposium and Workshop on Sea Turtle Biology and Conservation, held from July 15-17, 1999, in Sabah, Malaysia.

Suárez, A., P.H. Dutton and J. Bakarbessy. Leatherback (*Dermochelys coriacea*) nesting on the North Vogelkop Coast of Irian Jaya, Indonesia. *In*: Kalb, H.J. and T. Wibbels, compilers. 2000. Proceedings of the Nineteenth Annual Symposium on Sea Turtle Biology and Conservation. U.S. Dept. Commerce. NOAA Tech. Memo. NMFS-SEFSC-443, 291p.

Teas, W.G. 1993. Species composition and size class distribution of marine turtle strandings on the Gulf of Mexico and southeast United States coasts, 1985 - 1991. NOAA Tech. Memo. NMFS-SEFSC-315, 43 pp.

Tillman, M. 2000. Internal memorandum, dated July 18, 2000, from M. Tillman (NMFS-Southwest Fisheries Science Center) to R. McInnis (NMFS - Southwest regional office).

Turtle Expert Working Group (TEWG). 1998. An assessment of the Kemp's ridley (*Lepidochelys kempii*) and loggerhead (*Caretta caretta*) sea turtle populations in the Western North Atlantic. NOAA Technical Memorandum NMFS-SEFSC-409. 96 pp.

Turtle Expert Working Group (TEWG). 2000. Assessment update for the Kemp's ridley and loggerhead sea turtle populations in the wester North Atlantic. U.S. Dep. Commer. NOAA Tech. Mem. NMFS-SEFSC-444, 115 pp.

USFWS. 1997. Synopsis of the biological data on the green turtle, *Chelonia mydas* (Linnaeus 1758). Biological Report 97(1). U.S. Fish and Wildlife Service, Washington, D.C. 120 pp.

USFWS and NMFS. 1992. Recovery plan for the Kemp's ridley sea turtle (*Lepidochelys kempii*). NMFS, St. Petersburg, Florida.

USFWS and NMFS. 2003. Notice of Petition Finding (Fed Register) September 15, 2003.

Vargo, S., P. Lutz, D. Odell, E. Van Vleep, and G. Bossart. 1986. Final report: Study of effects of oil on marine turtles. Tech. Rep. O.C.S. study MMS 86-0070. Volume 2. 181 pp.

Waring, G.T., J.M. Quintal, S.L. Swartz (eds). 2000. U.S. Atlantic and Gulf of Mexico marine mammal stock assessments - 2000. NOAA Technical Memorandum NOAA Fisheries-NE-162.

Witzell, W.N. 1999. Distribution and relative abundance of sea turtles caught incidentally by the U.S. pelagic longline fleet in the western north Atlantic Ocean, 1992-1995. Fish. Bull., U.S. 97:200-211.

Witzell, W.N. 2002. Immature Atlantic loggerhead turtles (*Caretta caretta*): suggested changes to the life history model. Herpetological Review 33(4): 266-269.

Wynne, K. and M. Schwartz. 1999. Guide to marine mammals and turtles of the U.S. Atlantic and Gulf of Mexico. Rhode Island Sea Grant, Narragansett. 115pp.

Zug, G. R. and J.F. Parham. 1996. Age and growth in leatherback turtles, *Dermochelys coriacea*: a skeletochronological analysis. Chelonian Conservation and Biology. 2(2): 244-249.

Zurita, J.C., R. Herrera, A. Arenas, M.E. Torres, C. Calderon, L. Gomez, J.C. Alvarado, and R. Villavicencio. 2003. Nesting loggerhead and green sea turtles in Quintana Roo, Mexico. Pp. 125-127. *In:* J.A. Seminoff (compiler). Proceedings of the Twenty-Second Annual Symposium on Sea Turtle Biology and Conservation. NOAA Tech. Memo. NMFS-SEFSC-503, 308 p.

