**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **OCEANA, INC.,** | ) |
| **Plaintiff,** | ) |
|  | ) Civ. No. 1:07-cv-00142-RBW |
| v. | ) |
| **THE HONORABLE** | ) |
| **CARLOS M. GUTIERREZ,** *et al.* | ) |
| **Defendants.** | ) |

**NOTICE OF APPEARANCE**

To the Court, the parties, and their attorneys of record: PLEASE TAKE NOTICE that Shaun M. Gehan and Daniel S. Blynn shall serve as counsel for the Proposed Intervenor-Defendant Fisheries Survival Fund in the above captioned matter. Service of all papers may be made as follows:

> KELLEY DRYE & WARREN, LLP
> 305 K Street, NW – Suite 400
> Washington, DC 20007
> (202) 342-8400 (phone)
> (202) 342-8451 (fax)
> sgehan@kelleydrye.com, dblynn@kelleydrye.com

Dated: May 21, 2007        Respectfully submitted,

_____/s/_____

David E. Frulla  (D.C. Bar No. 414170)
Shaun M. Gehan (D.C. Bar No. 483720)
Daniel S. Blynn (D.C. Bar No. 488934)
KELLEY DRYE & WARREN, LLP
3050 K Street, NW – Suite 400
Washington, DC 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451

*Attorneys for Fisheries Survival Fund*