A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Oceana, Inc.

|  |  |
|---|---|
| Plaintiff(s) | ) |
|  | ) |
|  | ) |
| vs. | ) |
| Carlos Gutierrez, et al. | ) |
|  | ) |
| Defendant(s) | ) |

**APPEARANCE**

CASE NUMBER    1:07CV00142-RBW

To the Clerk of this court and all parties of record:

Please enter the appearance of  Daniel S. Blynn  as counsel in this
                                            (Attorney's Name)

case for:  Intervenor-Defendant Fisheries Survival Fund
                        (Name of party or parties)

May 22, 2007
_____
Date

488934
_____
BAR IDENTIFICATION

_____
Signature

Daniel S. Blynn
_____
Print Name

Kelley Drye & Warren LLP, 3050 K St., NW, Suite 400
_____
Address

Washington, DC 20007
_____
City            State            Zip Code

(202) 342-8400
_____
Phone Number