A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Oceana, Inc.

                                     )
            Plaintiff(s)              )        **APPEARANCE**
                                     )
                                     )
               vs.                   )        CASE NUMBER    1:07CV00142-RBW
Carlos Gutierrez, et al.             )
                                     )
            Defendant(s)             )


To the Clerk of this court and all parties of record:


Please enter the appearance of   Shaun M Gehan                as counsel in this
                                    (Attorney's Name)

case for:   Intervenor-Defendant Fisheries Survival Fund
                        (Name of party or parties)


May 22, 2007
Date                                    Signature

                                        Shaun M Gehan
                                        Print Name

483720
BAR IDENTIFICATION                      Kelley Drye & Warren LLP, 3050 K St., NW, Suite 400
                                        Address

                                        Washington, DC 20007
                                        City         State           Zip Code

                                        (202) 342-8400
                                        Phone Number