IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCEANA, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 1:07-cv-00142-RBW |
| THE HONORABLE<br>CARLOS M. GUTIERREZ, *et al.* | ) |
| Defendants. | ) |

**FISHERIES SURVIVAL FUND'S DISCLOSURE AND CERTIFICATION OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Pursuant to LCvR 7.1, movant Fisheries Survival Fund ("FSF") submits the following certification:

I, Shaun M. Gehan, counsel of record for FSF certify that to the best of my knowledge and belief, FSF does not have any parent companies, subsidiaries or affiliates, which have any outstanding securities in the hands of the public.

Dated: March 30, 2007

Respectfully submitted,

David E. Frulla (D.C. Bar No. 414170)
Shaun M. Gehan (D.C. Bar No. 483720)
Daniel S. Blynn (D.C. Bar No. 488934)
KELLEY DRYE & WARREN, LLP
3050 K Street, NW – Suite 400
Washington, DC 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451

Attorneys for Movant, Fisheries Survival Fund