## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCEANA, INC.                                         )<br>                Plaintiffs,      )<br>      v.                                              )<br>                                   )<br>CARLOS GUTIERREZ, and NATIONAL  )<br>OCEANIC AND ATMOSPHERIC             )<br>ADMINISTRATION, and NATIONAL     )<br>MARINE FISHERIES SERVICE,            )<br>                                   )<br>                Defendants               )<br>      and                                            )<br>                                   )<br>FISHERIES SURVIVAL FUND,              )<br>                Defendant-Intervenor )<br>_____ ) | Civ. No.1:07cv00142 RBW<br><br>**MOTION TO APPROVE**<br>**JOINT STIPULATION**<br>**AND ORDER** |

      Plaintiff to this action, Oceana, Federal Defendants to this action, Carlos Gutierrez, as Secretary of Commerce, the National Oceanic and Atmospheric Administration (NOAA), the National Marine Fisheries Service (NMFS), and Defendant-Intervenor to this action, Fisheries Survival Fund, all hereby jointly move this Court to approve the accompanying Joint Stipulation and Order dated June 29, 2007, and state as follows:

      1.      The effects of the Atlantic sea scallop fishery upon loggerhead sea turtles, and other listed species, were previously addressed in a September 18, 2006, biological opinion (2006 BiOp) at issue in this case.

      2.      The 2006 BiOp is the subject of reinitiated consultation pursuant to Section 7 of the Endangered Species Act.   See, Notice Re: Biological Opinion, Docket No. 14, (May 4, 2007) Attachment 1.

      3.      The ongoing reinitiated consultation will eventually culminate in the issuance of a new biological opinion that will supersede the 2006 BiOp.

4. For the reasons above, a stay of this case, based on the terms and conditions in the Joint Stipulation and Order, is appropriate.

Respectfully submitted, this 29th of June 2007,

RONALD J. TENPAS, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief

/s/ Keith W. Rizzardi
_____
Keith W. Rizzardi, Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box. 7369
Washington, D.C.  20044-7369
(202) 305-0209
keith.rizzardi@usdoj.gov
Attorney for Federal Defendant

/s/ Eric A. Bilsky
_____
Eric A. Bilsky, Senior Attorney
Oceana
2501 M Street NW, Suite 300
Washington, DC 20037-1311
202.833.3900 / 202.833.2070 (fax)
ebilsky@oceana.org
Attorney for Plaintiff

/s/ David E. Frulla
_____
David E. Frulla  (D.C. Bar No. 414170)
Shaun M. Gehan (D.C. Bar No. 483720)
Daniel S. Blynn (D.C. Bar No. 488934)
KELLEY DRYE & WARREN, LLP
3050 K Street, NW - Suite 400
Washington, DC  20007
(202) 342-8400 / (202) 342-8451 (fax)
Attorneys for Defendant-Intervenor Fisheries Survival Fund

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OCEANA, INC. | ) | |
|       Plaintiff, | ) | Civ. No.1:07cv00142 RBW |
| v. | ) | |
| | ) | |
| CARLOS GUTIERREZ, and NATIONAL | ) | **JOINT STIPULATION** |
| OCEANIC AND ATMOSPHERIC | ) | **AND ORDER** |
| ADMINISTRATION, and NATIONAL | ) | |
| MARINE FISHERIES SERVICE, | ) | |
| | ) | |
|       Defendants | ) | |
|     and | ) | |
| | ) | |
| FISHERIES SURVIVAL FUND, | ) | |
| | ) | |
|       Defendant-Intervenor | ) | |

Plaintiff to this action, Oceana, Federal Defendants to this action, Carlos Gutierrez, as Secretary of Commerce, the National Oceanic and Atmospheric Administration (NOAA), the National Marine Fisheries Service (NMFS), and Defendant-Intervenor to this action, Fisheries Survival Fund, hereby agree and stipulate to a stay of this litigation, as follows:

## **MUTUAL UNDERSTANDINGS**

The effects of the Atlantic sea scallop fishery upon loggerhead sea turtles, and other listed species, were previously addressed in a September 18, 2006, biological opinion (2006 BiOp) at issue in this case. The 2006 BiOp is the subject of reinitiated consultation pursuant to Section 7 of the Endangered Species Act. *See*, *Notice Re: Biological Opinion*, Docket No. 14, (May 4, 2007) Attachment 1. The ongoing reinitiated consultation will eventually culminate in the issuance of a new biological opinion that will supersede the 2006 BiOp. This document constitutes the entire agreement of the parties.

