UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCEANA, INC.<br>　　　　Plaintiffs,<br>　　v.<br><br>CARLOS GUTIERREZ, and NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, and NATIONAL MARINE FISHERIES SERVICE,<br><br>　　　　Defendants<br>　　and<br><br>FISHERIES SURVIVAL FUND,<br>　　　　Defendant-Intervenor | Civ. No.1:07cv00142 RBW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

　　　The parties and this Court are hereby notified that Keith W. Rizzardi resigned from the U.S. Department of Justice, effective August 31, 2007. Lisa Russell will appear on behalf of the Federal Defendants in this matter.

　　　　　　　　　Respectfully submitted, this 24th of August 2007,

　　　　　　　　　RONALD J. TENPAS, Acting Assistant Attorney General
　　　　　　　　　JEAN E. WILLIAMS, Section Chief

　　　　　　　　　/s/　　Lisa L. Russell
　　　　　　　　　_____
　　　　　　　　　Lisa Russell, Assistant Section Chief
　　　　　　　　　U.S. Department of Justice
　　　　　　　　　Environment & Natural Resources Division
　　　　　　　　　Wildlife and Marine Resources Section
　　　　　　　　　P.O. Box. 7369
　　　　　　　　　Washington, D.C. 20044-7369
　　　　　　　　　(202) 305-0388
　　　　　　　　　lisa.russell@usdoj.gov
　　　　　　　　　Attorney for Federal Defendant