UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCEANA, INC.  )<br>        Plaintiff,  )<br>    v.  )<br>  )<br>CARLOS GUTIERREZ, and NATIONAL  )<br>OCEANIC AND ATMOSPHERIC  )<br>ADMINISTRATION, and NATIONAL  )<br>MARINE FISHERIES SERVICE,  )<br>  )<br>        Defendants  )<br>  )<br>    and  )<br>  )<br>FISHERIES SURVIVAL FUND,  )<br>  )<br>        Intervenor-Applicant  )<br>_____  ) | Civ. No.1:07cv00142 RBW<br><br>**NOTICE OF APPEARANCE** |

On behalf of Defendants Carlos Gutierrez, the National Oceanic and Atmospheric Administration, and the National Marine Fisheries Service, the United States enters the appearance of Rebecca J. Riley, Trial Attorney, as counsel for this matter. Ms. Riley's contact information is as follows:

U.S. Mail
U.S. Department of Justice
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, D.C. 20044-7369

Telephone
202-305-0202

Facsimile
202-305-0275

Overnight or Hand Delivery
U.S. Department of Justice
Wildlife & Marine Resources Section
601 D Street, N.W., Room 3033
Washington, D.C. 20004

Electronic Mail
rebecca.riley@usdoj.gov

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources
JEAN WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief

 /s/ Rebecca J. Riley
REBECCA J. RILEY, Trial Attorney
IL Bar Number 6284356
U.S. Department of Justice
Environment & Natural Resources
Wildlife & Marine Resources
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202
Fax: (202) 305-0275

Attorneys for Defendants

Dated: January 9, 2008