UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCEANA, INC. )<br>　　　　　　Plaintiff, )<br>　　v. )<br>　　　　　　　　　　　　　　　　)<br>CARLOS GUTIERREZ, and NATIONAL )<br>OCEANIC AND ATMOSPHERIC )<br>ADMINISTRATION, and NATIONAL )<br>MARINE FISHERIES SERVICE, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Defendants )<br>　　　　　　　　　　　　　　　　)<br>　　　　and )<br>　　　　　　　　　　　　　　　　)<br>FISHERIES SURVIVAL FUND, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Intervenor-Applicant )<br>_____ ) | Civ. No.1:07cv00142 RBW<br><br>**[PROPOSED]<br>JOINT STIPULATION<br>AND ORDER** |

　　　　Plaintiff to this action, Oceana, Inc, the Federal Defendants to this action, Carlos Gutierrez, as Secretary of Commerce, the National Oceanic and Atmospheric Administration (NOAA), and the National Marine Fisheries Service (NMFS), and the Intervenor to this case, Fisheries Survival Fund, hereby agree and stipulate to extend the stay of this litigation as follows:

## MUTUAL UNDERSTANDINGS

　　　　The effects of the Atlantic sea scallop fishery upon loggerhead sea turtles, and other listed species, were previously addressed in a September 18, 2006, biological opinion (2006 BiOp) at issue in this case. The 2006 BiOp is the subject of reinitiated consultation pursuant to Section 7 of the Endangered Species Act. The ongoing reinitiated consultation will eventually culminate in the issuance of a new biological opinion that will supersede the 2006 BiOp. This document constitutes the entire agreement of the parties.

## OCEANA'S COMMITMENTS

1. Oceana agrees to forgo the benefits of litigating this case during the stay period, which expires March 15, 2008, and will not file another complaint, nor seek a temporary restraining order or other preliminary relief, based on the 2006 BiOp. Oceana reserves the right to seek completion and/or supplementation of the record in this case upon the expiration of the stay period.

2. Oceana agrees to forego the recovery of litigation costs arising prior to the date of execution of this agreement.

3. If Oceana is not satisfied with any new biological opinion that supersedes the 2006 BiOp, or if a new biological opinion is not completed before the expiration of this stay, Oceana reserves the right to file an Amended or Supplemental Complaint. Oceana agrees that any such Amended or Supplemental Complaint, if filed, shall include all allegations and claims presented to the Court, and shall not cross-reference or otherwise refer to the original complaint.

## FEDERAL DEFENDANTS' COMMITMENTS

A. Federal Defendants agree that, when developing the new biological opinion, they will consider, if available, the results of the Turtle Expert Working Group and/or Recovery Plan review of loggerhead nesting data.

B. Federal Defendants agree to consider all material submitted by Oceana on July 27, 2007. Federal Defendants also agree to consider all material submitted by Fisheries Survival Fund on July 30, 2007. Federal Defendants' agreement to consider these submissions does not limit Defendants' discretion in how it considers such information.

C. Federal Defendants agree that a stay of this litigation will expire on March 15, 2008. Federal Defendants agree to issue a new biological opinion that will supersede the 2006 BiOp on or before that date. The Federal Defendants agree to serve a copy of the new BiOp on Oceana and Fisheries Survival Fund no later than Monday, March 17, 2008. The Federal Defendants reserve the right to seek an extension of this stay, including over Oceana's opposition.

D. Federal Defendants agree not to oppose Oceana's filing of any Amended or Supplemental Complaint pursuant to paragraph 3, above, but Federal Defendants reserve all defenses to any such Amended or Supplemental Complaint. Unless otherwise agreed upon by the parties, Federal Defendants agree to answer the Amended or Supplemental Complaint, or to file appropriate motions, within 60 days.

## FISHERIES SURVIVAL FUND'S COMMITMENTS

Fisheries Survival Fund agrees not to oppose Oceana's filing of any Amended or Supplemental Complaint pursuant to paragraph 3, above, but Fisheries Survival Fund reserves all defenses to any such Amended or Supplemental Complaint. Unless otherwise agreed upon by the parties, Fisheries Survival Fund agrees to answer the Amended or Supplemental Complaint, or to file appropriate motions, within 60 days.

Respectfully submitted, this 9th day of January 2008,

/s/ Eric A. Bilsky (by RJR)
Eric A. Bilsky
Oceana, Inc.
2501 M. Street NW
Suite 300
Washington, DC 20037
Ph: 202-833-3900
Fax: 202-833-3900
ebilsky@oceana.org

Attorney for Plaintiff

/s/ David E. Frulla (by RJR)
David E. Frulla (DC Bat No. 414170)
Kelley Drye & Warren, LLP
3050 K Street, NW Suite 400
Washington, DC 20007
Ph: 202-342-8400
Fax: 202-342-8451

Attorney for Fisheries Survival Fund


RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief

/s/ Rebecca J. Riley
REBECCA J. RILEY, Trial Attorney
IL Bar No. 6284356
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202
Facsimile: (202) 305-0275
rebecca.riley@usdoj.gov

Attorneys for Federal Defendants

IT IS SO ORDERED:

_____
Hon. Reggie B. Walton
U.S. District Court Judge