**Appendix 1.** Northeast Region Statistical Areas



**Appendix 2.** The anticipated Incidental Take of loggerhead, leatherback, Kemp's ridley and green sea turtles as currently determined in the most recent Biological Opinion's for NOAA Fisheries implementation of the Bluefish, Herring, Multispecies, Mackerel/Squid/Butterfish, Red Crab, Monkfish, Skate, Spiny Dogfish, Summer Flounder/Scup/Black Sea Bass, Tilefish, and Highly Migratory Species fishery management plans as well as for the American Lobster fishery operating in Federal waters, and hopper dredging projects of the ACOE and USN operating off of Virginia. Takes are represented as anticipated annual take unless otherwise noted.

| FISHERY | SEA TURTLE SPECIES | | | |
|---|---|---|---|---|
| | LOGGERHEAD | LEATHERBACK | KEMP'S RIDLEY | GREEN |
| BLUEFISH | 6-NO MORE THAN 3 LETHAL | NONE | 6 LETHAL OR NON-LETHAL | NONE |
| HERRING | 6-NO MORE THAN 3 LETHAL | 1 LETHAL OR NON-LETHAL | 1 LETHAL OR NON-LETHAL | 1 LETHAL OR NON-LETHAL |
| HMS | 1869 FOR 2004-2006 AND 1905 FOR EACH SUBSEQUENT 3-YEAR PERIOD | 1981 FOR 2004-2006 AND 1764 FOR EACH SUBSEQUENT 3-YEAR PERIOD | 105 TOTAL FOR EACH 3-YEAR PERIOD BEGINNING 2004-2006 (KEMP'S RIDLEYS, GREEN, OLIVE RIDLEY OR HAWKSBILL IN COMBINATION) | |
| LOBSTER | 2 LETHAL OR NON-LETHAL | 4 LETHAL OR NON-LETHAL | NONE | NONE |
| MACKEREL/SQUID/BUTTERFISH | 6-NO MORE THAN 3 LETHAL | 1 LETHAL OR NON-LETHAL | 2 LETHAL OR NON-LETHAL | 2 LETHAL OR NON-LETHAL |
| MONKFISH (GILLNET) | 3 | 1 LEATHERBACK, KEMP'S RIDLEY OR GREEN | | |
| MONKFISH (TRAWL) | 1 LOGGERHEAD, LEATHERBACK, KEMP'S RIDLEY OR GREEN | | | |
| MULTISPECIES | 1 LETHAL OR NON-LETHAL | 1 LETHAL OR NON-LETHAL | 1 LETHAL OR NON-LETHAL | 1 LETHAL OR NON-LETHAL |
| RED CRAB | 1 LETHAL OR NON-LETHAL | 1 LETHAL OR NON-LETHAL | NONE | NONE |
| SKATE | 1 (EITHER A LOGGERHEAD, LEATHERBACK, KEMP'S RIDLEY OR GREEN) - LETHAL OR NON-LETHAL | | | |
| SPINY DOGFISH | 3-NO MORE THAN 2 LETHAL | 1 LETHAL OR NON-LETHAL | 1 LETHAL OR NON-LETHAL | 1 LETHAL OR NON-LETHAL |
| SUMMER FLOUNDER/SCUP/BLACK SEA BASS | 19-NO MORE THAN 5 LETHAL (TOTAL - EITHER LOGGERHEADS OR KEMP'S RIDLEY) | NONE | SEE LOGGERHEAD ENTRY | 2 LETHAL OR NON-LETHAL |
| TILEFISH | 6-NO MORE THAN 3 LETHAL OR HAVING INGESTED THE HOOK | 1 LETHAL OR NON-LETHAL TAKE (INCLUDES HAVING INGESTED THE HOOK) | NONE | NONE |
| (ACOE) SANDBRIDGE PROTECTION PROJECT | 5 | NONE | 1 KEMP'S RIDLEY OR GREEN | |
| (USN) DAM NECK NOURISHMENT PROJECT | 4 PER DREDGE CYCLE | NONE | 1 KEMP'S RIDLEY OR GREEN PER DREDGE CYCLE | |



**UNITED STATES DEPARTMENT OF COMMERCE**
**National Oceanic and Atmospheric Administration**
NATIONAL MARINE FISHERIES SERVICE
NORTHEAST REGION
One Blackburn Drive
Gloucester, MA 01930-2298

APR - 3 2007

MEMORANDUM FOR:      The Record

FROM:                Patricia A. Kurkul
                     Regional Administrator

SUBJECT:             Reinitiating Section 7 Consultation for the
                     Federal Atlantic Sea Scallop Fishery Management Plan (FMP)

The September 18, 2006, Biological Opinion (Opinion) for the Atlantic sea scallop fishery concluded that continued operation of the fishery was not likely to result in jeopardy to any Endangered Species Act (ESA)-listed species under the jurisdiction of NOAA Fisheries Service (NMFS). However, takes of sea turtles were expected to occur. An Incidental Take Statement (ITS) was provided along with non-discretionary Reasonable and Prudent Measures to minimize the likelihood of take. As described in the ITS, up to 760 sea turtles (752 in scallop dredge gear and 8 in scallop trawl gear) were anticipated to be taken annually as a result of the continued authorization of the Atlantic sea scallop fishery. Nearly all of the takes (749 of 752 for dredge gear and 5 of 8 for trawl gear) were anticipated to be loggerhead sea turtles.