## OCEANA'S COMMITMENTS

1.      Oceana agrees to forego the benefits of litigating this case during the stay period, and will not file another complaint, nor seek a temporary restraining order or other preliminary relief, based on the 2006 BiOp.  Oceana reserves the right to seek completion and/or supplementation of the record in this case upon the expiration of the stay period.

2.      Oceana agrees to forego the recovery of litigation costs arising prior to the date of execution of this agreement.  Oceana estimates these costs to exceed $14,000.

3.      If Oceana is not satisfied with any new biological opinion that supersedes the 2006 BiOp, or if a new biological opinion is not completed before the expiration of this stay, Oceana reserves the right to file an Amended or Supplemental Complaint.  Oceana agrees that any such Amended or Supplemental Complaint, if filed, shall include all allegations and claims presented to the Court, and shall not cross-reference or otherwise refer to the original complaint.

4.      Oceana agrees that if it submits comments on how the Federal Defendants could monitor take of sea turtles in the Atlantic sea scallop fishery, and/or other topics at issue in the biological opinion, the comments will not exceed 25 pages in length. and will be submitted by July 30, 2007.  Oceana will submit, at the same time, and on a disc, copies of all materials cited in or otherwise relied upon in the comments. The comments and disc of such materials will be submitted to undersigned counsel, and to:

        a.      Pat Kurkul, Regional Administrator, Northeast Region,
             1 Blackburn Drive, Gloucester, MA 01930

        b.      Mary Colligan, Asst Regional Administrator for Protected Resources, 1
             Blackburn Drive, Gloucester, MA 01930 and

        c.      Julie Williams, NOAA Office of the General Counsel, Northeast Region,
             1 Blackburn Drive, Gloucester, MA 01930

**FEDERAL DEFENDANTS' COMMITMENTS**

A.  Federal Defendants agree that, when developing the new biological opinion, they will consider, if available, the results of the Turtle Expert Working Group and/or Recovery Plan review of loggerhead nesting data.

B.  Federal Defendants agree to consider all material submitted by Oceana pursuant to paragraph 4, above.  In addition, Federal Defendants will consider material submitted by Fisheries Survival Fund, as explained below.

C.  Federal Defendants agree that a stay of this litigation will expire on December 15, 2007.  The Federal Defendants reserve the right to seek an extension of this stay, including over Oceana's opposition.

D.  Although Federal Defendants generally have 135 days to complete a biological opinion, pursuant to the Endangered Species Act (ESA) regulations at 50 C.F.R. §402.14(e), Federal Defendants reserve the right to extend the time period for consultation, in accordance with 50 C.F.R. §402.14(e).

E.  Federal Defendants agree not to oppose Oceana's filing of any Amended or Supplemental Complaint pursuant to paragraph 3, above, but Federal Defendants reserve all defenses to any such Amended or Supplemental Complaint.  Unless otherwise agreed upon by the parties, Federal Defendants agree to answer the Amended or Supplemental Complaint, or to file appropriate motions, within 60 days.

## FISHERIES SURVIVAL FUND'S COMMITMENTS

Fisheries Survival Fund agrees that a stay is appropriate, but reserves the right to submit comments, for the Federal Defendants to consider in developing its new biological opinion, on how the Federal Defendants could monitor take of sea turtles in the Atlantic sea scallop fishery, and/or other topics at issue in the litigation. These comments, not to exceed 25 pages, may be submitted by July 30, 2007 to undersigned counsel, and in accordance with paragraph 4, above.

Respectfully submitted, this 29th of June 2007,

RONALD J. TENPAS, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief

/s/ Keith W. Rizzardi
_____

Keith W. Rizzardi, Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box. 7369
Washington, D.C.  20044-7369
(202) 305-0209
keith.rizzardi@usdoj.gov
Attorney for Federal Defendant


/s/ Eric A. Bilsky
_____

Eric A. Bilsky, Senior Attorney
Oceana
2501 M Street NW, Suite 300
Washington, DC 20037-1311
202.833.3900 / 202.833.2070 (fax)
ebilsky@oceana.org
Attorney for Plaintiff


/s/ David E. Frulla
_____

David E. Frulla  (D.C. Bar No. 414170)
Shaun M. Gehan (D.C. Bar No. 483720)
Daniel S. Blynn (D.C. Bar No. 488934)
KELLEY DRYE & WARREN, LLP
3050 K Street, NW - Suite 400
Washington, DC  20007
(202) 342-8400 / (202) 342-8451 (fax)
Attorneys for Defendant-Intervenor Fisheries Survival Fund


**IT IS SO ORDERED:**



_____
Hon. Reggie B. Walton
U.S. District Court Judge