The anticipated incidental take of loggerhead sea turtles in scallop dredge gear was based on an estimated take of the species in scallop dredge gear during the 2003 scallop fishing year (Murray 2004) while the anticipated incidental take of loggerhead sea turtles in scallop trawl gear was based on the actual observed take of the species in scallop trawl gear in the 2005 scallop fishing year (NMFS 2006). The difference in approach reflected differences in the availability of information for loggerhead sea turtle bycatch in scallop dredge and scallop trawl gear at the time of the September 18, 2006 Opinion. In a memorandum dated November 29, 2004, the Regional Administrator, for the NMFS Northeast Region (NER) had asked the Northeast Fisheries Science Center (NEFSC) Director whether it was feasible to develop a bycatch estimate for sea turtles in the scallop trawl fishery (memo from P. Kurkul, NER to J. Boreman, NEFSC, November 29, 2004). In response, the NEFSC Director stated that: (1) sufficient information to support a scientifically defensible estimate of sea turtle bycatch in the scallop trawl fishery was not available at that time, and (2) a bycatch estimate for sea turtles in the scallop trawl fishery would be provided after the 2005 scallop fishing year, if the proposed level of observer coverage was achieved (memo from J. Boreman, NEFSC to P. Kurkul, NER, December 6, 2004). The 2005 scallop fishing year continued until February 28, 2006 (see 50 CFR 648.53(b)(5)). When the September 18, 2006 Opinion was completed, it indicated that the scallop trawl estimate was not yet available but that NMFS would review it once it was available and determine at that time whether it triggered reinitiaiton of consultation (NMFS 2006 at page 71).



On February 23, 2007, the NEFSC released a new NEFSC Reference Document (number 07-04) that provided the first estimates of the average annual bycatch of loggerhead sea turtles in scallop trawl gear during 2004 and 2005. The NEFSC derived six different estimates of the average annual bycatch using three different methods. The six estimates range from 81 to 191 turtles (CVs ranged from 0.32 to 0.50) (Murray 2007). This paper represents new information regarding the capture of sea turtles in scallop trawl gear that reveals effects of the action that may affect listed sea turtles in a manner or to an extent not previously considered. As provided at 50 CFR 402.16, there are several circumstances that trigger reinitiating formal consultation. These include where discretionary federal agency involvement or control over the action has been retained (or is authorized by law) and new information reveals effects of the action that may affect listed species or critical habitat in a manner or to an extent not previously considered. Therefore, in accordance with the regulations at 50 CFR 402.16, formal consultation is hereby reinitiated to reconsider the effects of the Atlantic Sea Scallop fishery on ESA-listed sea turtles.

References: *(memos as cited above and the following)*

Murray, K.T. 2004. Bycatch of sea turtles in the Mid-Atlantic sea scallop (*Placopecten magellanicus*) dredge fishery during 2003. 2nd edition. U.S. Dep. Commer., Northeast Fish. Sci. Cent. Ref. Doc. 04-11, 25 pp.

Murray, K.T. 2007. Estimated bycatch of loggerhead sea turtles (*Caretta caretta*) in U.S. Mid-Atlantic scallop trawl gear, 2004-2005, and in scallop dredge gear, 2005. U.S. Dep. Commer., Northeast Fish. Sci. Cent. Ref. Doc. 07-04, 30 pp.

NMFS. 2006. Endangered Species Act Section 7 Consultation on the Atlantic Sea Scallop Fishery Management Plan. Biological Opinion, September 18.

cc:    F/NER2 - Darcy, Christopher
       F/NER3 - Lankshear, Kelliher, Patrick
       GCNE - Williams
       F/PR2 - Cottingham
       F/PR3 - Somma

File: Atlantic Sea Scallop PCTS# F/NER/2007/ 00973